IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.F., et al., )<br>)<br>   *Plaintiffs*, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>   *Defendants*. ) | Civil Action No. 1:06CV00954<br>(RJL) |

## NOTICE OF FILING

Pursuant to Rule 4(l) of the Federal Rules of Civil Procedure, plaintiffs hereby file the enclosed affidavit of service and accompanying exhibits.

Dated: May 23, 2006

Respectfully submitted,

*/s/ Carolyn Corwin (R.B.)*
Carolyn F. Corwin (D.C. Bar No. 939355)
Edward M. Mathias (D.C. Bar No. 479264)*
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401
Telephone: (202) 662-6000
Fax: (202) 662-6291

*/s/ Robert Berlow*
Robert I. Berlow (D.C. Bar No. 928069)
805 Fairfield Estates Court
Crownsville, MD 21032
Telephone: (301) 912-2281
Fax: (301) 912-2282

*Admitted to the Bar of the District of Columbia, but not admitted to practice before this Court. Petition for admission is pending.

ATTORNEYS FOR PLAINTIFFS