IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| T.F., et al.,<br><br>          *Plaintiffs*,<br><br>      v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>          *Defendants*. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:06CV00954<br>)   (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

1.    I am an attorney with the law firm of Covington & Burling, counsel of record for plaintiffs in the above-captioned action. I am a member in good standing of the Bar of the District of Columbia, and my petition for admission to the United States District Court for the District of Columbia is currently pending.

2.    I certify that I received a true and correct copy of the executed service of the complaint and summons in the above-referenced matter on the Office of the Mayor on behalf of defendant District of Columbia. The executed proof of service is attached as Exhibit A. According to Exhibit A, service was executed on May 23, 2006.

3.    I certify that I received a true and correct copy of the executed service of the complaint and summons in the above-referenced matter on defendant Dr. Clifford B. Janey (in his official capacity as Superintendent and Chief State School Officer of the District of Columbia Public Schools). On information and belief, the process server was directed by Dr. Janey's office to the office of the General Counsel for the District of Columbia Public Schools,

wherein service of the complaint and summons was accepted. The executed proof of service is attached as Exhibit B. According to Exhibit B, service was executed on May 23, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 23, 2006

_____
Edward M. Mathias
D.C. Bar No. 479264