UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.F. *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-0954 |
| | : (RJL) |
| DISTRICT OF COLUMBIA, *et al.* | : |
| Defendants. | : |

## CONSENT MOTION FOR AN EXTENSION
## OF TIME FOR DEFENDANTS TO FILE AN ANSWER

Defendants, by and through counsel, pursuant to Fed. R. Civ. P. 6 (b)(1), respectfully move this honorable Court for an extension of time, up to and including June, 23, 2006, to file their Answer to Plaintiffs' Complaint, which is currently due on June 12, 2006. Defendants are in the process of collecting documents and researching plaintiffs' allegations in order to properly formulate a response. Plaintiffs consent to this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Assistant Attorney General
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
FAX  -  (202) 727-3625
E-mail – maria.merkowitz@dc.gov

June 9, 2006

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| T.F. *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 06-0954 |
| | : | (RJL) |
| DISTRICT OF COLUMBIA, *et al.* | : | |
| Defendants. | : | |

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Fed. R. Civ. P. 6 (b)(1)

2. The inherent powers of the court.

3. Plaintiffs consent to this motion.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General

    /s/ Edward P. Taptich
    EDWARD P. TAPTICH [012914]
    Chief, Equity, Section 2

    /s/ Maria L. Merkowitz
    MARIA L. MERKOWITZ [312967]
    Senior Assistant Attorney General
    441 4th Street, N.W.
    Sixth Floor North
    Washington, DC 20001
    (202) 442-9842
    FAX  -  (202) 727-3625
    E-mail – maria.merkowtiz@dc.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.F. *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 06-0954 |
| : | (RJL) |
| DISTRICT OF COLUMBIA, *et al.* : | |
| : | |
| Defendants. : | |

## ORDER

Upon consideration of Defendants' Consent Motion for an Extension of Time, up to and including June 23, 2006, within which to respond to Plaintiffs' Complaint, and the entire record herein, it is this _____ day of _____ 2006, hereby

ORDERED, that Defendants' Motion is GRANTED; and

IT IS FURTHER ORDERED: that Defendants file their response to Plaintiffs' Complaint on or before June 23, 2006.

_____

Judge Richard J. Leon