IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.F., et al., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) Civil Action No. 1:06CV00954 |
| | ) (RJL) |
| v. | ) |
| | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

### NOTICE OF ENTRY OF APPEARANCE OF EDWARD M. MATHIAS

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for plaintiffs, T.F. and Angelique Moore, in this case.

June 23, 2006

    /s/ Edward M. Mathias
Edward M. Mathias (DC Bar No. 479264)
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Phone: 202-662-5447
Fax: 202-778-5447