```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

_____   )
T.F. by her mother and next friend
Angelique Moore,                 )

    and                          )
Angelique Moore
                                    )
        Plaintiffs,
                                    )
        v.
                                    )   Civil Action No.
                                          06-954 (RJL)
District of Columbia, et al.    )

        Defendants.             )
_____


ANSWER TO THE COMPLAINT

Paragraph numbers below correspond to the paragraph numbers in the complaint.

1. Defendants admit the existence of the statutory authority alluded to in paragraph numbered 1, but deny that relief from an administrative Hearing Officer's Determination is necessarily conferred on the court solely by reason thereof.

2. Defendants admit the allegations contained in paragraph numbered 2.

3. Defendants admit plaintiff is an eleven year girl. The remaining allegations contained in paragraph numbered 3 are conclusions of law and fact of the pleader to which no response is required. If a response is required, then the same are denied.

4. The allegations contained in paragraph numbered 4 are denied.

5. The allegations contained in paragraph numbered 5 are conclusions of law and fact of the pleader to which no response is required. If a response is required, then the same are denied.

6-8. The allegations contained in paragraphs numbered 6 through 8 are denied.

9-10. Paragraphs numbered 9 through 10 are prayers for relief to which no response is required. If a response is required, then the same are denied.

11-12. Defendants admit the existence of the statutory authorities alluded to in paragraphs numbered 11 through 12, but deny that jurisdiction and venue are necessarily conferred on the court solely by reason thereof.

13-14. Defendants admit Angelique Moore is the mother and custodian of T.F. The remaining allegations contained in paragraphs numbered 13 through 14 are conclusions of law

2

and fact of the pleader to which no response is required. If a response is required, then the same are denied.

15. The allegations contained in paragraph numbered 15 are denied.

16. Defendants admit the allegation that the District of Columbia is a municipal corporation. The remaining allegations contained in paragraph numbered 16 are conclusions of law and fact of the pleader to which no response is required. If a response is required, then the same are denied.

17. Defendants admit Clifford Janey is the Superintendent of the District of Columbia Public Schools. The remaining allegations contained in paragraph numbered 17 are conclusions of law and fact of the pleader to which no response is required. If a response is required, then the same are denied.

18-19 The allegations contained in paragraphs numbered 18 through 19 are conclusions of law and fact of the pleader to which no response is required. If a response is required, then the same are denied.

20. Defendants admit the allegations contained in paragraph numbered 20.

21-26. The allegations contained in paragraphs numbered 21 through 26 are conclusions of law and fact of

the pleader to which no response is required. If a response is required, then the same are denied.

27. Defendants admit the allegations contained in paragraph numbered 27.

28. Defendants admit that an administrative due process hearing was held on May 11, 2005 before an independent hearing officer. The remaining allegations contained in paragraph numbered 28 are conclusions of law and fact of the pleader to which no response is required. If a response is required, then the same are denied.

29. The allegations contained in paragraph numbered 29 are a characterization of the administrative record. The administrative record speaks for itself.

30. Defendants admit that a motion for reconsideration of the May 24, 2005 HOD was filed on May 26, 2005. The remaining allegations contained in paragraph numbered 30 are conclusions of law and fact of the pleader to which no response is required. If a response is required, then the same are denied.

31.  The allegations set forth in paragraph numbered 31 is admitted.

32-33. The allegations contained in paragraphs

numbered 32 through 33 are conclusions of law and fact of the pleader to which no response is required. If a response is required, then the same are denied.

35. Defendants admit the allegations contained in paragraph numbered 35.

36-37. The allegations contained in paragraphs numbered 36 through 37 are a characterization of the administrative record. The administrative record speaks for itself.

38. Defendants incorporate by reference their answers to paragraphs numbered 1 through 37.

39. The allegations contained in paragraph numbered 39 are denied.

40. Defendants incorporate by reference their answers to paragraphs numbered 1 through 39.

41. The allegations contained in paragraph numbered 41 are denied.

Further answering the complaint, defendants deny all allegations not specifically admitted or otherwise answered and all allegations of wrongdoing.

<u>FIRST AFFIRMATIVE DEFENSE</u>

This complaint fails to state a claim upon which relief can be granted.

<u>SECOND AFFIRMATIVE DEFENSE</u>

Plaintiffs have failed to exhaust their administrative remedies on all pertinent issues.

<u>THIRD AFFIRMATIVE DEFENSE</u>

Plaintiffs' complaint is barred by the applicable statute of limitations or laches.

<u>FOURTH AFFIRMATIVE DEFENSE</u>

The Hearing Officer's Decision was well reasoned and appropriate.

<u>FIFTH AFFIRMATIVE DEFENSE</u>

Plaintiffs' right to attorney fees and costs is strictly limited.

Respectfully submitted

ROBERT J. SPAGNOLETTI,
Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

<u>/s/ Edward P. Taptich</u>
EDWARD P. TAPTICH [012914]
Chief, Equity Section 2

 /s/ Maria Merkowitz  
MARIA MERKOWITZ, [312967]  
Assistant Attorney General  
Equity Division  
441 4th Street, N.W., 6S  
Washington, D.C. 20001  
(202)442-9842  
Fax – (202) 727-3625  
Email–maria.merkowitz@dc.gov  

June 23, 2006