IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| T.F., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:06CV00954 |
| ) | (RJL) |
| v. ) | |
| ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT OF THE PARTIES UNDER LOCAL RULE 16.3(d)

Counsel for the parties met and conferred by telephone as well as by written communication on July 12, July 14, and July 17-18, 2006.  Counsel agreed as follows:

1. The parties expect the case to be resolved by dispositive motions.  They do not believe that they need to appear before the Court prior to the filing of dispositive motions.

2. The parties could not narrow the issues in dispute.

3. Defendants do not believe this matter should be assigned to a magistrate judge. Plaintiffs have no objection to assigning this matter to a magistrate judge.

4. The parties have agreed to discuss settlement.

5. In light of the parties' agreement to discuss settlement, the parties do not believe that alternative dispute resolution is necessary at this time.

6. The parties believe that this case can be decided by dispositive motion.  The parties propose the following schedule:

    a. Defendants shall file and serve an accurate and complete copy of the administrative record of this case no later than September 26, 2006.

    b. Plaintiffs shall file and serve a Motion for Summary Judgment no later than October 26, 2006.

    c. Defendants shall file any Opposition to plaintiffs' Motion for Summary Judgment no later than November 30, 2006.  Defendants may file a Motion for Summary Judgment at that same time.

    d. Plaintiffs may file a Reply to defendants' Opposition and an Opposition to defendants' Motion for Summary Judgment (if any) no later than December 21, 2006.

    e. Defendants may file a Reply to plaintiffs' Opposition (if any) no later than January 19, 2006.

  Pursuant to Local Rule 16.3(c)(6) the parties propose that the Court rule on the motion(s) for summary judgment within a reasonable time after the time for Replies to Oppositions has expired.

  7. The parties stipulate to dispense with the requirements of Rule 26(a)(1) of the Federal Rules of Civil Procedure.

  8. The parties do not currently believe that fact or expert discovery will be necessary.

  9. The parties do not recommend bifurcation.

  10. The parties propose that other scheduling issues, if any, be decided following the resolution of the motions for summary judgment.

JOINT STATEMENT OF THE CASE AND STATUTORY BASIS FOR
PLAINTIFFS' CLAIMS

This action involves an appeal from a Hearing Officer's Determination under the Individuals with Disabilities Education Act (the "IDEA"), 20 U.S.C. §§ 1400 *et seq*.

The Hearing Officer initially found that T.F. was a child with a disability, and that she was denied a free, appropriate public education. (Hearing Officer's Determination (5/25/05) at 7-8.) In a separate Determination, the Hearing Officer found that "T.F. must have a compensatory education plan calculated to provide appropriate relief." (Hearing Officer's Determination (2/22/06) at 5.) The Hearing Officer directed defendants to conduct pre-testing, develop and implement a compensatory education plan to include five (5) hours of after-school tutoring focusing on T.F.'s "language based problems," implement the plan for three months and thereafter provide post-testing to determine the impact of the compensatory education program. (*Id*. at 6.)

Dated: July 18, 2006

                                      Respectfully submitted,

| | |
|---|---|
| /s/ Edward M. Mathias | |
| Carolyn F. Corwin (D.C. Bar No. 939355) | ROBERT J. SPAGNOLETTI |
| Edward M. Mathias (D.C. Bar No. 479264) | Attorney General for the District of |
| COVINGTON & BURLING LLP | Columbia |
| 1201 Pennsylvania Avenue, N.W. | |
| Washington, DC 20004-2401 | GEORGE VALENTINE |
| Telephone: 202-662-6000 | Deputy Attorney General |
| Fax: 202-662-6291 | Civil Litigation Division |
| Email: ccorwin@cov.com; emathias@cov.com | |
| | /s/ Edward P. Taptich |
| Robert I. Berlow (D.C. Bar No. 928069) | EDWARD P. TAPTICH [012914] |
| 805 Fairfield Estates Court | Chief, Equity Section 2 |
| Crownsville, MD 21032 | |
| Telephone: 301-912-2281 | /s/ Maria Merkowitz |
| Fax: 301-912-2282 | MARIA MERKOWITZ [312967] |
| | Assistant Attorney General |
| ATTORNEYS FOR PLAINTIFFS | Equity Division |

441 4th Street, NW, 6S
Washington, DC 20001
Tel: 202-442-9842
Fax: 202-727-6325
Email: maria.merkowitz@dc.gov

ATTORNEYS FOR
DEFENDANTS