IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
T.F., et al.,                                        )
                                                    )
                        *Plaintiffs*,                )
                                                    )    Civil Action No. 1:06CV00954
                                                    )    (RJL)
            v.                                        )
                                                    )
                                                    )
DISTRICT OF COLUMBIA, et al.,         )
                                                    )
                        *Defendants.*               )
_____)

**[PROPOSED] ORDER**

On this _____day of _____, 2006, the parties having met

and agreed that this matter can be disposed of by motion and having further agreed to a schedule

for filing any Motions for Summary Judgment, Oppositions, and Replies, it is hereby

**ORDERED** that:

1.      Defendants shall file and serve an accurate and complete copy of the

administrative record of this case no later than September 26, 2006.

2.      Plaintiffs shall file and serve a Motion for Summary Judgment no later than

October 26, 2006.

3.      Defendants shall file any Opposition to plaintiffs' Motion for Summary Judgment

no later than November 30, 2006.  Defendants may file a dispositive motion at that same time.

4.      Plaintiffs may file a Reply to defendants' Opposition and an Opposition to

defendants' Motion for Summary Judgment no later than December 21, 2006.

5.      Defendants may file a Reply to plaintiffs' Opposition no later than January 19, 2006.

_____

RICHARD J. LEON
United States District Judge