UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.F. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.* <br><br> Defendants. | Civil Action No. 06-0954 <br> (RJL) |

CONSENT MOTION FOR AN EXTENSION OF TIME
FOR DEFENDANTS TO FILE ADMINISTRATIVE RECORD

Defendants, by and through counsel, pursuant to Fed. R. Civ. P. 6 (b)(1), respectfully move this honorable Court for an extension of time, up to and including October 6, 2006, to file the Administrative Record, which is currently due on September 26, 2006. Defendants were prepared to file the Record on this date but belatedly realized that several documents were inadvertently not included. Plaintiffs consent to a grant of this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General


/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Assistant Attorney General
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
FAX  -  (202) 727-3625
E-mail – maria.merkowitz@dc.gov

September 26, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| T.F. *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-0954 |
|  | : (RJL) |
| DISTRICT OF COLUMBIA, *et al.* | : |
| Defendants. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. Fed. R. Civ. P. 6 (b)(1)

2. The inherent powers of the court.

3. Plaintiffs consent to this motion.

       Respectfully submitted,

       ROBERT J. SPAGNOLETTI
       Attorney General for the District of Columbia

       GEORGE C. VALENTINE
       Deputy Attorney General

       /s/ Edward P. Taptich
       EDWARD P. TAPTICH [012914]
       Chief, Equity, Section 2

       /s/ Maria L. Merkowitz
       MARIA L. MERKOWITZ [312967]
       Senior Assistant Attorney General
       441 4th Street, N.W.
       Sixth Floor North
       Washington, DC 20001
       (202) 442-9842
       FAX  -  (202) 727-3625
       E-mail – maria.merkowtiz@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.F. *et al.*, : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 06-0954 (RJL) |
| DISTRICT OF COLUMBIA, *et al.* : | |
| Defendants. : | |

**ORDER**

Upon consideration of Defendants' Consent Motion for an Extension of Time, up to and including October 6, 2006, within which to respond to file the Administrative Record and the entire record herein, it is this _____ day of _____ 2006, hereby

ORDERED, that Defendants' Motion is GRANTED; and

IT IS FURTHER ORDERED: that Defendants file the Administrative Record on or before October 6, 2006.

_____

Judge Richard J. Leon