# CERTIFICATION OF RECORD

### INDIVIDUALS WITH DISABILITIES EDUCATION ACT (IDEA) 20 USC § 1400

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### *STUDENT HEARING OFFICE*
#### SPECIAL EDUCATION

In the Matter RE:  F████, T█████ vs. Accotink Academy

Case Information:

Hearing Dates: 05/11/2005
Held at: **District of Columbia Public Schools Headquarters**
**825 N. Capitol Street, N.E.**
**Washington, D.C. 20002**
Student Identification Number: **9079299**
Student's Date of Birth: ████/1995
Attending School: **Accotink Academy**
Managing School: **Accotink Academy**
Hearing Request Date(s) **3/1/2005**

## CERTIFICATION OF RECORD

I, **Shawnta Maddox, Legal Assistant of the Student Hearing Office,**

DO HEREBY CERTIFY that the attached Record of Proceeding is the entire record in

the above entitled matter as of this date, consisting of all letters, pleadings, orders,

exhibits and depositions.

I FURTHER CERTIFY that the materials forwarded herewith are the true copy

of the original documents submitted in this matter.

EXECUTED this 27th day of September.

**LEGAL ASSISTANT**
**STUDENT HEARING OFFICE**

1

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigative Division*
## <u>CONFIDENTIAL</u>

## Charles R. Jones, Esq., Due Process Hearing Officer
## 825 North Capitol Street, N.E.  8th Floor
## Washington, D.C.  20002
## Facsimile:  (202) 442-5556

| | | |
|---|---|---|
| In the Matter of | ) | **IMPARTIAL DUE PROCESS** |
| | ) | |
| T████ F████████,  Student, | ) | **HEARING OFFICER'S DECISION** |
| Date of Birth: ████-96 | ) | |
| | ) | |
| Petitioner, | ) | Brief Date: January 22, 2006 |
| | ) | |
| vs. | ) | |
| | ) | |
| The District of Columbia Public Schools, | ) | Held at:  825 North Capitol Street, NE |
| Attending: Accotink Academy | ) | Eighth Floor |
| Respondent. | ) | Washington, D.C. 20002 |
| | ) | |

2006 FEB 22  PM 12: 01
DC PUBLIC SCHOOL SYSTEM

## <u>DECISION AND ORDER</u>

Parent(s):

Ms. Angelique Moore
2436 Wagner Avenue, SE
Washington, D.C.  20020

Counsel for Parent:

Stacey L. Brustin, Esq.
Sarah Bagley, Student Legal Advocate
Catholic University of America
Columbus School of Law
Washington, D.C.  20024

Counsel for School:

Rashida J. Chapman, Attorney- Advisor
Office of the General Counsel, DCPS
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002

# HEARING OFFICER'S DECISION

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### State Enforcement and Investigative Division

### Special Education Due Process Hearing

## I.  INTRODUCTION

On April 12, 2005, a Motion for a Continuance was granted to counsel for the Respondent. The initial request for Due Process Hearing was filed with the Student Hearing Office, by counsel for the parent, Stacey L. Brustin, Esq. The request alleges DCPS failed to provide an appropriate educational placement, failed to provide an appropriate IEP and failed to determine the appropriate disability classification for T. F.

A Due Process Hearing was reconvened on May 11, 2005, at the District of Columbia Public Schools, ("DCPS"), 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Rashida J. Chapman., Esq., Attorney-Advisor, represented DCPS. Stacey L. Brustin, Esq., and Sarah Bagley, Student Legal Advocate represented the parent. Five Day Disclosure Letters were entered into the record, without any objection by either party. On behalf of the parent:  Disclosure Letter dated April 4, 2005: TF-1 through TF-17 and an Amended Disclosure Letter dated May 3, 2005.  On behalf of DCPS: Disclosure Letter dated April 5, 2005: DCPS-01 through DCPS-02. Parent's counsel waived a formal reading of the Due Process Rights.   Witnesses for the parent: Angelique Moore, Dr. Meredith Branson, PH.D, Sheila Iseman and Ann Warnke. Witnesses for DCPS: Joy Spencer and LaRhonda Owens.  At the conclusion of the initial hearing, the issue concerning compensatory education had not been resolved.  The parties were ordered to provide briefs on the issue and to determine appropriate compensatory relief consistent with the _Reid_ v _District of Columbia_ 401 F. 3d 516 (D.C. Cir. 2005). Parent's counsel provided a brief on or about December 15, 2005.  DCPS failed to provide a brief, as the record remained open for this submission until January 22, 2006.

## II.  JURISDICTION

The Due Process Hearing was convened, and this decision was written pursuant to _Public Law 108-446, The Individuals with Disabilities Education Improvement Act of 2004_, 20 United States Code 1400 et. Seq.; Title 34 of the Code of Federal Regulations, part 300; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act, effective October 21, 1998.

## III.  ISSUES

What amount of compensatory education is T.F. entitled to as a result of the denial of FAPE?

2.

## IV.    SUMMARY OF RELEVANT EVIDENCE

The case involves issues concerning the compensatory education aspect of the hearing for T.F.  According to parent's counsel, it is alleged that DCPS should compensate the petitioner, as a direct result of the inappropriate IEP's developed by DCPS, which denied the student a free appropriate public education (FAPE).  The petitioner has a learning disability, which is specifically language based with significant problems in the areas of language processing, memory and executive functions.

## V.    FINDINGS OF FACT

The Hearing Officer makes the following findings of fact:

1.    T.F. is a ten- (10) year old District of Columbia resident and student presently enrolled at Accotink Academy.

2.    T. F. has been classified with significant learning disabilities and an Attention Deficit Hyperactivity Disorder (ADHD).  Her learning disabilities are in the areas of language processing (both expressive and receptive language), memory, and executive functions.

3.    Parent's counsel request for compensatory educational relief is limited to a period of two years, which is consistent with the statutory limitation required by IDEA.[1]

4.    According to Dr. Branson, T. F. was functioning at the level of a Kindergarten level in most areas (first grade in one area).[2]

3.

---

[1] Parent's counsel's brief dated December 16, 2005.
[2] Exhibit: TF-23.

5.      T.F.'s verbal abilities are significantly less developed than non-verbal skills, as a result specific (and intense) levels of speech and language services are warranted including a specific treatment program to target her failures to make gains in reading skills.

6.      Parent's counsel recommends providing the student as much tutoring and added speech and language programs as can fit into T.F. after school schedule and on weekends.[3]    It is proposed that these services should last until the student is eighteen in order to fill the educational gap caused by the denial of FAPE.

7      T.F. requires more frequent review of newly learned information and a more intense level of services (e.g. being taught in smaller classes, in a special education setting, with specialized methods/technologies, and therapist integrated into her school-day.[4]

## VI.    DECISION AND CONCLUSION OF LAW

The initial issue in this matter is whether DCPS is required to provide compensatory education for an inappropriate IEP or missed services for more than two years from the date of the filing of the complaint.  The U. S. Congress amended and passed the *Individuals with Disabilities Education Improvement Act of 2004, (IDEIA 2004)*, which enunciates and specifies a two- (2) year Statute of Limitations concerning alleged violations of the statute, unless a State has an explicit time limitation for presenting a complaint under IDEIA.  Section 615 (b) (6) (B) states in pertinent part:

An opportunity for any party to present a complaint – which set forth an alleged violation that occurred not more than two years before the date the parent or public agency knew or should have known about the alleged action that forms the basis of the complaint, or, if the State has an explicit time limitation for presenting such a complaint under this part, in such time as the State law allows, except that the exceptions to the timeline described in subsection (f) (3) (D) shall apply to the timeline described in this subparagraph.

Previously the Federal District Courts in the District of Columbia applied, in the absence of an explicit time limitation in D.C. statutory or regulatory law for complaints under IDEA, the "catch all" D.C. three-year statute of limitations at D.C. Code Section 12-301 (8).  See *Hammond* v. *District of Columbia, 2001 U.S. District of Columbia, 2001*

4.

---

[3] Parent's counsel brief of December 16, 2005 at page 8.
[4] Exhibit: TF-23.  Affidavit of Meredith P. Branson.

*Dist. Lexis 25846 (D.D.C. 2001).* However, it is abundantly clear by viewing the legislative history of IDEIA 2004 that Congress intended to place a Statute of Limitation on compensatory education claims. According to the Senate Report:

> Section 615 (f) (3) (D) creates a new two-year timeline for requesting a hearing on claims for reimbursed or ongoing compensatory education services. If the State has developed an explicit timeline for requesting a due process hearing either through statute or regulation, the State provision will apply. The bill also provides for exceptions to the timeline in limited instances. The committee does not intend that common law determination of statutes of limitation override this specific directive or the specific State or regulatory timeline. S. 124, S. Rep. No.108-185 (November 3rd 2003).

In light of the foregoing, it is concluded that IDEIA 2004's two- year statute of limitation specifically applies to this case to bar claims prior to the two years before the filing of the due process complaint.

While compensatory education is not a remedy expressly identified in IDEIA, courts have awarded it in appropriate circumstances by exercising their authority under *20 U.S.C. Section 1415 (i) (2) (B) (iii) and IDEIA 2004 at Section 615 (i) (2) 9C) (iii)* to "grant such relief as the court determines appropriate." The Supreme Court in *Florence County School District Four* v. *Carter*, 510 U.S. 7 at 16 stated: "Under this provision, 'equitable considerations are relevant in fashioning relief.' *Burlington*, 471 U.S. at 374, 105 S. Court, at 2005, and the court enjoys 'broad discretion' in so doing. Id. At 369, 105 S. Ct. at 2002. In the case of *Reid* v. *District of Columbia*[5], The D.C. Court of Appeals held: "Consistent with Congress's stated aim of 'ensuring that the rights of children with disabilities and parents of such children are protected,' see 20U.S.C. Section 1400 (d) (1) (B), we therefore join our sister circuits and hold that compensatory education awards fit comfortably within the 'broad discretion' of courts fashioning and enforcing IDEA remedies, see *Carter*, 510 U.S. at 15-16." Id.at 20.

In determining the ultimate compensatory education award, the D.C. Court of Appeals in *Reid* stated: "In every case, however, the inquiry must be fact-specific and, to accomplish IDEA's purposes, the ultimate award must be reasonably calculated to provide the educational benefits that likely would have accrued from special education services the school district should have supplied in the first place." Id. at 22.

Applying the standards outlined in the aforementioned case law, it is clear that T.F. must have a compensatory education plan calculated to provide appropriate relief. Parent counsel's plan focuses on intensive and specialized services, which is necessary

5.

---

[5] *Reid* v *District of Columbia*, 401 F.2d 511.

but the total amount of services and the duration of those services is speculative[6] in light of the inability to specifically determine the student's presently levels of performance. It is compellingly important to determine what are T.F.'s present levels of performances and exactly what amounts of intensive educational services would provide her with appropriate compensatory relief. Therefore, I am ordering that Accotink Academy, in conjunction with DCPS, provide specific appropriate researched based pre-test(s) to determine the present levels of performance of T.F. Thereafter, Accotink shall develop and implement a specific language based compensatory education plan for a period of three months to include a specific, intensive, after school program. The programs shall include five- (5) hours of after-school intensive language based tutoring. Accotink Academy official shall provide a post-test status report and this information shall form the basis of the compensatory education plan for T.F.

Based upon the foregoing, **IT IS HEREBY ORDERED:**

1) **DCPS shall, within fifteen- (15) school days of the issuance of HOD in conjunction with Accotink Academy officials, conduct pre-test(s) to determine the present levels of performance for T.F. in all academic areas pertaining to the student's IEP.**

2) **DCPS shall, within five- (5) school days of the completion of pre-test(s) in conjunction with Accotink Academy officials, develop and implement a compensatory education plan to include five (5) hours of after school tutoring which focuses on the student's language based problems.**

3) **DCPS shall, in conjunction with Accotink Academy, implement this compensatory education plan for a three- (3) months period of time and thereafter provide post-test(s) to determine the impact of the compensatory education program. The results shall be sent to the Hearing Officer.**

6.

---

[6] Parent's counsel requested compensatory education for the student until the student is eighteen years of age to fill the gap.

## VII.   APPEAL PROCESS

This is the FINAL ADMINISTRATIVE DECISION.  Appeals may be made to a court of competent jurisdiction within ninety- (90) days from the date this decision was issued.

_____    Date Filed: _O2 - 22 - 06_____

Charles R. Jones, Esq., Hearing Officer

Date Issued: ___2/22/06_____

7.

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

In the Matter of:                                    )            BEFORE A SPECIAL EDUCATION

_____          )

_____          )            INDEPENDENT HEARING OFFICER
                    **Petitioner**                       )

_____ vs. _____                                )

_DCPS_                                               )            STATE EDUCATION AGENCY
                    **Respondent**                    )

## **INTERIM ORDER**

ON THIS DAY came on to be heard _PETITIONER_'s Motion For Continuance in the above styled cause. After hearing the evidence and argument of counsel, the Motion For Continuance is:

_____ DENIED.

___✓___ GRANTED. The hearing is reset for _____ A.M. / P.M. on _____,

The Hearing Officer finds there is good cause to grant the continuance because:

_____ The parties have agreed to this continuance and the parent has waived the right to receive a final decision within 45 days;

_____ Petitioner's legal representative is unavailable. Diligent efforts have / have not been made to avoid or eliminate the scheduling conflict;

_____ Assigned DCPS attorney-advisor unavailable. DCPS has / has not made diligent efforts to have an attorney-advisor available;

_____ Witness unavailable. The party has / has not made diligent efforts to secure the witness;

_____ Parent or student unavailable;

_____ Conflict in the schedule of the assigned hearing officer. The Student Hearing Office has / has not made diligent effort to secure a replacement and no other hearing officer is available;

_____ Insufficient time allotted for the hearing. The time that was allotted is less than / equal to ( or more than) the time requested by the parent;

_____ No hearing room available. The Student Hearing Office has / has not made diligent efforts to secure a hearing room;

_____ Movant did not receive prior notice of the hearing;

___✓___ Other: _PETITIONER SHALL PRESENT HIS ARGUMENT ON COMPENSATORY EDUCATION BY WAY OF BRIEF & AFFIDAVITS TO BE PROVIDED TO RESPONDENT COUNSEL ON OR BEFORE DEC 16 2005. THE BRIEF SHALL REFLECT THE STANDARD SET BY REID V DC_

_RESPONDENTS COUNSEL SHALL HAVE TWO (2) WKS TO RESPOND TO THE BRIEF._

The hearing request was filed on _____. The 45-day deadline for issuance of a final Hearing Officer's Determination is extended for the specific number of days granted by the continuance. The new deadline for issuance of the final decision is _____

SIGNED this date ___10 - 16 - 05___,

____11-21-05____                              _____
**Issue Date**                                    **Independent Special Education Hearing Officer**

Original to SHO – Student's File
Copy To:        Parent - C/O:    _Mr. BEELOW Esq_
                       DCPS - C/O :    _Ms. R Chapman, Esq_
                       Charter School - C/O: _____

9

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

In the Matter of:                              )

~~████████~~ ~~████████~~ )     **BEFORE A SPECIAL EDUCATION**

)

)     **INDEPENDENT HEARING OFFICER**

*Petitioner*                                   )

DCPS                                          )

vs.                                           )     **STATE EDUCATION AGENCY**

)

*Respondent*

## INTERIM ORDER

ON THIS DAY came on to be heard _PETITIONER_'s Motion For ~~Continuance~~ *RECONSIDERATION* in the above styled cause. After hearing the evidence and argument of counsel, the Motion For ~~Continuance~~ *RECONSIDERATION* is:

_____  DENIED.

___✓___  GRANTED. The hearing is reset for _11:00_ A.M./ ~~P.M.~~ on _11/28/05_.

The Hearing Officer finds there is good cause to grant the ~~continuance~~ *RECONSIDERATION* because:

_____  The parties have agreed to this continuance and the parent has waived the right to receive a final decision within 45 days;

_____  Petitioner's legal representative is unavailable. Diligent efforts have / have not been made to avoid or eliminate the scheduling conflict;

_____  Assigned DCPS attorney-advisor unavailable. DCPS has / has not made diligent efforts to have an attorney-advisor available;

_____  Witness unavailable. The party has / has not made diligent efforts to secure the witness;

_____  Parent or student unavailable;

_____  Conflict in the schedule of the assigned hearing officer. The Student Hearing Office has / has not made diligent effort to secure a replacement and no other hearing officer is available;

_____  Insufficient time allotted for the hearing. The time that was allotted is less than / equal to ( or more than) the time requested by the parent;

_____  No hearing room available. The Student Hearing Office has / has not made diligent efforts to secure a hearing room;

_____  Movant did not receive prior notice of the hearing;

___✓___  Other: _THE H.O. SHALL TAKE TESTIMONY ONLY ON THE ISSUE OF PETITIONER'S ENTITLEMENT TO COMP ED. SERVICES. AS THIS PHASE OF THE PREVIOUS DPH DID NOT TAKE PLACE. THE H.O'S NOTES INDICATE THAT HE HAD AGREED TO HEAR TESTIMONY ON THIS ISSUE. * PETITIONER SHALL PROVIDE PROOF_

_OF THE EDUCATIONAL DEFICIT CREATED BY DCPS' FAILURES AND PROVIDE THE AMOUNT OF COMP. ED. SERVICES TO REASONABLY PROVIDE VOCATIONAL BENEFIT._

The hearing request was filed on _____. The 45-day deadline for issuance of a final Hearing Officer's Determination is extended for the specific number of days granted by the continuance. The new deadline for issuance of the final decision is _____

SIGNED this date _10-31-05_.

_____

_____
Independent Special Education Hearing Officer

_____
Issue Date

Original to SHO – Student's File

Copy To:     Parent - C/O:  _MR. BERLOW    Esq._

DCPS - C/O :  _Ms. Chapman    Esq._

Charter School - C/O: _____

10

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigative Division*
## <u>CONFIDENTIAL</u>

### Charles R. Jones, Esq., Due Process Hearing Officer
825 North Capitol Street, N.E.  8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | |
|---|---|
| In the Matter of ) | **IMPARTIAL DUE PROCESS** |
| ) | |
| T█████ F█████,  Student, ) | **HEARING OFFICER'S DECISION** |
| Date of Birth: █████-95 ) | |
| ) | |
| Petitioner, ) | Hearing Date: May 11, 2005 |
| ) | |
| vs. ) | |
| ) | |
| The District of Columbia Public Schools, ) | Held at:  825 North Capitol Street, NE |
| Stanton Elementary School ) | Eighth Floor |
| Respondent. ) | Washington, D.C. 20002 |
| ) | |

## <u>DECISION AND ORDER</u>

Parent(s):

> Ms. Angelique Moore
> 2436 Wagner Avenue, SE
> Washington, D.C. 20020

Counsel for Parent:

> Stacey L. Brustin, Esq.
> Sarah Bagley, Student Legal Advocate
> Catholic University of America
> Columbus School of Law
> Washington, D.C. 20024

Counsel for School:

> Rashida J. Chapman, Attorney- Advisor
> Office of the General Counsel, DCPS
> 825 North Capitol Street, N.E., 9th Floor
> Washington, D.C. 20002

# HEARING OFFICER'S DECISION

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### State Enforcement and Investigative Division

### Special Education Due Process Hearing

## I. INTRODUCTION

On April 12, 2005, a Motion for a Continuance was granted to counsel for the Respondent. The initial request for Due Process Hearing was filed with the Student Hearing Office, by counsel for the parent, Stacey L. Brustin, Esq. The request alleges DCPS failed to provide an appropriate educational placement, failed to provide an appropriate IEP and failed to determine the appropriate disability classification for T██████ F███████.

A Due Process Hearing was reconvened on May 11, 2005, at the District of Columbia Public Schools, ("DCPS"), 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Rashida J. Chapman., Esq., Attorney-Advisor, represented DCPS. Stacey L. Brustin, Esq., and Sarah Bagley, Student Legal Advocate represented the parent. Five Day Disclosure Letters were entered into the record, without any objection by either party. On behalf of the parent: Disclosure Letter dated April 4, 2005: TF-1 through TF-17 and an Amended Disclosure Letter dated May 3, 2005. On behalf of DCPS: Disclosure Letter dated April 5, 2005: DCPS-01 through DCPS-02. Parent's counsel waived a formal reading of the Due Process Rights. Witnesses for the parent: Angelique Moore, Dr. Meredith Branson, PH.D, Sheila Iseman and Ann Warnke. Witnesses for DCPS: Joy Spencer and LaRhonda Owens.

## II. JURISDICTION

The Due Process Hearing was convened, and this decision was written pursuant to Public Law 105-17, The Individuals with Disabilities Education Act of 1997, 20 United States Code 1400 et. Seq.; Title 34 of the Code of Federal Regulations, part 300; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act, effective October 21, 1998.

## III. ISSUES

Whether DCPS denied the student FAPE by failing to determine the appropriate disability classification, by failing to provide an appropriate IEP and by failing to provide an appropriate educational placement?

## IV. SUMMARY OF RELEVANT EVIDENCE

This case involves allegations concerning the alleged failure of DCPS to comprehensively evaluate the student to determine the appropriate disability classification. According to parent's counsel, it is alleged DCPS failed to conduct warranted evaluations, which would have appropriately determine the student was learning disabled (LD) rather than mentally retarded (MR). It is further alleged T███████ has failed to improve academically and emotionally as her peers constantly tease and physically abuse her on a continuing basis. Parent's counsel asserts that T██████ disability requires a full-time special education program and that the present placement is significantly inappropriate to provide T██████ any educational benefit. DCPS contends that T██████ disability classification is appropriate and she has been receiving appropriate services.

## V. FINDINGS OF FACT

The Hearing Officer makes the following findings of fact:

1. T██████ F██████ is a nine- (9) year old District of Columbia resident and student presently attending Stanton Elementary School.

2. T██████ is eligible for special education and related services. According to her IEP dated June 14, 2004, T██████ disability classification is mental retardation (MR).[1]

3. The MDT/IEP meeting consisted of qualified professionals capable and qualified to determine the disability classification of T██████ F██████. The parent participated in the IEP decision-making process and approved of the IEP.

4. Ms. Joyce Spenser, DCPS Special Education teacher, was T██████ special education teacher. She is a provisional certified special education teacher.

3.

---

[1] Exhibit: TF-11.

5.   Ms. Spenser opined that T█████ could not read or write anything when she entered her classroom.  Now T█████ is able to write all of her letters, (upper and lower case) add single digit numbers, and she enjoys Math.  According to Ms. Spenser, T█████ has made some academic progress.[2]

6.   T█████ learns from memory (memory base learning) and she has to work on her consonants, and write words without leaving out letters.  Her present level of performance is pre-K/Kindergarten

7.   T█████ has been retained and she continues to be below basic in reading and math.

8.   While T█████ has achieved some progress, she is not progressing sufficiently. According to Ms. Spenser, T█████ should not be in the third grade.

9.   LaRhonda Owens, DCPS Special Education Coordinator, opined that T█████ was physically aggressive and she was the student who caused problems.  She (T█████) would sit with the boys rather than with other girls.  Ms. Owens observed T█████.  Ms. Owens concluded T█████ creates problems by placing herself in situations.

10.  T█████ was receiving special education services.  She was not receiving the requisite amounts of specialized instructions and speech and language therapy.

11.  The majority of the students in T█████ class were, academically, achieving at a much higher level that T█████ and this was a problem for T█████, as she was easily distracted.

12.  Ms. Owens opined that T█████ exhibited behavior problems.  On or about February 2005, there was an altercation (fighting) and T█████ was involved.  T█████ was normally disobedient.

4.

---

[2] Testimony of Ms. Joyce Spenser.

13.  Dr. Meredith P. Branson, PH. D, an expert witness and licensed psychologist in Maryland and District of Columbia, clearly concluded that the appropriate disability classification for T████ was not mental retardation (MD).

14.  Dr. Meredith Branson, Psychologist and an expert witness, opined that T████ appropriate disability classification is learning disabled (LD), as T████ has significant language impairment.

15.  Dr. Branson further concluded that T████ has not made any academic progress at Stanton Elementary School.  In support of this position, Dr. Branson cites test results from April 2004 and compares those scores to test results from April 2005.

16.  **WESCHSLER INDIVIDUAL ACHIEVEMENT TEST (WIAT)**

   **WIAT SCORES (2004)** were as follows:

   (A) Word Reading Standard Score=58
   (B) Numerical Operations SS =77
   (C) Math Reasoning=58

   **WIAT SCORES (2005)** were as follows:

   (A) Word Reading Standard Scores=49
   (B) Numerical Operations SS=67
   (C) Math Reasoning=59

17.  These scores manifest no gains in skill levels and, in fact, the test results show some signs of regression.  T████ has not received any academic benefit from her placement at Stanton Elementary School.

18.  Dr. Meredith Branson also opined that Tiffany's mental retardation classification was improper and incorrect.

19.  In support of this conclusion, Dr. Branson opined that a MR diagnosis is appropriate where an individual "demonstrates significantly sub average intellectual functioning (IQ scores of 70 or below) and demonstrates concurrent deficits in present adaptive functioning.

20.  Dr. Branson indicated that in testing Tiffany's non-verbal thinking skills, by employing the C-Toni (a subtest from the Woodcock-Johnson) she consistently demonstrated much stronger cognitive potential than when other IQ tests were administered.  DCPS did not dispute this fact.

21.  Tiffany's overall scores on the C-Toni (86) fell within the low average range (90 is average).

22.  Tiffany's disability classification of mental retardation is an improper disability classification for Tiffany F_____.   Tiffany does not have the appropriate standard deviation to warrant this classification.

23.  Tiffany does have a significant language problem and a significant attention problem.  Language has a dramatic impact on Tiffany's ability to obtain academic benefit.

24.  Dr. Branson further opined that Tiffany has a language based learning disability and her IEP is inappropriate because the IEP does not provide a language based program.

6.

25. Dr. Sheila Iseman, a PH. D. expert witness and an educational advocate, indicated that she had classroom observation of T████. The observation period was October 2004 until April 2005. She observed the student on three (3) separate occasions.

26. Dr. Iseman concluded that T████ was inappropriately placed at Stanton ES, as T████ was working in the back area of a regular education class. T████ has ADHD and she is easily distracted and this setting was totally inappropriate for a student such as T████.

27. According to Dr. Iseman, T████ was not able to read, had no phonics skills, could not identify letters and she had no progress in reading or writing. She requires a 100% special education program.

28. T████ only received 35 % of Speech and Language services as the speech pathologist missed sessions. Additionally, DCPS reduced T████ specialized instruction services from (20) hours to (12) hours.

29. Ann Warnke, Assistant Director of Admissions at Accotink Academy, concluded that Accotink could provide T████ with academic benefit, as it was a full-time special education day program that provided a self-contained setting. The Accotink program consisted of age appropriate peers, clinicians including a full-time psychologist and speech therapist, behavioral intervention program, certified special education teachers and a low teacher/student ratio. Accotink Academy is an appropriate placement for T████ R████.

## VI.   DECISION AND CONCLUSION OF LAW

In this matter DCPS has not sustained its burden of proof. DCPS failed to comprehensively evaluate the student to determine the appropriate disability classification. A preponderance of the evidence supports petitioner's position that T████ appropriate disability classification is learning disabled (LD), as T████ scores in the C-Toni (a subtest from the Woodcock-Johnson) she consistently demonstrated much stronger cognitive potential than when other IQ tests were administered. Further, DCPS failed to provide an appropriate IEP and

7.

failed to provide an appropriate educational placement. The record is replete with the fact that T███ had not achieve any academic benefit from her placement at Stanton ES due, in substantial part, to the inappropriate IEP, which DCPS failed to fully implement. Under this set of circumstances, DCPS has denied this student a free appropriate public education.

**Based upon the foregoing, IT IS HEREBY ORDERED:**

1) Petitioner's request for relief is GRANTED.

2) Petitioner is the prevailing party.

3) DCPS shall place and fund T███ F███ at Accotink Academy for the 2005-2006 school years

4) DCPS shall provide transportation services for T███ F███ to Accotink Academy.

5) The parent is authorized to obtain independent warranted evaluations at DCPS expense pursuant to the Superintendent's Directive on outside consultant fees.

6) DCPS shall, within fifteen- (15) business days of the receipt of independent evaluations, convene a MDT/IEP meeting in conjunction with Accotink to review new warranted evaluations, review and revise the student's IEP and discuss and determine compensatory education and if warranted develop an appropriate Compensatory Education Plan to include ESY, hours, form and format.

7) All communications and notices shall be sent through the parent's counsel.

8) Any delay in the above time frames caused by the student or student's counsel shall result in an extension of one day for each day of delay.

8.

## VII.    APPEAL PROCESS

This is the FINAL ADMINISTRATIVE DECISION.  Appeals may be made to a court of competent jurisdiction within thirty- (30) days from the date this decision was issued.

Date Filed: _05-24-05_

_____
Charles R. Jones, Esq., Hearing Officer

Date Issued: _5/25/05_

9.



# CUA

## THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

July 6, 2005

Mr. Charles Jones, Hearing Officer          RE: T██████ F███████ DOB ██-█-95
D.C.P.S Student Hearing Office                    Motion for Reconsideration
825 North Capitol St. NE
Washington, DC 20002

Dear Mr. Jones,

I wanted to inform you that DCPS has authorized ESY services for T██████ F███████ to be provided at Accotink Academy for the summer of 2005. Therefore, the ESY issue we raised in our Motion for Reconsideration no longer needs to be addressed. The only remaining issue to be decided concerns the process for determining the compensatory education award.

Thank you for your consideration. If you need additional information, please contact me at 202-319-6788.

Sincerely,

Stacy L. Brustin

cc: Ms. Rashida Chapman
    Attorney Advisor DCPS

*General Practice Clinic • Families and the Law • Advocacy for the Elderly*
CCLS is located at the Brookland Metro stop at 3602 John McCormack Rd., N.E.

20



# THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

## FAX COVER SHEET

The information contained in this facsimile message is legally privileged and confidential. It is only intended for the addressee(s) as noted below. Dissemination, distribution or copy of this transmission by other than the noted addressee(s) is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. We will reimburse any cost you incur in notifying us and returning the message to us. Thank you.

To: *Mr. Charles Jones, c/o DCPS Hearing Office*

Fax #: *442-5556.*     Phone #:

From: *Stacy Brustin*     Phone #: *319-6788*

Date: *7-6-05*

Re: *ESY - Motion for Reconsideration*

Number of pages (including cover sheet): *2*

Message: _____

_____

_____

_____

_____

_____

**** For Office Use Only:  Time Sent: _____    Initials: _____

*General Practice Clinic • Families and the Law • Advocacy for the Elderly*
CCLS is located at the Brookland Metro stop at 3602 John McCormack Rd., N.E.

21



**CUA**

# THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

May 26, 2005

Mr. Charles Jones, Hearing Officer          RE: T██████ F███████ DOB ████95
D.C.P.S Student Hearing Office                   Hearing Date: 5-11-05
825 North Capitol St. NE                            HOD Decision: 5-25-05
Washington, DC 20002

### Motion for Reconsideration Concerning Immediate Placement, ESY and Compensatory Education

The Petitioner in this matter, Ms. Angelique Moore on behalf of her minor daughter T██████ F███████, respectfully requests that the Hearing Officer reconsider three issues addressed in the decision issued on May 25, 2005. In support of her Motion, the Petitioner, through counsel, states as follows:

1. On May 25, 2005, a Hearing Officer's Decision was issued concluding that DCPS denied a Free and Appropriate Education to T██████ F███████ and ordering that T██████ F███████ be placed at Accotink Academy for the 2005-2006 academic year.

2. The HOD did not discuss whether this placement would begin immediately and ordered that ESY should be considered part of compensatory education to be decided by the IEP team. In addition, the decision delegated authority to the IEP team to determine whether compensatory education is warranted and to decide the form and quantity of compensatory education. Such delegation is impermissible under the recent D.C. Circuit decision, <u>Reid v. District of Columbia</u>, 401 F.3d 516 (D.C. Cir. 2005). Petitioner urges the Hearing Officer to reconsider his decision as to these issues and order that: T██████ F███████ be placed at Accotink Academy for the remainder of the current school year; T██████ be enrolled in the 2005 ESY program at Accotink Academy with funding provided by DCPS; and Petitioner be permitted to seek a determination on compensatory education at a separate due process hearing.

### **Immediate Placement**

3. The testimony presented in the hearing on May 11, 2005 documented and the Hearing Officer held that the current placement is inappropriate, yet the HOD does not clearly order that T██████ immediately be placed in an appropriate program. The testimony presented by Petitioner's expert witnesses demonstrated that T██████ has been inappropriately taught as if she is mentally retarded for the entire 2004-2005 school year,

*General Practice Clinic • Families and the Law • Advocacy for the Elderly*
CCLS is located at the Brookland Metro stop at 3602 John McCormack Rd., N.E.

22

she has regressed academically and emotionally in her current placement, she is at or below the 1st percentile in reading, spelling and math compared to same age peers, she has not received approximately 70% of the speech language services she was entitled to receive, and she is currently receiving special ed services in an inappropriate setting, i.e. the back of a regular education classroom.

    4. T▓▓▓ needs to begin attending Accotink Academy immediately. There are four weeks remaining in the semester. Classes at Accotink end on June 24th and there is sufficient time for T▓▓▓ to transfer to Accotink, receive 100% special education services for three to four weeks and transition into her new school environment. The team at Accotink can provide the related services currently listed on T▓▓▓▓ IEP until independent evaluations are conducted and the MDT/IEP reconvenes and revises the IEP. It is standard practice at Accotink, as Ms. Warnke testified during the hearing on May 11th, that once a student is transferred to Accotink the school implements related services listed on the current IEP until a 30 day IEP review takes place.

## Extended School Year Services

    5. T▓▓▓ F▓▓▓▓ meets the eligibility criteria for Extended School Year services and ESY should be ordered and provided as part of T▓▓▓▓ regular educational program, not as part of compensatory education. DCPS determined that T▓▓▓ was eligible for ESY last summer (2004) as part of her IEP, not as part of any type of compensatory education (see attached disclosure document, TF #10).

    Petitioner presented uncontroverted evidence at the hearing on May 11, 2005, that T▓▓▓ is eligible for and needs ESY in order to acquire the critical life communication skills that she has yet to develop. Dr. Branson, through her report and testimony, established that T▓▓▓, who should be in fourth grade but for a retention, is performing at the pre-K level in decoding and the kindergarten level in word reading and spelling. Furthermore, T▓▓▓ has been educated as though she is mentally retarded for the last year rather than educated to address the severe language based learning disability that Dr. Branson identified. In her comprehensive psychological evaluation, Dr. Branson recommended that T▓▓▓ continue to receive extended year services and both Dr. Branson and Dr. Iseman testified that ESY services were essential to help T▓▓▓▓ develop critical life skills and prevent regression.

    The current timeframe set out in the HOD could effectively bar T▓▓▓ from receiving the ESY services she desperately needs. According to the HOD, an MDT/IEP meeting must be convened within fifteen days of receipt of any independent evaluations conducted (it could take several weeks to have the evaluations conducted and obtain reports). Once the team finally convenes, DCPS could determine that T▓▓▓ is not eligible for ESY. It would then take up to thirty five days to obtain a due process hearing to contest the ESY decision and T▓▓▓ would lose ESY services.

    A determination concerning ESY should be made by an independent Hearing Officer, not DCPS. According to DCPS guidelines, all ESY determinations were to be

2

made by April 15, 2005. Petitioner submitted a revised hearing request seeking ESY services prior to the April 15th deadline. During the hearing on May 11, 2005, DCPS did not put forth any evidence to suggest that Stanton Elementary had made a determination concerning ESY for T██████F██████ This decision is now properly before the Hearing Officer.

### Compensatory Education

6. During the hearing on May 11, 2005, there was insufficient time to present testimony on the issue of compensatory education. Petitioner reserved her right to seek compensatory education services at a subsequent due process hearing. In the HOD, however, the hearing officer delegated his authority to determine whether compensatory education was warranted and to fashion a compensatory education remedy to the IEP team, including a representative from DCPS. As the United States Court of Appeals for the District of Columbia Circuit recently pointed out in Reid v. District of Columbia, 401 F.3d 516 (D.C. Cir. 2005), IDEA hearings cannot be conducted by an employee of the SEA or LEA (20 U.S.C. Section 1415 (f)(3)) and therefore, "the hearing officer may not delegate his authority to a group that includes an individual specifically barred from performing the hearing officer's functions." Reid at 17.

The petitioner is entitled to present evidence and have an independent hearing officer i) determine the length of time during which T██████was denied FAPE and ii) fashion a compensatory remedy designed to bring T██████ back to where she would have been but for the denial of FAPE (Reid at 2.) According to the Reid Court, the IEP team can then monitor T██████ progress and coordinate compensatory relief but the IEP team cannot make a decision reserved to an independent hearing officer. (Reid at 18) In other words, the party responsible for the violation, DCPS, cannot be empowered to determine whether compensatory education is warranted and how much is needed to remedy its own violation. It is not sufficient, according to the Court, that the parent can seek a due process hearing if she is not satisfied with the IEP team's determination. (Reid at 17) The petitioner is entitled to a due process hearing on the issue of compensatory education to be determined by an independent hearing officer.

*Wherefore,* Petitioner requests that the Hearing Officer Reconsider his Decision and order that: 1) T██████ F██████ be placed at Accotink Academy for the remainder of the current school year; 2) T██████ F██████ be enrolled in the 2005 ESY program at Accotink Academy to be funded by DCPS; and 3) Petitioner maintains her right to seek a determination on compensatory education at a separate due process hearing and that such a determination will not be delegated to the IEP team.

Respectfully submitted,

Stacy L. Prustin, D.C. Bar # 423962
Columbus Community Legal Services

cc: Ms. Rashida Chapman
    Attorney Advisor DCPS

3

MAY-27-2005 07:46 FROM:                              TO:2024425556         P.5

**District of Columbia Public**
**Schools Division of Special**
**Education Washington, D.C.**

### NEW ADDENDUM MEETING PAGE
Attach to the IEP and check the box on page one.

Student Name ~~████████~~ ~~██~~  DOB ~~████~~ 95  DATE 3/24/04

Student ID Number _____  School Garfield ES

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Anselure Moore | Angelique Moore - mother | mother |
| Maria Wooley | Maria Wooley | Spec Ed Coord, DEA, Design |
| Jessica R. Miller | J. Riffe | Sp. Ed. Teacher |
| Dakoru Ogan- Offor | ~~████~~ P. Offor | Classroom teacher. |

**INSTRUCTIONS:** Use this addendum, in an IEP/MDT meeting, when changing levels of services on an IEP section or part. Discipline service providers must participate in the meeting. Attach addendum to the IEP and check the appropriate box on page one.

**Purpose of this meeting is to:**

To include Extend School Year (ESY) services to current I.E.P.

**SERVICES TO BE ADDED TO THE IEP**

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr/Min | D/W/M | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks/mos | DATE ADDED mm/dd/yyyy |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | | 15 | 15 | Hr | W | Spec. Ed Teacher | 08/16/03/04 | 1 mo | 3/24/04 |
| Speech Therapy | | 1 | 1 | Hr | W | Speech Therapy | 08/16/03 | 10 mo | 3/24/04 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL** | | | | **Hours Per Week** | | | | | |

CURRENT IEP : Percent of time in Special Services

0-20%        21-60%        61-100%

THIS ADDENDUM : Percent of time in Special Services

0-20%        21-60%        61-100%

**Describe:**

The MDT determined that T~~████~~ would benefit from ESY services.

PARENT SIGNATURE FOR ADDITION(S) APPROVAL: _Angelique Moore_ DATE: 3/24/04

DISTRICT OF COLUMBIA PUBLIC SCHOOLS        07-02-2001        DIVISION OF SPECIAL EDUCATION        APPENDIX-A

25

DISTRICT OF COLUMBIA PUBLIC SCHOOLS

WASHINGTON, D.C.

CONFIRMATION OF MEETING NOTICE

Date: 3/24/04

Angelique Moore
Parent / Guardian Name
3321 22nd St SE
Street # Street           Quad  Apt. No.
Washington DC 20020
City                      State  Zip Code

RE: ~~Teacher Feedback~~

SCHOOL: Garfield

ID NO. 9094391

DOB: 12/21/96

Dear Ms Moore

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. Your child's meeting is scheduled as follows:

Date: 4/14/04   Time: 10:00   Place/Location: Garfield ES
2435 Alabama Ave SE
(WDC 20020

The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Invited participants are listed under MDT members.

**The purpose of this meeting is to:**

- [X] **develop/review IEP (including consideration of extended school year (ESY) services
- [ ] **review evaluation or reevaluation information
- [ ] develop the student evaluation plan (SEP)
- [ ] discuss documented levels of service
- [ ] **review records to support the completion of services as follows:
- [ ] discuss placement
- [ ] determine manifestation
- [ ] discuss eligibility
- [ ] **discuss CompEd
- [ ] *consider transition services needs
- [ ] discuss quarterly review
- [ ] behavior plan review

- [ ] Graduated   [ ] Completed Services   [ ] Aged Out   [ ] Transferred Out of District   [ ] Dropped Out
- [ ] Other: _____

**Placement will be discussed.

MDT Members:  [X] Principal or Designee   [X] General Education Teacher   [ ] Psychologist
              [X] Parent                  [ ] Special Education Teacher   [ ] Other: _____
              [ ] LEA Representative       [ ] Speech and Language
              [ ] Student                  [ ] Social Worker

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

*   _____   *   _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact Nana Woolery at 698-7001 (school telephone number).

Sincerely,

District of Columbia Public Schools          07-02-2001          Division of Special Education          Confirmation of Meeting Notice

### Special Education Goal and Objective for ESY

Goals and objectives from the IEP which are to be specifically addressed during ESY are:

| Annual Goal(s) | Skills Area(s) |
|---|---|
| The student will recognize and produce consonant letter sounds at the beginning/ending of words with 80% accuracy | Reading |
| The student will learn Dolch words on the preprimer Word list with 80% accuracy | Reading |
| The student will tell time to the whole hour with 80% accuracy | Mathematics |
| The student will write weekly spelling words from the stimulus board w/ 80% accuracy | Writing |

| Special Education Services for ESY | | RELATED SERVICES | | | | |
|---|---|---|---|---|---|---|
| Skills Area(s) | *Setting | Amount | Time to be Provided Unit ( Hours/ Mins ) | Period ( D/ W/ M ) | Projected Date of Initiation | Number of Weeks |
| Specialized Instruction | B | 15 | hrs | Week | 6-28-04 | 4 |
| Speech & Language | B | 1 | hr | Week | 6-28-04 | 4 |

* Setting : A - Full Time General Education; B - Combo. General Education / Resources Classroom ; C - Out of Regular Education

| ESY Least Restrictive Environment (LRE) | | |
|---|---|---|
| ☑ Placement as in regular school year | Hours/Week | |
| ☐ Placement different from regular school year | | |

Placement
Specify placement (setting and alternate) of ESY service:


Explain why options selected above are the most appropriate and the least restrictive.


Describe any other options considered, and provide reasons those options rejected.


| Parent Name | Date | Signature |
|---|---|---|
| Angelique Moore | 3/24/04 | Angelique Moore |



# CUA

## THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

## FAX COVER SHEET

The information contained in this facsimile message is legally privileged and confidential. It is only intended for the addressee(s) as noted below. Dissemination, distribution or copy of this transmission by other than the noted addressee(s) is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. We will reimburse any cost you incur in notifying us and returning the message to us. Thank you.

To: *Mr. Charles Jones, Hearing Officer*
*c/o Student Hearing office*

Fax #: *442-5556*          Phone #:

From: *Stacy Brustin*          Phone #: *202-319-6788*

Date: *5-26-05*

Re: *Motion for Reconsideration - T████ F████*

Number of pages (including cover sheet): *9*

Message: _____

_____

_____

_____

_____

_____

_____

**** For Office Use Only:  Time Sent: *6:48 p.m.*    Initials: *SB*

*General Practice Clinic • Families and the Law • Advocacy for the Elderly*
CCLS is located at the Brookland Metro stop at 3602 John McCormack Rd., N.E.

**MEREDITH P. BRANSON, PH.D.**
Licensed Psychologist
5612 Spruce Tree Avenue
Bethesda, Maryland 20814
(301) 365-6565

May 12, 2005

To: Mr. Charles Jones
    Hearing Officer

From: Meredith Branson

Re: Follow up request resulting from hearing of Tiffany Franklin 5/05

In response to your request, I am providing a summary of key points relating to the three issues which you identified:

(1) Evidence of Tiffany's failure to make academic progress in her current and previous educational placements and reasons for her lack of progress:

* Results of achievement testing (Wechsler Individual Achievement Test), conducted last year and one year later, showed no gains in skill levels and, in fact, her performance level on basic reading and math scores was actually lower than last year.

WIAT SCORES FROM 4/13/04 (administered by DCPS Personnel)

Word Reading Standard Score=58
Numerical Operations SS=77
Math Reasoning SS=58

WIAT SCORES FROM 4/19/05 (administered by Meredith Branson)

Word Reading Standard Score=49
Numerical Operations SS=67
Math Reasoning SS=59

*Memory assessments indicate that Tiffany ability to retain newly learned information is poor. See results from Branson evaluation (Woodcock-Johnson testing of 4/19/05) which show that on measures of short-term memory (Memory for Words SS=92; Picture Recognition SS=82) she performed within the low average/average range. However, on a delayed memory task (Visual-Auditory Learning), which assessed her ability to retain information over time, her score

29

fell within the deficient range (Long-term Retrieval SS=67; <1st percentile). T████ needs specialized instruction techniques and a structured program for presentation of new material and review of old material in order for learning "to stick." Her changes in placement, inconsistencies in the amount and type of services rendered to her, and absence of specific memory enhancing strategies as goals for her (or even recognition that memory is a problem for her on any I.E.Ps) clearly indicates that this has not been provided.

*T████ ability to learn and achieve is the result of significant learning disabilities AND an attention deficit disorder. Even when her classification was LD (presumably due to language problems), she was only given an hour of week of speech-language services. T████ needs a program whose whole focus is language-based so that, in effect, she is receiving language therapy all day long. Tracking documents provide evidence that she has not even received that one hour a week on a regular basis.

The majority of IEP goals have been identical from year to year, regardless of the fact that she has not mastered them. Examples: (See IEP Grade 1 (1/27/03):" "Student will recognize and produce consonant sounds at the beginning and ending of words." " Student will recognize and produce long and short vowels."" Student will learn five site (sic) words from the Dolch preprimer list.""Student will rote count to 50." "Student will understand the concept of addition and subtraction." "Student will tell time (digital and analog) to the whole hour."

IEP Grade 2 (1/16/04): "Student will recognize and produce consonant letter sounds at the beginning and ending of words with 80% accuracy." "Student will produce long and short vowel sounds with 80% accuracy.""Student will learn five site (sic) words from the Dolch preprimer list with 80% accuracy." "Student will count rote to 50 with 80% accuracy." "The student will tell time to the whole hour with 80% accuracy."

*Despite the fact that teachers have expressed concern about her attentional problems (and more recently her behavioral difficulties), none of her IEPs have included goals to address those needs. Given the significant impact of ADHD upon learning, it can be assumed that much of the time, T████ was not even "available" for learning because of her attentional problems and because she was placed in a classroom environment that was large, noisy, and full of distractions (even her special education services were provided in this type of environment).

(2) Why mental retardation is not an appropriate diagnosis for T████

* A Mental retardation diagnosis can be made if an individual demonstrates significantly subaverage intellectual functioning (IQ scores of 70 or below) and demonstrates concurrent deficits in present adaptive functioning (DSM-IV Manual). Given T████ significant language impairment, it is imperative that testing be done that minimizes the effects of that impairment (i.e., with the use of tests which tap nonverbal thinking skills). None of the DCPS evaluations used such an instrument, such as the Leiter, the Comprehensive Test of Nonverbal Intelligence, etc.).

Results from my evaluation, using the CTONI and subtests from the Woodcock-Johnson which tap nonverbal thinking, consistently demonstrated much stronger cognitive potential than when

other IQ tests were administered. T█████ overall score on the CTONI (86) fell solidly within the low average range (90 is average).

On a measure of adaptive functioning, administered by DCPS in June, 2004 (Vineland), T█████ ratings placed her within the "adequate" range on the Personal Care, Interpersonal Relationships and Receptive Language subdomains.

     (3) DCPS maintains they have made a "good faith effort" to provide educational services for T█████. I reject this notion given that they did not provide appropriate comprehensive assessments for her (which led to inaccurate coding), failed to provide even the services which she was supposed to receive on a consistent basis, and did not significantly modify IEP goals and objectives when they were not being met.

     When goals are written based upon incomplete information and an inaccurate diagnosis, by definition, they are not appropriate.

     Thank you for your attention to T█████ case.

*Meredith Branson CD*

**Meredith Branson, Ph.D.**
**Licensed Psychologist**



## THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

# FAX COVER SHEET

The information contained in this facsimile message is legally privileged and confidential. It is only intended for the addressee(s) as noted below. Dissemination, distribution or copy of this transmission by other than the noted addressee(s) is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. We will reimburse any cost you incur in notifying us and returning the message to us. Thank you.

To: *Hearing Officer Charles Jones*

Fax #: *442 - 5556*        Phone #: *442 - 5432*

From: *Stacy Brustin*        Phone #: *202 - 319 - 6788*

Date: *May 12, 2005*

Re: *Summary from Dr. Branson*

Number of pages (including cover sheet): *4*

Message: *Per your request I have enclosed Dr. Branson's summary concerning ▓▓▓▓ A▓▓▓▓. I have also faxed a copy to Ms. Chapman.*

**** For Office Use Only:   Time Sent: _____        Initials: _____

*General Practice Clinic • Families and the Law • Advocacy for the Elderly*
CCLS is located at the Brookland Metro stop at 3602 John McCormack Rd., N.E.

32

## ATTENDANCE SHEET

| STUDENT'S NAME: | T̶̶̶̶̶ A̶̶̶̶̶ (9:00) | |
| HEARING DATE: | MAY 11, 2005 (HR-3) | |

| PRINTED NAME | ON BEHALF OF DCPS OR STUDENT | TITLE |
|---|---|---|
| Stacy Brustin | student | Attorney for Parent |
| Sarah Bagley | student | Student Attorney for Parent |
| Angelique Mooke | student | mother |
| Meredith Branson | student | Psychologist |
| Sheila Iseman | student | Educ. Consoff. |
| Rashida J Chapman | DCPS | Atty.- Advisor |
| Joy Spencer | DCPS | Spec. Ed. Teacher |
| La Rhonda Owens | DCPS | Spec. Ed. Coord. |
| Ann Wanke | student | Administrator - Accotink Academy |

Impartial Hearing Officer

33

TRANSMISSION VERIFICATION REPORT

```
                        TIME  : 04/13/2005 13:50
                        NAME  : STUDENT HEARINGS OFF
                        FAX   : 2024425556
                        TEL   : 2024425432
                        SER.# : BROH3J608601
```

```
DATE,TIME               04/13  13:49
FAX NO./NAME            93196780
DURATION               00:00:27
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
                       ECM
```

2005 APR 14 AM 8 46
RECEIVED

DC PUBLIC SCHOOLS
SPECIAL SERVICES BRANCH

# District of Columbia Public Schools
## *Office of Compliance*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



✗ REVISED COPY

### HEARING NOTICE

| MEMORANDUM VIA: [✗] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |
|---|

TO:    Parent (or Representative): _S. BRUSTIN_    Fax No.: _319-6780_

     LEA Legal Counsel: _R. CHAPMAN_

RE:   F██████, T██████    and (LEA) DOB: _██/██/██_
       Student's Name

FROM: _SHARON NEWSOME_
       Special Education Student Hearing Office Coordinator

DATE SENT: _4/12/05_

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_3/1/05_. Please be advised that the hearing has been scheduled for:

DATE: _5/11/05_     Con't f

TIME: _11:00 AM & 1:00 PM_     4/12/05

34



# THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

April 6, 2005

Ms. Rashida Chapman, Esq.
D.C.P.S. Office of General Counsel         RE: T███████ F██████, DOB ███-95
825 North Capitol St. NE                        Hearing Date 4-12-05
Washington DC 20002

Dear Ms. Chapman:

We are writing to inform you that during the hearing on April 12, 2005 we may seek Extended School Year Services as part of our request for a full time placement for T███████ F██████. If you have any questions or you wish to discuss settlement, please contact us at 202-319-6788.

Sincerely,

Stacy L. Brustin, Esq.

Sarah Bagley
Legal Intern

Theresa Vogel
Student Attorney

cc:     Student Hearing Office
        D.C. Public Schools

---

*General Practice Clinic • Families and the Law • Advocacy for the Elderly*
CCLS is located at the Brookland Metro stop at 3602 John McCormack Rd., N.E.

35



**CUA**

## THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

## FAX COVER SHEET

The information contained in this facsimile message is legally privileged and confidential. It is only intended for the addressee(s) as noted below. Dissemination, distribution or copy of this transmission by other than the noted addressee(s) is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. We will reimburse any cost you incur in notifying us and returning the message to us. Thank you.

To: Student Hearing Office

Fax #: 202 442 5556          Phone #: 202 442 5432

From: Tharesa Vogel          Phone #: 202 319 6788
      Student Attorney

Date: 4/7/05

Re: T~~████ F████~~ Hearing 4/12/05

Number of pages (including cover sheet): 2

Message: please see attached letter to Office of General
Cansel

**** For Office Use Only: Time Sent: _____    Initials: _____

*General Practice Clinic • Families and the Law • Advocacy for the Elderly*
CCLS is located at the Brookland Metro stop at 3602 John McCormack Rd., N.E.



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000 Fax: 202-442-5098
www.k12.dc.us

April 5, 2005

Stacy L. Brustin, Esq.
Catholic University of America
Columbus School of Law
Columbus Community Legal Service
Washington, DC 20064

## DISCLOSURE STATEMENT

## VIA FACSIMILE 202-319-6780

**Subject: Due Process Hearing for T█████ F████████**
**DOB:    █████95**
**Attending School: Cross Country Elementary**

At the upcoming due process hearing in the above-referenced matter, scheduled for Tuesday, April 12, 2005 at 9:00 a.m., and pursuant to 34 C.F.R. 300.509(a)(3), in addition to any documents and witnesses disclosed by the parent, DCPS may rely upon any of the following witnesses/documents[1]:

### Witnesses

Raymond Bryant, or his designee(s), Chief of Special Education Reform, DCPS
Dr. Kaye Williams, or her designee(s), Principal, Stanton Elementary
LaRhonda Ownes, or her designee(s), Special Education Coordinator, Stanton Elementary
Maria Woolery, or her designee(s), Special Education Coordinator, Garfield Elementary
Joy Spencer, or her designee(s), Special Education Teacher, Stanton Elementary
Linda Brown, or her designee(s), Speech and Language Therapist

---

[1] Witnesses may testify by telephone.

DCPS Office of the General Counsel
Page 2

**Documents**

**DCPS 01:**    Encounter Tracker Forms for Speech and Language Services, dated 09/28/04 through 03/10/05

**DCPS 02:**    Vinela Adaptive Behavior Scales Survey Form, dated 06/03/04

DCPS reserves the right to amend this disclosure as documents become available

DCPS reserves the right to object to expert testimony by any person whose curriculum vita has not been disclosed to DCPS at least five (5) business days prior to the hearing for this student.

DCPS reserves the right to examine any witnesses called or identified as a potential witness by the representative of the student as though the witness was called by DCPS.

DCPS reserves the right to rely upon and /or use any documents/witnesses presented and/or disclosed by the parent that DCPS deems relevant in this case.  Also, DCPS reserves the right to call rebuttal witnesses in its case.

If you wish to discuss any aspect of this case further, or have questions, please contact me at (202) 442-5178.

Sincerely,

Rashida J. Chapman
Attorney Advisor

cc: Student Hearing Office



**District of Columbia Public Schools**
**ENCOUNTER TRACKER FORM**
**School Year 2003-2004**

Student LN: F [████████]
Student FN: T [████████]

Student ID: 9 0 7 9 2 9 9    Social Security No: [████] [████] [████]    DOB: [████] 9 5

School Code: 0 3 1 9    School Name: S T A N T O N    Primary Disability: M R

Provider LN: B A D W N    Provider FN: L Y N D A    Provider Code: 7 5 5

Servicing School Code: 0 3 1 9    School District: W D C    Provider ID: [████████]

IEP Service – Actual Start Date/ 0 6 1 5 0 4    IEP Service Code: 0 1 3    Presenting Problem: 7 8 4 . 5
Assessment Order Date:

| Date of Service (mmddyy) | | | | | | Procedure Code/Modifier | | | | | | Cat | Type of Service | Duration (minutes) | | | # Of Students | | Response To TX | | Progress Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 3 | 0 | 1 | 0 | 5 | 9 | 0 | 8 | 5 | 7 | -4 3 | B | 0 2 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | |

**Progress Notes (Continued)**   Student not available for session

| Date of Service (mmddyy) | | | | | | Procedure Code/Modifier | | | | | | Cat | Type of Service | Duration (minutes) | | | # Of Students | | Response To TX | | Progress Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 3 | 0 | 7 | 0 | 5 | 9 | 0 | 8 | 5 | 7 | -4 3 | D | 0 2 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | |

**Progress Notes (Continued)**   Mtg. for another student

| Date of Service (mmddyy) | | | | | | Procedure Code/Modifier | | | | | | Cat | Type of Service | Duration (minutes) | | | # Of Students | | Response To TX | | Progress Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 3 | 1 | 0 | 0 | 5 | 9 | 0 | 8 | 5 7 | | -4 3 | A | 0 1 | 0 | 6 | 0 | 0 | 6 | 1 | 0 | |

**Progress Notes (Continued)**   Sounds + words – identifying initial consonant sounds and matching pictures – completed with 100% accuracy.

| Date of Service (mmddyy) | | | | | | Procedure Code/Modifier | | | | | | Cat | Type of Service | Duration (minutes) | | | # Of Students | | Response To TX | | Progress Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | - | | | | | | | | | | |

**Progress Notes (Continued)**

**REQUIRED:**

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary

Provider Signature: _L C____    Credentials DCPS Cert.    Date Signed: 3 /10 /05

Supervisor's Signature: _____    Credentials _____    Date Signed: ___/___/___

DCPS 171



**District of Columbia Public Schools**
**ENCOUNTER TRACKER FORM**
**School Year 2003–2004**

Student LN: F █████████     Student FN: T ████████

Student ID: 9 0 7 9 2 9 9   Social Security No: ████████   DOB: ██████ 9 5

School Code: 0 3 1 9   School Name: S T A N T O N   Primary Disability: M R

Provider LN: B R D W N   Provider FN: L Y N D A   Provider Code: 7 5 5

Servicing School Code: 0 3 1 9   School District: W D C   Provider ID: ████████

IEP Service – Actual Start Date/ Assessment Order Date: 0 6 1 5 0 4   IEP Service Code: 0 1 3   Presenting Problem: 7 8 4 . 5

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 0 2 2 1 0 5 | 9 0 8 5 7 - 4 3 | F | 0 1 | 0 0 0 | 0 0 | 1 8 | |

Progress Notes (Continued)

Holiday

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 0 2 2 8 0 5 | 9 0 8 5 7 - 4 3 | F | 0 1 | 0 0 0 | 0 0 | 1 0 | |

Progress Notes (Continued)

Snow Day. Schools Closed.

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

**REQUIRED:**

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary

Provider Signature: _X (signature)_   Credentials _DCPS Cert_   Date Signed: 2 / 28 / 05

Supervisor's Signature: _____   Credentials _____   Date Signed: __ / __ / __

40

September 2003



**District of Columbia Public Schools**
**ENCOUNTER TRACKER FORM**
**School Year 2003-2004**

Student LN: F██████████ | Student FN: T████████

Student ID: 9 0 7 9 2 9 9   Social Security No: ████████   DOB: ████ 9 5

School Code: 0 3 1 9   School Name: S T A N T O N   Primary Disability: M R

Provider LN: B R D W N   Provider FN: L W N D A   Provider Code: 7 5 5

Servicing School Code: 0 3 1 9   School District: W D C   Provider ID: ████████

IEP Service – Actual Start Date/ 0 6 1 5 0 4   IEP Service Code: 0 1 3   Presenting Problem: 7 8 4 . 5
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 0 2 0 7 0 5 | 9 0 8 5 7 - 4 3 | A | 0 1 | 0 6 0 | 0 5 | 1 0 | |

Progress Notes (Continued) Continued with category on transportation. Able to identify
10/15 picture correctly.

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 0 2 1 4 0 5 | 9 0 8 5 7 - 4 3 | F | 0 1 | 0 0 0 | 0 0 | 1 0 | |

Progress Notes (Continued)
School Closed PTA Day.

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

**REQUIRED:**

By signing this form, I verify that all the information contained on this document is true and accurate.  Any misrepresentation may result in disciplinary

Provider Signature: _J Cfanm_    Credentials _Caf_ DC85    Date Signed: 2 / 14 / 05

Supervisor's Signature: _____    Credentials _____    Date Signed: __ / __ / __

September 2003



**District of Columbia Public Schools**
**ENCOUNTER TRACKER FORM**
**School Year 2003-2004**

| Student LN: | F▒▒▒▒▒▒▒▒ | Student FN: | T▒▒▒▒▒▒▒ |

| Student ID: | 9 0 7 7 2 9 9 | Social Security No: ▒▒▒-▒▒-▒▒▒ | DOB: ▒▒-▒▒-9 5 |

| School Code: 0 3 1 9 | School Name: S T A N T O N | Primary Disability: M R |

| Provider LN: B R D W W | Provider FN: L Y N D A | Provider Code: 7 5 5 |

| Servicing School Code: 0 3 1 9 | School District: W D C | Provider ID: ▒▒▒▒▒▒▒▒ |

**IEP Service – Actual Start Date/** 0 6 1 5 0 4   **IEP Service Code:** 0 1 3  **Presenting Problem:** 7 8 4 . 5
**Assessment Order Date:**

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 0 1 1 7 0 5 | 9 0 8 5 7 - 4 3 | F | 0 1 | 0 0 0 | 0 0 | 1 8 | |

**Progress Notes (Continued)**

*Holiday*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 0 1 2 4 0 5 | 9 0 8 5 7 - 4 3 | F | 0 2 | 0 0 0 | 0 0 | 1 0 | |

**Progress Notes (Continued)**

*Snow Day – 2 hr delay.*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 0 1 3 1 0 5 | 9 0 8 5 7 - 4 3 | F | 0 2 | 0 0 0 | 0 0 | 1 0 | |

**Progress Notes (Continued)**

*Snow Day – 2 hr delay*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

**Progress Notes (Continued)**

**REQUIRED:**

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary

**Provider Signature:** *[signature]*          **Credentials** *DCPS Cert*  **Date Signed:** 1 31 05

**Supervisor's Signature:** _____  **Credentials** _____  **Date Signed:** _____

September 2003



**District of Columbia Public Schools**
**ENCOUNTER TRACKER FORM**
**School Year 2003-2004**

| Student LN: | F [blacked out] | | | | | | | Student FN: | T [blacked out] | |
|---|---|---|---|---|---|---|---|---|---|---|

| Student ID: | 9 0 7 9 2 9 9 | Social Security No: [blacked out] | DOB: [blacked out] 9 5 |
|---|---|---|---|

| School Code: | 0 3 1 9 | School Name: | S T A N T O N | Primary Disability: | M R |
|---|---|---|---|---|---|

| Provider LN: | B R D W N | Provider FN: | L Y N D A | Provider Code: | 7 5 5 |
|---|---|---|---|---|---|

| Servicing School Code: | 0 3 1 9 | School District: | W D C | Provider ID: [blacked out] |
|---|---|---|---|---|

IEP Service – Actual Start Date/ `0 6 1 5 0 4`   IEP Service Code: `0 1 3`  Presenting Problem: `7 8 4 . 5`
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 0 1 0 3 0 5 | 9 0 8 5 7 - 4 3 | E | 0 1 | 0 0 0 | 0 0 | 1 0 | |

Progress Notes (Continued)
*Report Writing - for another student*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 0 1 1 0 0 5 | 9 0 8 5 7 - 4 3 | D | 0 2 | 0 0 0 | 0 0 | 1 0 | |

Progress Notes (Continued)
*Mtg. for another student*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | – | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | – | | | | | | |

Progress Notes (Continued)

**REQUIRED:**

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary

Provider Signature: _____   Credentials _DCPS Cert._   Date Signed: _1 / 10 / 05_

Supervisor's Signature: _____   Credentials _____   Date Signed: ___ / ___ / ___

September 2003



**District of Columbia Public Schools**
**ENCOUNTER TRACKER FORM**
**School Year 2003-2004**

Student LN: `F` ████████ ☐ ☐ ☐ ☐ ☐ ☐  Student FN: `T` ██████ ☐ ☐ ☐

Student ID: `9 0 7 9 2 9 9`  Social Security No: ███ ████ ████  DOB: ████ `9 5`

School Code: `0 3 1 9`  School Name: `S T A N T O N` ☐ ☐ ☐ ☐ ☐  Primary Disability: `M R` ☐

Provider LN: `B R D W N` ☐ ☐ ☐ ☐ ☐  Provider FN: `L I N D A` ☐ ☐  Provider Code: `7 5 5`

Servicing School Code: `0 3 1 9`  School District: `W D C`  Provider ID: ████████████

IEP Service – Actual Start Date/ `0 6 1 5 0 4`  IEP Service Code: `0 1 3`  Presenting Problem: `7 8 4 . 5`
Assessment Order Date:

| Date of Service (mmddyr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 2 2 0 0 4 | 9 0 8 5 7 - 4 3 | D | 0 2 | 0 0 0 | 0 | 1 8 | |

**Progress Notes (Continued)**
*Mtg. for another student.*

| Date of Service (mmddyr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 2 2 7 0 4 | 9 0 8 5 7 - 4 3 | F | 0 1 | 0 0 0 | 0 0 | 1 8 | |

**Progress Notes (Continued)**
*Holiday*

| Date of Service (mmddyr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

**Progress Notes (Continued)**

| Date of Service (mmddyr) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

**Progress Notes (Continued)**

**REQUIRED:**

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary

Provider Signature: _____  Credentials: *DCPS Cert.*  Date Signed: `12 , 27 , 04`

Supervisor's Signature: _____  Credentials _____  Date Signed: __ , __ , __

44

September 2003



### District of Columbia Public Schools
### ENCOUNTER TRACKER FORM
### School Year 2003-2004

Student LN: F█████████W | Student FN: T████████

Student ID: 9 0 7 9 2 9 9  Social Security No: ███████████  DOB: ████████ 9 5

School Code: 0 3 1 9  School Name: S T A N T O N  Primary Disability: M R

Provider LN: B A D W N  Provider FN: L V N D A  Provider Code: 7 5 5

Servicing School Code: 0 3 1 9  School District: W D C  Provider ID: ████████████

IEP Service – Actual Start Date/Assessment Order Date: 0 6 1 5 0 4  IEP Service Code: 0 1 3  Presenting Problem: 7 8 4 . 5

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 2 0 6 0 4 | 9 0 8 5 7 - 4 3 | F | 0 1 | 0 0 0 0 | 0 1 | 0 | |

Progress Notes (Continued)

*School Closed PTA Day*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 2 1 3 0 4 | 9 0 8 5 7 - 4 3 | A | 0 1 | 0 6 0 | 0 6 | 1 0 | |

Progress Notes (Continued) *Introduce category in Transportation. (Move identifications) Completed w/ sheet # 148 with group with 75% accuracy.*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

**REQUIRED:**

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary

Provider Signature: _L C Brown_  Credentials: _DCPS Cert._  Date Signed: 12 /3 /04

Supervisor's Signature: _____  Credentials _____  Date Signed: __/__/__

45

September 2003



### District of Columbia Public Schools
### ENCOUNTER TRACKER FORM
#### School Year 2003-2004

Student LN: `F` ▓▓▓▓▓▓▓ `| | | | | |`  Student FN: `T` ▓▓▓▓▓ `| | |`

Student ID: `9 0 7 9 2 9 9`  Social Security No: ▓▓▓▓▓▓▓  DOB: ▓▓▓▓ `9 5`

School Code: `0 3 1 9`  School Name: `S T A N T O N | | | | |`  Primary Disability: `M R`

Provider LN: `B R D W W | | | | | |`  Provider FN: `L | N D A |`  Provider Code: `7 5 5`

Servicing School Code: `0 3 1 9`  School District: `W D C`  Provider ID: ▓▓▓▓▓▓▓▓

IEP Service – Actual Start Date/ `0 6 1 5 0 4`  IEP Service Code: `0 1 3`  Presenting Problem: `7 8 4 . 5`
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 1 2 2 0 4 | 9 0 8 5 7 - 4 3 | A | 0 1 | 0 6 0 | 0 7 | 1 0 | |

Progress Notes (Continued) Sound identification – /m/ sound in all positions.
Completed w/s with group. Very good – 100% accuracy.

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 1 2 4 0 4 | 9 0 8 5 7 - 4 3 | A | 0 1 | 0 6 0 | 0 7 | 1 0 | |

Progress Notes (Continued) Sound identification – blends br & dr – able to produce
sounds difficulty reading given words 60% success (continue).

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

**REQUIRED:**

By signing this form, I verify that all the information contained on this document is true and accurate.  Any misrepresentation may result in disciplinary

Provider Signature: _L C Brown_   Credentials _DCPS Cert._   Date Signed: _11 29 04_

Supervisor's Signature: _____  Credentials _____  Date Signed: __/__/__

46

September 2003



### District of Columbia Public Schools
### ENCOUNTER TRACKER FORM
#### School Year 2003–2004

Student LN: F [black bar]          Student FN: T [black bar]

Student ID: 9 0 7 9 2 9 9   Social Security No: [black bar]   DOB: [black bar] 9 5

School Code: 0 3 1 9   School Name: S T A N T O N   Primary Disability: M R

Provider LN: B A D W N   Provider FN: L V N D A   Provider Code: 7 5 5

Servicing School Code: 0 3 1 9   School District: W D C   Provider ID: [black squares]

IEP Service – Actual Start Date/Assessment Order Date: 0 6 1 5 0 4   IEP Service Code: 0 1 3   Presenting Problem: 7 8 4 . 5

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 1 0 1 0 4 | 9 0 8 5 7 - 4 3 | D | 0 2 | 0 0 0 | 0 0 | 1 0 | |

Progress Notes (Continued)

*Mtg. for another student.*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 1 0 8 0 4 | 9 0 8 5 7 - 4 3 | A | 0 1 | 0 6 0 | 0 5 | 1 0 | |

Progress Notes (Continued) *Completed D/S #9 + 10 - Forest Arumsh - Maya.*
*Also introduced (L) sound in I M F position - good progress - 8 of 5 errors.*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 1 1 5 0 4 | 9 0 8 5 7 - 4 3 | E | 0 8 | 0 0 0 | 0 0 | 1 0 | |

Progress Notes (Continued)

*Speech Mtg. at Hamilton School.*

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

**REQUIRED:**

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary

Provider Signature: _[signature]_     Credentials DLPS CCstg     Date Signed: 11 , 15 , 04

47

Supervisor's Signature: _____     Credentials _____     Date Signed: ___ , ___ , ___

September 2003



### District of Columbia Public Schools
### ENCOUNTER TRACKER FORM
#### School Year 2003–2004

Student LN: F▮▮▮▮▮▮▮         Student FN: T▮▮▮▮▮

Student ID: 9 0 7 9 2 9 9   Social Security No: ▮▮▮▮▮▮▮▮▮   DOB: ▮▮▮▮▮ 9 5

School Code: 0 3 1 9   School Name: S T A N T O N     Primary Disability: M R

Provider LN: B R D W N         Provider FN: L W D A     Provider Code: 7 5 5

Servicing School Code: 0 3 1 9     School District: W D C   Provider ID: ▮▮▮▮▮▮▮▮

IEP Service – Actual Start Date/ 0 6 1 5 0 4   IEP Service Code: 0 1 3   Presenting Problem: 7 8 4 . 5
Assessment Order Date:

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 0 1 8 0 4 | 9 0 8 5 7 - 4 3 | A | 0 1 | 0 6 0 | 0 7 | 1 0 | |

Progress Notes (Continued): Perception + noun identification – Continue work on identifying "Forest Animals" in picture maze. Completed with 90% accuracy. (continued).

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 0 2 5 0 4 | 9 0 8 5 7 - 4 3 | D | 0 2 | 0 0 0 | 0 0 | 1 0 | |

Progress Notes (Continued): Mtg. for another student.

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

**REQUIRED:**

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary

Provider Signature: _JC Brown_     Credentials _DCPS Costg_     Date Signed: 10 25 04

48

Supervisor's Signature: _____     Credentials _____     Date Signed: _____

September 2003



### District of Columbia Public Schools
### ENCOUNTER TRACKER FORM
### School Year 2003-2004

**Student LN:** F ▮▮▮▮▮▮▮▮ **Student FN:** T ▮▮▮▮▮▮

**Student ID:** 9 0 7 9 2 9 9 **Social Security No:** ▮▮▮▮▮▮▮ **DOB:** ▮▮▮▮ 9 5

**School Code:** 0 3 9 **School Name:** S T A N T O N **Primary Disability:** N R

**Provider LN:** B R D W N **Provider FN:** L Y N D A **Provider Code:** 7 5 5

**Servicing School Code:** 0 3 1 9 **School District:** W D C **Provider ID:** ▮▮▮▮▮▮▮

**IEP Service – Actual Start Date/Assessment Order Date:** 0 6 1 5 0 4 **IEP Service Code:** 0 1 3 **Presenting Problem:** 7 8 4 . 5

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 0 0 4 0 4 | 9 0 8 5 7 - 4 3 | A | 0 1 | 0 6 0 | 0 6 | 1 0 | |

**Progress Notes (Continued)** Visual perception and noun identification skills. Finding/Inserting pictures of animals in a picture maze. Completed with 85% accuracy.

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 1 0 1 1 0 4 | 9 0 8 5 7 - 4 3 | F | 0 1 | 0 0 0 | 0 0 | 1 0 | |

**Progress Notes (Continued)** Holiday

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

**Progress Notes (Continued)**

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

**Progress Notes (Continued)**

**REQUIRED:**

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary

**Provider Signature:** _L C Brown._    **Credentials** DCPS Certif.    **Date Signed:** 10 18 04

**Supervisor's Signature:** _____    **Credentials** _____    **Date Signed:** __ / __ / __

49

September 2003



# District of Columbia Public Schools
## ENCOUNTER TRACKER FORM
### School Year 2003-2004

Student LN: F █████████ | Student FN: T █████████

Student ID: 9079299 | Social Security No: ███████ | DOB: ████████ 9 5

School Code: 0319 | School Name: STANTON | Primary Disability: M R

Provider LN: BROWN | Provider FN: LINDA | Provider Code: 755

Servicing School Code: 0319 | School District: W D C | Provider ID: ████████████

IEP Service – Actual Start Date/ Assessment Order Date: 061504 | IEP Service Code: 013 | Presenting Problem: 784.5

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 092004 | 90857 - 43 | A | 01 | 060 | 071 | 0 | |

Progress Notes (Continued)
Identifying letters in/out sequence - writing one-syllable words for each letter. Completed task with 70% accuracy. Continue reviewing.

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| 092804 | 90857 - 43 | A | 01 | 060 | 071 | 0 | |

Progress Notes (Continued)
Continued with alphabet review and sounds. Completed worksheet with Spray - 70% Success. (Continue)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

| Date of Service (mmddyy) | Procedure Code/Modifier | Cat | Type of Service | Duration (minutes) | # Of Students | Response To TX | Progress Notes |
|---|---|---|---|---|---|---|---|
| | - | | | | | | |

Progress Notes (Continued)

**REQUIRED:**

By signing this form, I verify that all the information contained on this document is true and accurate. Any misrepresentation may result in disciplinary action.

Provider Signature: _L C Brown_    Credentials _DCPS Certif._    Date Signed: 9 .28 .04

Supervisor's Signature: _____    Credentials _____    Date Signed: __/__/__

50

September 2003