14/2004

# VINELA / ADAPTIVE BEHAVIOR SCALES
## Interview Edition – Survey Form

### ADAPTIVE BEHAVIOR STANDARD SCORE SUMMARY – NATIONAL NORMS
------------------------------------------------------------

ne: F██████ T██████
x: Female
rth date: ████1995
ronological age: 8-9

Interview date: 6/03/2004
Interviewer: Maria Woolery
Respondent: Angelique Moore

### DOMAIN SCORE SUMMARY

| DOMAIN | RAW SCORE | STANDARD SCORE | BAND OF ERR 90% CONF. | PERCENTILE RANK | STANINE | ADAPTIVE LEVEL | AGE EQUIV |
|--------|-----------|----------------|-----------------------|-----------------|---------|----------------|-----------|
| munication | 59 | 42 | 33 – 51 | <0.1 | 1 | Low | 2-10 |
| ly Living Skills | 101 | 60 | 51 – 69 | 0.4 | 1 | Low | 5-7 |
| ialization | 72 | 65 | 55 – 75 | 1 | 1 | Low | 4-7 |
| | SUM | 167 | | | | | |
| PTIVE BEHAVIOR COMPOSITE | | 51 | 44 – 58 | <0.1 | 1 | Low | 4-4 |

### SUBDOMAIN SCORE SUMMARY

| DOMAIN | SUBDOMAIN | RAW SCORE | ADAPTIVE LEVEL | AGE EQUIV |
|--------|-----------|-----------|----------------|-----------|
| munication | Receptive | 26 | Adequate | 7-10 |
| | Expressive | 10 | Low | 1-2 |
| | Written | 23 | Mod Low | 7-8 |
| ly Living kills | Personal | 71 | Adequate | 7-8 |
| | Domestic | 13 | Low | 5-1 |
| | Community | 17 | Low | 4-9 |
| ialization | Interpersonal Relationships | 47 | Adequate | 13-0 |
| | Play and Leisure Time | 9 | Low | 0-9 |
| | Coping Skills | 16 | Mod Low | 5-6 |

COPYRIGHT 1992, AMERICAN GUIDANCE SERVICE, INC., CIRCLE PINES, MN 55014-1796

.4/2004

## VINELA. / ADAPTIVE BEHAVIOR SCALES
### Interview Edition – Survey Form

### ADAPTIVE BEHAVIOR DOMAIN ANALYSIS – NATIONAL NORMS
----------------------------------------------------

ie: F████████, T███████                              Chronological age: 8-9

### DOMAIN STRENGTHS AND WEAKNESSES:
#### Standard Score and Mean Differences

| DOMAIN | STANDARD SCORE | STAND SCORE/ MEAN DIFF | STRENGTH/ WEAKNESS | SIGNIFICANCE LEVEL | UNUSUAL DIFFERENCE |
|--------|--------|--------|--------|--------|--------|
| munication | 42 | -14 | Weakness | .01 | Extreme 10% |
| ly Living kills | 60 | + 4 | | Non-signif | Not Unusual |
| ialization | 65 | + 9 | | Non-signif | Not Unusual |
| SUM | 167 | | | | |
| EAN NDARD SCORE | 55.7 | | | | |

### DOMAIN STANDARD SCORE DIFFERENCES:
#### Pairwise Comparisons

| DOMAINS | STAND SCORE DIFFERENCES | SIGNIFICANCE LEVEL | UNUSUAL DIFFERENCE |
|--------|--------|--------|--------|
| munication < Daily Living Skills | 18 | Non-signif | Not Unusual |
| munication < Socialization | 23 | .05 | Extreme 16% |
| ly Living Skills < Socialization | 5 | Non-signif | Not Unusual |

### DOMAIN STANDARD SCORE DIFFERENCES:
#### Range of Scores

| DOMAINS | STAND SCORE DIFFERENCE | SIGNIFICANCE LEVEL | UNUSUAL DIFFERENCE |
|--------|--------|--------|--------|
| iest Domain Standard Score: Socialization | | | |
| est Domain Standard Score: Communication | 23 | .05 | Not Unusual |

OPYRIGHT 1992, AMERICAN GUIDANCE SERVICE, INC., CIRCLE PINES, MN 55014-1796

52

14/2004                     VINELA  ) ADAPTIVE BEHAVIOR SCALES
                            Interview Edition - Survey Form

                        NARRATIVE REPORT - NATIONAL NORMS

.e: F_____, T_____                          Chronological age: 8-9

e Vineland Adaptive Behavior Scales (Vineland) are an individual assessment
 adaptive behavior.  Adaptive behavior is defined as performance of the day-
-day activities necessary to take care of oneself and get along with others.
aptive behavior is age-based and is defined by the expectations and
andards of others.  Adaptive behavior represents the typical performance
her than the ability of the individual -- what a person actually does as
osed to what a person is capable of doing.  The Vineland covers four
aptive behavior domains:  Communication, Daily Living Skills, Socialization,
l Motor Skills.  It also provides an Adaptive Behavior Composite score.

oring Measures
--------------
The STANDARD SCORE shows the extent to which a person's raw score exceeds
 falls below the mean score of people of similar age with whom the
strument was standardized.  The Vineland has a standard score mean of 100
l a standard deviation of 15.  For example, a Vineland standard score of 115
ns that the obtained raw score was one standard deviation above the mean of
e norm group.  Each standard score translates directly into a percentile
k.

PERCENTILE RANKS express raw scores in terms of the percent of scores equal
 or lower than a person's raw score when compared to the norm group.  For
mple, a percentile rank of 50 means that the raw score was the same as or
ter than the scores of 50 percent of people of similar age in the norm
ple.

ADAPTIVE LEVELS are based on raw scores and express in standard deviation
ts a person's approximate distance from the mean of the norm sample.  High
l Low adaptive levels report scores that are at least 2 standard deviations
m the mean; Moderately High and Moderately Low adaptive levels report scores
ween 1 and 2 standard deviations from the mean; the Adequate adaptive level
orts scores within 1 standard deviation of the mean.

The domain STRENGTH/WEAKNESS assessment is a comparison of a person's
ndard score in each domain with the mean of all the domain standard scores.
 the standard score is significantly greater than the mean, that area is a
ength for the person.  If the standard score is significantly less than the
n, the area is a Weakness.  This significant difference is reported as
sual if it occurs in less than 16% of the norm sample.

The AGE EQUIVALENT is the age at which a raw score was the mean for people
 the standardization sample.  For example, an age equivalent of 12-1 means
t the raw score was the average score for people who are 12-1 years old.

4/2004                    V ELAND SURVEY FORM                    Page 2

### Adaptive Behavior Composite and Domain Summaries
------------------------------------------------

munication Domain and Subdomains
----------------------------------

the Communication domain, T▮▮▮▮▮ raw score yields a standard
re of 42 (+/-9 at 90% confidence level), a percentile rank of <0.1 and an
equivalent of 2-10.  Her domain adaptive level is Low.
ative to her performance on all of the domains, Communication is
sidered a Weakness.  This is unusual; it occurs in only 10% of the
ndardization sample.  T▮▮▮▮▮ performance on the Communication
domains yields the following adaptive levels:  Receptive - Adequate,
ressive - Low, and Written - Moderately Low.

ly Living Skills Domain and Subdomains
-----------------------------------------

the Daily Living Skills domain, T▮▮▮▮▮ raw score yields a standard
re of 60 (+/-9 at 90% confidence level), a percentile rank of 0.4 and an
equivalent of 5-7.  Her domain adaptive level is Low.
fany's performance on the Daily Living Skills subdomains yields
following adaptive levels:  Personal - Adequate, Domestic -
, and Community - Low.

ialization Domain and Subdomains
----------------------------------

the Socialization domain, T▮▮▮▮▮ raw score yields a standard
re of 65 (+/-10 at 90% confidence level), a percentile rank of 1 and an
equivalent of 4-7.  Her domain adaptive level is Low.
fany's performance on the Socialization subdomains yields
following adaptive levels:  Interpersonal Relationships - Adequate,
y and Leisure Time - Low, and Coping Skills - Moderately Low.

ptive Behavior Composite
---------------------------

the Adaptive Behavior Composite, T▮▮▮▮▮ has a standard score of 51
-7 at 90% confidence level), a percentile rank of <0.1, an age equivalent
4-4 and an adaptive level of Low.

4/2004                          \ .IELAND SURVEY FORM                  **Page 3**

### Domain Comparisons

omparison of T▓▓▓▓▓ domain scores for Communication and
ly Living Skills reveals that there is no significant difference between
 two domain scores.

omparison of T▓▓▓▓▓ domain scores for Communication and
ialization reveals that her Socialization standard score of
 is significantly higher than her Communication standard
re of 42.

omparison of T▓▓▓▓▓ domain scores for Daily Living Skills and
ialization reveals that there is no significant difference between
 two domain scores.

55

OPYRIGHT 1992, AMERICAN GUIDANCE SERVICE, INC., CIRCLE PINES, MN 55014-1796

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## SPECIAL EDUCATION BRANCH, LEA

## SOCIAL WORK EVALUATION REPORT

**PART I       IDENTIFYING INFORMATION:**

Student's Name ████████ ███████          SS#: ████████

Student ID#:  9077195

Parent/Guardian:  Angelique Moore

Address: ████████████████          Washington, DC 20020

Home Phone: ████████          Work Phone: N/A

Emergency:  Mary Moore (MGM)          301  927-5410

School:  Winston EC          Grade:  1st

Referral Source:  Parent/Teacher          Primary Language:   English

Interviewer:  Dolores B. Shackleford ,LICSW/ACSW      Date: 01/15/03

Person(s) Interviewed:  Angelique Moore      Relationship to student:  Mother

Reason for Referral:  Parental concerns/student repeating Kindergarten

Reports Reviewed: Psycho-Ed dated 11/23/02   S/L Evaluation dated   12/16/02
                  Teresa Irby                    Rhonda Grant

Presently receiving Psychological Services:  Yes___  No_X_
Frequency____

School Social Work Services currently being provided: Yes__ No_X_
Frequency___

Other Related Services and /or Community Services presently receiving: None

 Occupational Therapy                    Physical Therapy

56

Student Name_____
ID#_____

## PART II     **FAMILY DATA**

**HOUSEHOLD COMPOSITION:**

| NAME/ RELATIONSHIP | | AGE | | EDUCATION/OCCUPATION |
|---|---|---|---|---|
| Angelique Moore | Mother | 42 | yrs | HS Graduate (Ballou SHS) |
| Thelton Franklin | Father | 44 | " | 1 Year of College |
| Thelton Franklin III. | Brother | 06 | " | 1st Grade Winston EC |
| Trenton Franklin | " | 04 | " | Not enrolled in any program |
| Trivita Robertson | PA | 46 | " | HS Graduate |

**Family Members/Significant others not in household, Phone # if available:**

Mary Moore (MGM)                    301 927-5410   (Emergency Contact)

**FAMILY RELATIONSHIP AND LIVING SITUATION:**

T█████ her siblings and parents are currently residing in the home of her paternal aunt, Trivita Robertson. Family forced to relocate, end of 2002 when the apartment building they were living in was sold and neither previous nor current owner(s) made previsions for displaced tenants.

Is your child currently involved with any community programs or legal system?
If yes, explain:  Not known to the legal system.

Has your child experienced any traumatic events, such as the death of a close relative, divorce, family crisis, or relocation?  Yes.  Family relocations, family has moved three or four times within the last four years.  Usually he moves required children to transfer to a new school.

## PART III     **DEVELOPMENTAL and MEDICAL HISTORY**

Did mother experience any health problems/complications during pregnancy ?  No
If yes please explain:

Was there any substance/ alcohol abuse?  Mother denies any use of drugs or alcohol; did consume beer during pregnancy with doctor's knowledge.

Age of mother at birth:   35 years        Child's birth weight: 6LBS    5 Ozs.

A:\social his.int.doc

Student Name _____
ID# _____

**Next appointment(s): To Be Scheduled**

**Psychiatric History?   Yes____    No_X__**
If yes expand:

**Medical release of information obtained?   Yes_____ No__X____**

**Referral to:**

**PART IV    SOCIAL/ BEHAVIOR CHARACTERISTICS**

Please check any of the following behaviors, which describe your child:

_ _Flexible    ___Creative   ___Lacks self control   _X__Outgoing

__X_ Bedwetting  __Frequent changes in mood   __Thumb sucking

__Consistently short attention span  _X_ Excessive inconsistency in behavior

___Daydreams ___Usually aggressive towards others  _X__Nail biting

_X__Cooperative  ___Mechanical  ___Nightmares  ___Overactive

_X__Difficulty completing jobs/activities  ___Athletic  ___Musical

___Temper tantrums _X__Difficulty with changes in routine

_X*_Rocking  ___Unreasonable fears ___Fantasies  ___Get ideas quick
(*mother describes herself as a "rocker)
___Underactive ___Usually shy or withdrawn ____Avoids reading

_X_Difficulty telling time ___Artistic ___Frequently tells lies

___Self-confident  ___Enjoys reading X__Avoids homework

___Difficulty understanding questions/directions ___Frequently late

___Frequently talks to self  __Uncooperative _X__Difficulty using numbers

___Sleepwalking _X__Concentration difficulties ___Lacks motivation

___Difficulty making and keeping friends ___Prefers to play alone

___Difficulty with organization ___Demanding ___Gets along with peers

___Likes to be in control _X_Prefers to watch TV/Video games

A:\social his.int.doc

58

Student Name_____
ID#_____

**Do you feel that your child is making progress?** Strategies implemented via the TAT process have resulted in a small degree of progress; thus the need for testing.

**Has your child had any evaluations the school may be unaware of:** No

Educational___ Psychological___ Medical___ Speech___ OT/(PT__ requested to assess student's fine motor skills.__
Other___
If yes please explain?

**Is there any additional information that you feel will help us to understand your child better?**

I understand that this information will be used to help determine whether my child is eligble for special education services and will be used by DCPS professionals only. This material will be kept in my child's confidential folder.

## PART VII PSYCHOSOCIAL ANANLYSIS & EDUCATIONAL IMPLICATIONS

Ms Moore related that she relocated to Washington, DC at age nine with her family from Norfolk, Va. She attended Kinsman ES, Brown JHS, Johnson JHS and Ballou SHS. Her employment history is in the area of clerical support and home health care. Ms Moore met Mr. Franklin eight years ago thru her sister. Ms. Moore and Mr. Franklin have never been married; however, their relationship has produced three children. Ms. Moore describes Mr. Moore as an excellent father to the children. According to Ms. Moore, Mr. Franklin provides financial support to the family but his income is not enough. Mr. Franklin is employed at HUD, but not an actual employee of the agency. He works for a contractual company as an office mover. Ms. Moore related that there have been some good times in the relationship but at this time she is ready to "move on". She added that her children have never witnessed physical, domestic violence between their parents they have witnessed some very heated, intense verbal confrontations.

The family is currently living with Mr. Franklin's sister; Ms. Moore expressed that this is a difficult adjustment for her and the children. Although seeking separate living arrangements Ms. Moore expressed that affordable rental units are scarce

In addition to Mr. Franklin's income from employment the family is supported by TANF, food stamps and Medicaid.

Ms. Moore feels that ████ educational difficulties are a result of the family's many relocations and ████ not having the opportunity to learn.

A:\social his.int.doc

**District of Columbia Public Schools**
**Department of Special Education**
*Psycho–Educational Report*
**(confidential—for professional use only)**

## RE-EVALUATION

NAME: T█████ P████████
AGE:  8 years 4 months
DATE OF BIRTH: █████/95
GENDER: Female
GRADE: Special Education
SCHOOL: Garfield ES
DATE OF EVALUATION: 04/13/04 & 04/16/04
ID NUMBER: 9079299

REPORT DATE: 04/30/04
EXAMINER: Terrance Beason, M.Ed.,CAGS
TITLE: School Psychologist

**Test Administered:**

Wechsler Abbreviated Scale of Intelligence (WASI) 4/16/04
Wechsler Individual Achievement Test- Second Ed. (WIAT-II) 4/13/04
Beery-Buktenica Developmental Test of Visual-Motor Integration
Student Observation

## WECHSLER  ABBREVIATED SCALE OF INTELLIGENCE (WASI)

IQ SCORES SUMMARY

| SCALE | IQ | PR | CLASSIFICATION OF INTELLECTUAL FUNCTIONING |
|-------|-----|------|--------------------------------------------|
| Verbal | 67 | 1% | Deficient |
| Performance | 75 | 5% | Borderline |
| Full Scale | 68 | 2 % | Deficient |

**IQ Scores          Classification**

130 and above..........Very Superior
120-129....................Superior
110-119....................High Average
90-109....................Average
80-89........................Below Average
70-79........................Borderline
69 and Below...........Intellectually Deficient (Deficient)

**Reason for Referral**

T██████ was referred for an evaluation because of a required reevaluation. The assessment was conducted as a means of ascertaining T██████ current levels of academic and intellectual functioning. The results of the evaluation will assist in determining the appropriateness of her current educational placement. T██████, a second-grader at Garfield Elementary School, receives special educational services under the designation of Learning Disabled.

**Behavioral Observation (during testing)**

The testing was completed in to session. Gor both sessions, T██████ was retrieved from her classroom. She accompanyied the examiner with no real hesitation. She presented as a restless, unmotivated youngster who seemed rather disinterested with the evaluation. Prior to testing, T██████ admitted that she was unable to read. Through out the testing, her levels of concentration and motivation wavered. As testing furthered, T██████ struggled as tasks grew more demanding, showing very little patience and deliberation on on many of the evaluative items. Nevertheless, the following results are submitted as an appraisal of her current levels of cognitive and academic functioning.

**Intellectual Functioning**

The Wechsler Abbreviated Scale of Intelligence (WASI) was administered on 04/16/04 as a means of evaluating her current level of intellectual functioning.

**Explanation of the WASI**

The Wechsler Abbreviated Scale of Intelligence (WASI) was developed to meet the demands for a short and reliable measure of intelligence in clinical, psychoeducational, and research settings. The WASI is individually administered and is designed for use with individuals aged from 6 to 89 years. The WASI is nationally standardized and yields the three traditional Verbal, Performance, and Full Scale IQ scores. The scale is also linked to the Wechsler Intelligence Scale for Children- Third Edition, the Wechsler Adult Intelligence Scale- Third Edition.

Psychologists may often need a fast and reliable measure of intelligence, such as when retesting individuals who received a comprehensive evaluation at an earlier time or obtain IQ estimates for individuals who are referred for psychoeducational evalutions.

The four subtests of the WASI--Vocabulary, Block Design, Similarities, and Matrix Reasoning-- tap various facets of intelligence, such as verbal knowledge, visual information processing, spatial and nonverbal reasoning, and crystalizedand fluid intelligence. These four subtests compose the Full Scale and yield the Full Scale IQ. The Vocabulary and Similarities subtest compose teh Verbal Scale and yield the Verbal IQ, and the Block Design and Matrix Reasoning subtests compose the Performance Scale and yield the Performance IQ.

**VOCABULARY** is a measure of the individual's expressive vocabulary, verbal knowledge, and fund of information. Additionally, it is a good measure of crystallized intelligence and general intelligence.
It also taps other cognitive abilities, such as memory, learning ability, and concept and language development.

**BLOCK DESIGN** is a subtest that consists of a set of 13 modeled or printed two-dimensional geometric patterns that the examinee replicates within a specified time limit using two-color cubes. The subtest taps the abilities related to spatial visualization, visual-motor coordination, and abstract conceptualization. It is a measure of perceptual organization and general intelligence.

**SIMILARITIES** is a measure of verbal concept formation, abract verbal reasoning ability, and general intellectual ability.

**MATRIX REASONING** subtest is similar to the Matrix Reasoning subtest in the WAIS-III.
It is a series of 35 incomplete gridded patterns that the examinee completes by pointing to or stating the number of the correct response from five possible choices. Matrix Reasoning is a measure of nonverbal fluid reasoning and general intellectual ability.

**Based on the Wechsler Abbreviated Scale of Intelligence**
(Interpretation of WASI Results)

████████ general cognitive ability is within the **Deficient** range of intellectual functioning, as measured by the Wechsler Abbreviated Scale of Intelligence. Her overall reasoning abilities exceed those of approximately **2%** of children her age (**FSIQ = 68**).

*Her Nonverbal reasoning and Verbal reasoning abilities were found to be evenly-matched.* ████████ Verbal IQ score falls in the Deficient range and above those of approximately **1%** of her peers (**VIQ = 67**). Her Performance IQ score lies in the Borderline range of cognitive functioning and above those of approximately **5%** of her peers (**PIQ= 75**).

**Academic Functioning**

On 04/13/04, ████████ was administered the Wechsler Individual Achievement Test- 2nd Ed. (WIAT-II). A measure that assesses a child's level of functioning in specific academic areas.

The graphics and data pertaining to Destiny's WIAT-II performance are provided as an addendum, following this psycho-educational report.

*The following succinctly describes each subtest given to* ████████.

   ***Word Reading:*** Depending on the student's age or grade, he or she identifies the letters of the alphabet, beginning and ending sounds of words, and rhyming words, or reads as quickly as possible from a list of words.

***Numerical Operations:*** the student solves written math problems requiring addition, subtraction, multiplication, and division using whole numbers, fractions, and decimals.

***Math Reasoning:*** The student solves a word or stated problem requiring single or multiple steps related to time, money, measurement, geometry, probabilty, and reading/ interpreting graphs.

***Spelling:*** The student writes the initial or ending letters to stated sounds or words and spells a target word based on its meaning as it is used in a sentence.

***Written Expression:*** depending on the academic skill level of the student, he/ she is either required to: write the alphabet, write words, sentences and paragraph or short essay in response to a topic. Writing is evaluated on organization, vocabulary, theme development, and mechanics such as spelling and punctuation.

## Reading

On the Word Reading, a subtest that required T██████ to correctly read a series of printed words (among other decoding and phonemic analysis activities), she obtained a standard score of 58, placing in the **Extremely Low** range. Her skills in this area exceed those of only approximately .3% of students her age. She received a grade equivalent score of K:6 on the this measure. Of the Word Reading tasks, T██████ was successful at identifying letters in isolation, matching words with similar beginning consonants, and identifying several letter sounds in isolation. She, however, was unable to decode dimple sight words such as *you, the up, fly, so, school, into, then, how,* and *sea.* T██████ demonstrated an inability to properly decode or phonetically analyze a word which is largely due not knowing the corresponding sounds to each letter of the alphabet.

The examiner omitted the Reading Comprehension and Pseudoword Decoding from T██████ academic evaluation, as her reading level would have greatly hindered her performance on these subtests.

## Mathematics

T██████ was given the Numerical Operations subtest which measures a student's ability to add, subtract, multiply, and divide numbers up to three digits, fractions, and decimals. She obtained a standard score of **77 (Borderline)**, with a grade-equivalency of **1:5**. Her skills in this area exceed those of only approximately 6% of students her age. On the Numerical Operations subtest, T██████ was only able to correctly solve simple addition equations. But, she was unable to solve basic addition and subtraction equations involving regrouping.

On the Math Reasoning subtest, a measure that requires a student solve a word or stated problem requiring single or or multiple steps related to time, money measurement, geometry, probability, and reading and interpreting graphs, T██████ obtained a score of **58 (Extremely Low)**, with a grade-equivalency of K:3.

63

On the Math Reasoning subtest, she correctly used whole numbers to describe quantities, created and solved addition and subtraction problems using whole numbers, used grids and graphs to make comparisons, draw conclusions, or answer questions. However, as with reading, T█████ appears to serverly lack skills in arithmetic that would bring her anywhere near grade-expectancy.

## Spelling

On tasks that required her to correctly spell verbally presented words, T█████ obtained a standard score of 57, placing her in the **Extremely Low** range. She equaled or exceeded those of only approximately .2% of students her age. On the Spelling subtest, T█████ correctly identified the beginning consonants to simple sight words.

## Strengths and Weaknesses

T█████ achieved her best performance on Numerical Operations subtest (standard score = 77), and the lowest scores on the Word Reading (standard score = 58) and Math Reasoning subtests (standard score = 58).

Her performances across these areas differ significantly, suggesting that these are the areas of most pronounced strength and weakness, respectively, in T█████ subtest profile.

## Ability-Achievement Discrepancy Analysis

T█████ scores on the WIAT-II were comparable to the levels of achievement predicted for a student with her general cognitive ability, as indicated by her Full Scale IQ score of 68 on the WASI (administered 04/16/04).

*T█████ WIAT-II scores are commensurate with her overall level of cognitive ability. Therefore, there doesn't appear to be a significant difference between her intellectual capacity and her levels of achievement, based on her Full Scale IQ score of 68 and a WIAT-II Word Reading score of 58 and Numerical Operations score of 77.*

## Visual-Perceptual Functioning

T█████ completed the Beery Developmental Test of Visual Motor Integration, which is designed to assess the extent to which individuals can integrate their visual and motor abilities in order to recreate figures that are visually presented to them. VMI is the degree to which visual perception and finger hand movements are well coordinated. T█████ received a standard score of 83, which places her in the Average range. She scored equal to or better than 13% of same-age peers, with grade-equivalency of 5-10 .

## Summary

T█████ is a 11-year,10 month-old student who completed the WIAT-II, VMI and the WASI. She was referred for testing because of a required re-evaluation. She obtained a Full Scale IQ score of 68, placing her in the Deficient range of cognitive functioning. Her performance on **Verbal IQ** tasks yielded a standard score of 67 and a **Performance IQ score of 75** (Borderline). Her visual-spatial abilities were rated as being in the Average range, as measured by the Beery-Buktenica Developmental Test of Visual-Motor Integration. Academically, T█████ appears to possess Basic Reading skills in the mid-kindergarten grade range, with her Spelling skills lying in the beginning kindergarten grade range. Regarding math, she appears to be functioning in the mid-first grade range in Numerical Operations and beginning kindergarten grade range in Math Reasoning. Based on T█████ academic and cognitve functioning, she appears to still greatly benefit from specialized instruction. As mentioned, she is currently classified as having a Learning Disability, but her deficient scores on both academic and cognitive measures suggest a severer disabling condition, thus meriting further exploration. To this end, a Vineland Adaptive Behaviroal Scale is recommended as a means of determining T█████ adaptive functioning level along with ruling in/out the Mental Retardation classification.

Nevertheless, the MDT/ IEP will meet to review and discuss all relevant information--germaine to T█████ functioning--as a means of arriving at a decision on the appropriateness of her current educational placement and designation.

This report is valid only if signed by a qualified professional:

*Terrance Beason*

Terrance Beason, M.Ed.,CAGS
School Psychologist

# Individual Performance Summary Report

**iat-II**
Individual Achievement Test®
Second Edition

Examinee: T██████ F██████
Grade: 2          Sex: Female
Examiner: T██████ F██████
**Summary Report**

Date Tested: 4/13/04
Date of Birth: ████/95
Age: 8 years 4 months
**Age Based Scores**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Word Reading | 58 | ████ | 54- 62 | 0.3 | 5:8 | K:6 | <1 |
| Reading Comprehension | | | | | | | |
| Pseudoword Decoding | | | | | | | |
| **Composite Score** **(Sum of Subtest SS)** | | | | | | | |
| Numerical Operations | 77 | ████ | 68- 86 | 6 | 7:0 | 1:5 | 18 |
| Math Reasoning | 58 | | 50- 66 | 0.3 | 5:4 | K:3 | <1 |
| **Composite Score** **(Sum of Subtest SS)** | 135 | 64 | 57- 71 | 1 | | | <1 |
| Spelling | 57 | | 49- 65 | 0.2 | 5:4 | K:3 | <1 |
| Written Expression | | | | | | | |
| **Composite Score** **(Sum of Subtest SS)** | | | | | | | |
| Listening Comprehension | | ████ | | | | | |
| Oral Expression | | | | | | | |
| **Composite Score** **(Sum of Subtest SS)** | | | | | | | |

**Supplemental Scores**

Reading Comprehension
Target Words
Reading Speed

Alphabet Writing          6
Word Fluency
Word Count
Holistic Score
(Paragraph or Essay)

Word Fluency



**Reading Rate**

Comprehension / Speed

1 - Far below average to below average
2 - Below average to average
3 - Average to above average
4 - Above average to far above average

THE PSYCHOLOGICAL CORPORATION®

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.
All rights reserved. Printed in the United States of America.

66

# Parent Summary Report



_Test*_

**Date Tested:** 4/13/04

**Date of Birth:** ███95

## ievement Subtest Scores:



| ...ing | 58 | Numerical Operations | 77 | Spelling | 57 | Listening Comprehension |
| Comprehension | | Math Reasoning | 58 | Written Expression | | Oral Expression |
| ...oword Decoding | | | | | | |
| Reading Composite | | Mathematics Composite | 64 | Written Language Composite | | Oral Language Composite |

Notes:

**Subtests**

1 - Word Reading
2 - Reading Comprehension
3 - Pseudoword Decoding
4 - Numerical Operations
5 - Math Reasoning
6 - Spelling
7 - Written Expression
8 - Listening Comprehension
9 - Oral Expression

**Composites**

A - Reading Composite
B - Mathematics Composite
C - Written Language Composite
D - Oral Language Composite



Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.
All rights reserved. Printed in the United States of America.

THE PSYCHOLOGICAL CORPORATION*

A Harcourt Assessment Company

**WIAT-II**
Wechsler Individual Achievement Test®
Second Edition

Your child was recently administered the Wechsler Individual Achievement Test-Second Edition (WIAT-II). This test includes nine subtests that measure reading, math, written language, and oral language skills.

The following is a description of each subtest in the WIAT-II.

| | |
|---|---|
| **Word Reading** | ■ Depending on the student's age or grade, he or she identifies the letters of the alphabet, beginning and ending sounds of words, and rhyming words, or reads as quickly as possible from a list of words. |
| **Pseudoword Decoding** | ■ The student uses his or her phonetic knowledge to sound out nonsense or unfamiliar words. |
| **Reading Comprehension** | ■ The student reads sentences and short passages and then answers questions about the main idea, specific details, or the order of events. He or she is also asked to make inferences, draw conclusions, or define unfamiliar words by using context clues. |
| **Numerical Operations** | ■ The student solves written math problems requiring addition, subtraction, multiplication, and division using whole numbers, fractions, and decimals. |
| **Math Reasoning** | ■ The student solves a word or stated problem requiring single or multiple steps related to time, money, measurement, geometry, probability, and reading and interpreting graphs. |
| **Spelling** | ■ The student spells a target word based on its meaning as it is used in a sentence. |
| **Written Expression** | ■ The student writes words, sentences and either a paragraph or short essay in response to a topic. Writing is evaluated on organization, vocabulary, theme development, and mechanics such as spelling and punctuation. |
| **Listening Comprehension** | ■ The student listens to a word or sentence and matches it to a picture or looks at a picture and responds with the corresponding word. |
| **Oral Expression** | ■ The student lists words that match a topic, repeats a sentence, tells a story based on a series of pictured events, or describes the steps required to complete a task. |

## Understanding the WIAT- II Scores

To evaluate your child's scores, review the graph on the back of the Parent Report. Your child's scores are placed on the graph to indicate how his or her scores fall in relation to each other and in relation to other children's scores. Children whose scores fall within the *Average* range have skills that are equal to 50% of their peers. To provide the appropriate intervention, it is important to identify any problem areas in your child's scores. Review the score placement on the graph. Are most scores within the *Average* range or are some scores in the *Low* or *High Average* range? Scores that are *below* the average range indicate intervention might be required; scores that are *above* the average range indicate proficiency in the skill area.

You should also note whether the scores of subtests with similar content such as Word Reading and

Reading Comprehension are similar to each other. Since each subtest measures a different group of skills, a child can have both high and low scores within a content area, for example, reading, will be similar to each other. When a child has specific problem areas, the score of the subtest that measures that skill may be much lower. If an ability score is also reported on the graph, notice how closely your child's WIAT-II scores fall in relation to the ability score. Intervention may be indicated in instances when the ability score is much higher than the WIAT-II achievement subtest scores.

Please discuss any concerns or questions you have about these results with your child's teacher or counselor.

THE PSYCHOLOGICAL CORPORATION®

A Harcourt Assessment Company

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company. All rights reserved. Printed in the United States of America.



# THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
202-319-6788
Fax 202-319-6780

## FAX COVER SHEET

The information contained in this facsimile message is legally privileged and confidential. It is only intended for the addressee(s) as noted below. Dissemination, distribution or copy of this transmission by other than the noted addressee(s) is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. We will reimburse any cost you incur in notifying us and returning the message to us. Thank you.

To: Student Hearing Office

Fax #: 202 442 5556          Phone #: 202 442 5432

From: Theresa Vogel, Student Attorney          Phone #: 202 319 6788

Date: 4/5/05

Re: Hearing for T███ F██████ on 4/12/05
DOB: ███/95    ID# 9079299
Number of pages (including cover sheet): 6

Message: Resume for Dr. Iseman
This is an addition to the 5 day disclosures submitted to the Student Hearing office this morning. This concerns the Hearing for T███ F██████ on 4/12/05.

**** For Office Use Only: Time Sent: _____    Initials: _____

*General Practice Clinic • Families and the Law • Advocacy for the Elderly*
CCLS is located at the Brookland Metro stop at 3602 John McCormack Rd., N.E.

**DR. SHEILA C. ISEMAN**
**8800 Quiet Stream Court**
**Potomac, Maryland 20854**
**(301) 299-7424 (Home)**
**(301) 983-4124 (Work)**
**(301) 996-4124 (Cellular)**
**(301) 983-2509 (Fax)**

## EDUCATION:

Ph.D.. University of Maryland - Human Development, 1982.

M.S.. Oklahoma State University - Special Education, 1970.

B.S.. Brooklyn College - Elementary Education, 1967.

## AREAS OF EXPERTISE:

Educational Consultant (Special Needs);  Family and Community Interface and Case Management; Staff and Program Development; Grantsmanship; Cognition; Child Development;  Computer Managed and Assisted Instruction; School Administration , Policy Analysis/Implementation; School Law and Child Advocacy.

## MARYLAND STATE DEPARTMENT OF EDUCATION CERTIFICATION:

ADVANCED PROFESSIONAL:Early Childhood, Nursery through Grade 3
Generic Special Education-Infant through Grade 3
Generic Special Education-Grades 1 through 8

## EXPERIENCE:

<u>1994-Present</u>:

President, SCI Educational Consultants, Inc., Potomac, Maryland.

SCI is a small, high-level human services company, which serves students with special needs by obtaining grant monies, developing programs, making appropriate referrals for assessment, placement and other follow-up services.  SCI also supports the efforts of organizations through research and development, and families through coordinated case management.  Some of SCI's clients have included The Department of

Education, Montgomery County Associations for Retarded Citizens, Gallaudet University, WESTAT, IAI.

**2000-Present**:

Educational Consultant, National Children's Medical Center, Washington, DC.

The Department of Physical Medicine and Rehabilitation has established "rounds" at which individual cases are presented to Dr. Iseman for triage, review, recommendation and case management. Dr. Iseman is also a consultant for the Pervasive Developmental Disorders Program. All services to CNMC are pro bona.

**1983-Present**:

Adjunct Faculty, Department of Human Development, University of Maryland, College Park, Maryland.

As a member of the Graduate School, responsibilities include teaching, designing curriculum and doctoral committee membership.

**1996-Present**:

Instructor, Department of Special Education, Hood College, Frederick, Maryland.

Courses taught include "Historical, Philosophical, and Legal Foundations of Special Education" and "Topics in Educational Psychology".

**1993-1996**:

IDEA Hearing Officer, Office of Administrative Hearings, State of Maryland.

Impartial hearing officer for state and local level special education cases.

**1988-1994**:

Assistant Director and Coordinator of the Lower School, The Chelsea School, Silver Spring, Maryland.

The Chelsea School was an Intensity V school for students, grades 1-12, with learning disabilities. The Assistant Director was responsible for staff development, program and curriculum development and implementation, hiring and evaluation of staff, and scheduling and coordination of classes and related services. The Assistant Director acted as liaison with the Maryland State Department of Education, local education agencies, professional associations, and the Maryland State Legislature. The Assistant Director also served as the Coordinator of the Lower School,

attending all Board of Governor's meetings and long-range planning sessions.

**1973-1988**:

94-142 Hearing Officer, Washington, D. C.

Appointed by Judge Waddy to denial of placement and special education cases.

**1968-1969 and 1970-1972**:

Teacher of Language Disordered Preschoolers, Easter Seal Treatment Center, Rockville, Maryland.

Students with language disorder, hearing impairment, pervasive developmental disorder, developmental delay, learning disability and emotional disturbance were enrolled in special projects (e.g. Title I model and demonstration diagnostic/prescriptive program).

**1967-1968**:

Elementary School Teacher, Canarsie, New York.

## PUBLICATIONS AND PRESENTATIONS:

Iseman, Dr. Sheila C. "The Role of an Expert in Special Education", American University Law School, Washington, DC, November, 2002.

Iseman, Dr. Sheila C. "Special Education Evaluations and the IEP: An Overview", Columbia School of Law, Georgetown University, Washington, DC, February, 2002; October, 2002.

Iseman, Dr. Sheila C. "Compensatory Education and Special Education", Columbia School of Law, Catholic University, Washington, DC, January, 2002; October 2002.

Iseman, Dr. Sheila C. "Educational Issues for the Child with Asperger's", Potomac Ridge, Maryland Parent Group for Asperger's, Rockville, Maryland, March, 2001.

Iseman, Dr. Sheila C. "Educational Issues for the Child with Spina Bifida", National Children's Medical Center, Physical Medicine, Washington, DC, December, 2000.

Iseman, Dr. Sheila C. "Evaluation and Advocacy in Special Education", National Children's Medical Center, Physical Medicine, Washington, DC, June, 2000.

Iseman, Dr. Sheila C. "Educational Advocacy", Legal Aid Bureau, Metropolitan Maryland Office, Bethesda, Maryland, February, 2000.

Iseman, Dr. Sheila C., "Educational Evaluations", Georgetown School of Law, Washington, D.C., January, 2002; February, 2000.

Iseman, Dr. Sheila C., "Expert Witness: Preparation", University of the District of Columbia, Washington, D.C., Dec, 1999, Nov., 1998, Oct. 1997.

Iseman, Dr. Sheila C. and Tanya Harvey, Esq., "Special Education: Process and Implementation," D.C. Bar Association, Washington, D.C., Jan., 1999.

Iseman, Dr. Sheila C. and Jennifer Rosenberg, Esq., "Interpreting Educational Evaluations," Neglect and Delinquency Practice Institute of the Young Lawyers Section of the Bar Association of the District of Columbia, Washington, DC, Feb., 1998.

Iseman, Dr. Sheila C., "Mental Retardation: Advantages and Disadvantages of Inclusion", Prince Georges County ARC, Upper Marlboro, Maryland, Sept., 1997.

Iseman, Dr. Sheila C. and Dr. Jacqueline Haynes,, "The Art and Science of Writing a Winning Proposal," Philadelphia Public School System, Philadelphia, Pennsylvania, Dec., 1993.

Iseman, Dr. Sheila C. and Dr. Margaret E. Gray,, "The Laptop Computer: A Bridge to Literacy for Students with Learning Disabilities," Closing The Gap Conference, Minneapolis, Minnesota, Oct., 1993.

Iseman, Dr. Sheila C., _The Laptop Computer: A Bridge to Literacy for Students with Learning Disabilities_, Closing The Gap Journal, Sept., 1993.

Iseman, Dr. Sheila C., Beth Goodman, Esq. and Frieda Landman, "TRANSITION SERVICES: Programming for Life after School," MANSEF Convention, Baltimore, MD, Nov., 1992.

Iseman, Dr. Sheila C., "The Laptop Computer: A Bridge to Literacy for Students with Learning Disabilities," Closing The Gap Conference, Minneapolis, Minnesota, Oct., 1992.

Iseman, Dr. Sheila C., "Exceptional Students: Exceptional Needs," Rotary Club, Friendship Heights, MD, Aug., 1992.

Goodman, Beth, Esq. and Dr. Sheila C. Iseman, "TRANSITION SERVICES: Developing and Implementing IEPs for Life after School," 13th National Institute on Legal Issues of Educating Individuals with Disabilities, San Antonio, TX, May, 1992.

Iseman, Dr. Sheila C., "Metacognitive Strategies: Empowering the Learner," MANSEF Convention, November 1990.

Gray, Dr. Margaret E. and Dr. Sheila C. Iseman, "The IEP As a Living Document," presentation to the District of Columbia Association of Children with Learning Disabilities, Spring, 1989.

Iseman, Dr. Sheila C. "Programming for Children with Attention Deficit Disorder," Montgomery County Association of Children with Learning Disabilities, Winter, 1988.

Iseman, Dr. Sheila C. "Programming for Specific Learning Disabilities" presentation for the Committee for Education, Research and Development, October 1987.

Iseman, Sheila C., Habituation: A Diagnostic Tool for Detecting Attentional Problems, published doctoral dissertation, University of Maryland, 1982.

Iseman, Sheila C., "The Role of a Hearing Officer," presented at Walter Reed Army Medical Center, Washington, D.C., Spring, 1981.

Iseman, Sheila C., et al, "Title I Model and Demonstration Program for Language Delayed Preschoolers," presented at American Speech and Hearing Association Conference, Baltimore, Maryland, Fall, 1970.





MAR - 1 2005
STUDENT HEARING OFFICE

# HEARING REQUEST MODEL FORM
## SPECIAL EDUCATION STUDENT HEARING OFFICE
### REQUEST FOR MEDIATION/HEARING

➢ This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.

➢ This form must be sent (mailed, hand-delivered, or faxed) to the Special Education Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002-1992. Fax number 202-442-5556.

REQUEST FOR ___✓___ DUE PROCESS, _____ MEDIATION, _____ OR BOTH
IS REQUESTED ON BEHALF OF:
Student Name: ~~T_____ M_____~~    DOB: ~~_____95~~
Address: ~~_____~~ *Washington DC 20020*
Present School of Attendance: *Stanton*    Home School: *Stanton*
(Neighborhood school where child is registered)

COMPLAINT IS MADE AGAINST: *DCPS*
DCPS and/or D.C. Public Charter School (specify charter school)
INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING
Name: *Angelique Moore*
Address: *2436 Wagner Street, S.E. Apt. B Washington DC 20020*
Phone: (H) *202-285-6943* (W) _____ (Fax) _____
Relationship to Student: ___✓___ Parent ___ Self ___ Legal Guardian ___ Parent Surrogate ___ Public Agency

PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):
Name: *Stacy Brustin*    Phone: (W) *202-319-6788* (Fax) *202-319-6780*
Address: *Columbus Community Legal Services/Catholic U. 3602 John McCormack Rd* Washington. D.C. 20064

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both, on the identified dates. *✱ We will need at least four hours (2 two hour blocks of time)*

Hearings: *4/12/05     4/13/05     4/14/05*

Mediation: _____

FOR ALL STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, ~~YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF THIS REQUEST.~~ IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).

*The signature below indicate our waiver of our right to a hearing with 35 days from the date of our request. However, we are NOT waiving our right to a hearing officer's determination within 10 days of the hearing.*

IF A DUE PROCESS HEARING DOES NOT OCCUR WITHIN 45 DAYS OF THIS REQUEST, THERE IS A REBUTTABLE PRESUMPTION OF HARM AND COMPENSATORY EDUCATION MUST BE AN ISSUE CONSIDERED BY THE HEARING OFFICER DURING THE HEARING.

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate unless your case meets the criteria for an Expedited Hearing. Your dates are most likely to be available if you propose hearing dates between 21 and 35 days from the date your request is received and docketed by the Student Hearing Office/Hearing Officer.

If one of your requested dates is available, the Hearing Office will issue a Notice of Hearing. Upon receipt of a Notice of Hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the Model Form attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.* If the Hearing Office is unable to schedule a hearing on one of your requested dates, you will receive a Provisional Notice of Hearing, pursuant to the Hearing Office Standard Operating Procedures, proposing another date and providing further instructions if the proposed date is unavailable to the parent.

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing.

2. Accommodation Requests for Mediation/Due Process Hearing (please be specific): *N/A*
Interpreter
Foreign Language _____
Sign Language _____
Other _____
Special Communications _____
Special Accommodation for Disability _____
Other _____

3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below (you may attach additional pages to provide more information if needed):
Describe the nature of the problem:

*See attached.*

Describe issues to be addressed at the mediation and/or hearing, with specificity:

*See attached.*

Describe relevant facts relating to the problem:

*See attached.*

State how you would like to see the problem corrected:

*See attached.*

_Kay Austin_ Attorney on behalf of Angelique Moore
Signature of Applicant/Parent (Required) Date (Required)
3/1/05

76

Case 1:06-cv-00954-RJL    Document 9-4    Filed 10/03/2008    Page 27 of 50

Re:    Ti███y F██████
       DOB █████/95
       Student ID #9079299

## REQUEST FOR DUE PROCESS HEARING
### (Responses to questions on p. 3 of Hearing Request Form)

At present T█████ is attending third grade at Stanton Elementary where an IEP developed at Garfield Elementary is being implemented. The June 2004 IEP developed at Garfield was based on T█████ current diagnosis of mental retardation. The IEP requires that she receive 20 hours special education, outside the presence of her non-disabled peers (64% of her time), and 1 hour of speech-language therapy.

Currently, T█████ receives special education in the back of another homeroom class with 20 other students present. Furthermore, she has not received the requisite 20 hours of special education services or 1 hour of speech-language therapy a week. In addition, students at Stanton who have knowledge of T█████ disability tease and physically abuse her on a weekly basis. Although Stanton officials are aware of the abuse, they have failed to take appropriate steps to protect T█████ or to improve the situation in any way. The extreme emotional trauma T█████ suffers weekly has had a dramatic impact on her ability to benefit from her educational setting. T█████ has made little to no progress at Stanton. In particular, her performance levels in math reasoning, basic reading, and written expression have remained at a kindergarten level.

D.C.P.S. has been on notice that T█████ is a candidate for special education services for several years, however they have not conducted comprehensive evaluations of T█████. Pursuant to 5 DCMR 3005.4, DCPS is required to conduct a thorough evaluation of the child and on the basis of that evaluation identify what additional data is needed to determine the particular disability, present performance levels and what special education, related services, or modifications to the special programs are necessary. Additionally, the current IEP does not satisfy 5 DCMR 3009.1, in that, it fails to provide a sufficient amount of special education services to meet T█████ needs resulting from her disability and enable her to be involved and progress in the general curriculum. This is evidenced by her lack of progress in meeting the goals set out in her IEP and her lack of overall improvement in academic and emotional functioning.

The issues at the hearing will be D.C.P.S.' failure to provide a Free and Appropriate Public Education pursuant to 5 DCMR 3002.1(a), including but not limited to, the failure to identify, locate and evaluate T█████ per 5 DCMR 3002.1(d); failure to develop and implement an appropriate IEP after evaluation per 5 DCMR 3009.1; and failure to provide an appropriate placement.

At the hearing, we will seek relief appropriate to the issues identified. Considering T██████ recent diagnosis as MR, the failure of D.C.P.S. to develop an appropriate IEP, their inability to implement her current IEP, and T██████ resulting failure to progress, T██████ unique needs can only be met in a full time, structured, special education placement. We request D.C.P.S. to fund T██████ placement in and transportation to an appropriate full time placement that can provide the Free Appropriate Public Education to which she is entitled. Further, we reserve the right to seek compensatory education services at a later date.

**CUA**

## THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

April 4, 2005

Rashida Chapman, Esq.
D.C.P.S. Office of General Counsel
825 North Capitol St. NE
Washington DC 20002

RE: T█████ F██████ DOB ██-95

Dear Ms. Chapman:

Pursuant to 34 CFR 300.509(b)(1), enclosed please find copies of documents which we may introduce in evidence at the hearing in this matter on April 12, 2005. The witnesses we may call include:

      Angelique Moore – mother
      Dr. Sheila Iseman – educational consultant
      Dr. Meredith Branson – psychologist
      Anne Warneke, or other Accotink administrator – Accotink Academy

There is a possibility one or more of our witnesses may need to appear via teleconference. If there is any problem regarding possible testimony via teleconference, please advise us. In addition, my client reserves the right to rely on any witnesses or documents disclosed by D.C. public schools.

Given the distress which T█████ is currently experiencing at Stanton Elementary, we would encourage the D.C. public school system to consider settlement in this matter. T█████ current placement is depriving her of any educational benefit and in this placement she has experienced persistent harms in the form of teasing and social ostracizing, as well as past physical abuse. Evaluations of T█████ demonstrate a failure of academic progress that is not reflective of her abilities. Recent evaluations and recommendations conclude that T█████ requires a full time, special education program, such as that offered by Accotink Academy to gain benefit from her education.

*General Practice Clinic • Families and the Law • Advocacy for the Elderly*

CCLS is located at the Brookland Metro stop at 3602 John McCormack Rd., N.E.

79

Please contact us regarding the possibility of settlement.

Sincerely,

Stacy L. Brustin, Esq.

Sarah Bagley
Legal Intern

Theresa Vogel
Student Attorney

**INDEX OF DOCUMENTS FOR HEARING REGARDING T████ F████████**
**DOB █████95**
**APRIL 12, 2005**

F██████ #1 -     Request for information letter to DCPS -- 11/4/04

F██████ #2 -     Request for information letter to Garfield Elementary -- 11/4/04

F██████ #3 -     Request for information letter to Stanton Elementary -- 12/16/04

F██████ #4 -     Letter to Ms. Chapman, LEA Counsel -- 3/23/05

F██████ #5 -     Letter to Mr. Schreibman, former LEA Counsel -- 3/23/05

F██████ #6 -     Special Education Student Hearing Request 3/1/05

F██████ #7 -     3rd Grade Report Card, Stanton Elementary

F██████ #8 -     IEP, Winston Elementary -- 1/27/03

F██████ #9 -     IEP, Garfield Elementary -- 1/16/04

F██████ #10 -     IEP Addendum -- 3/24/04

F██████ #11 -     IEP, Garfield Elementary -- 6/14/04

F██████ #12 -     Vineland Adaptive Behavior Scales -- 6/4/03

F██████ #13 -     Terrance Beason, M. Ed., CAGS Evaluation -- 4/30/04

F██████ #14 -     Dr. Neil Schiff report completed for SSA -- 1/3/05

F██████ #15 -     Dr. Meredith Branson report, psychological evaluation -- 4/1/05

F██████ #16 -     Resume, Dr. Meredith Branson

F██████ #17 -     Accotink Acceptance Letter

81



# CUA

# THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

November 4, 2004

Ms. Maria Woolery
Special Education Coordinator, LEA Designee
District of Columbia Public Schools
Office of Special Education
825 North Capital Street, N.E., 6th Floor
Washington, D.C. 20002-4232

Re:  Request for records-T█████ F███████ (Student ID# 9079299)

Dear Ms. Woolery:

We are the student attorneys representing Angelique Moore, T█████ F████████'s mother. T██████ is currently in 3rd grade at Stanton Elementary School.  Pursuant to The Family Education Rights and Privacy Act, and The Individual with Disabilities Education Act, we are requesting a copy of all of Thelton's records in your possession.

Please send us all of his records, which include but are not limited to: her cumulative file, her confidential file, and her compliance file.  Please include all reports written as a result of the school's evaluations; reports of independent evaluations; test results; enrollment/attendance records; progress reports; deficiency notices, truancy notices; notices of major or minor suspensions and expulsions; report cards; class schedules; medical/health records; summary reports of evaluation team and eligibility committee meetings; IEP's; any correspondence retained between our client, Angelique Moore, and the school officials; any correspondence written between school personnel regarding T██████ P██████; any records maintained by the school nurse, T██████ teachers, and any member of the IEP team; and notes or letters written in connection with any planning or discussions, or any other matters in connection with T█████ F████████   Please include any and all information that exists.

We also request that copies of all records that become available as T██████ progresses through Stanton Elementary School be sent to us.

*General Practice Clinic • Families and the Law • Advocacy for the Elderly*
CCLS is located at the Brookland Metro stop at 3602 John McCormack Rd., N.E.

We understand how busy you and your staff are during the school year. If there is anything else that you need or if there is any assistance that Columbus Community Legal Services can provide you please let us know. We can be reached at (202) 319-6788, or by email at the addresses below. Thank you very much for your time and prompt attention to this matter.

Sincerely yours,

Scott Garten
(charles_garten@yahoo.com)

P. Michael Hsu
(ucdavisalum@hotmail.com)



# THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

## AUTHORIZATION AND CONSENT FOR RELEASE OF INFORMATION
## TO COLUMBUS COMMUNITY LEGAL SERVICES

TO: **Maria Woolery**                                    DATE: **11/4/04**

This will authorize you to release to **Columbus Community Legal Services** the entire student record including information related to any psychological, psychiatric or other mental impairment testing, copies of educational tests or evaluations, including Individual Educational Programs, triennial assessments, speech evaluations and any other records that can help evaluate function, including teachers' observations and evaluations of my child:

STUDENT: ~~Tiffany R~~ ~~F~~
SSN: ~~████████~~
DOB: ~~████~~ /95

The protected educational information provided under this authorization may include diagnosis and treatment information, including information pertaining to chronic diseases, behavioral problems, or any known genetic marker information.

This will also authorize you to speak to and disclose orally any information relating to diagnosis, care, treatment, prognosis, and opinions with regard to the above student to Attorneys-at-Law or student attorneys of **Columbus Community Legal Services**. IT DOES NOT AUTHORIZE YOU TO SPEAK TO OR DISCLOSE INFORMATION TO ANY OTHER ATTORNEY OR THAT ATTORNEY'S AGENT.

**The release and disclosure of this information is for the purpose of providing adequate legal representation.**

This authorization expires one year from the date of my signature below or sooner by **written revocation** to Columbus Community Legal Services and the Health Care Provider named above. Revocation becomes effective on the date received by both parties, but will not affect any action taken in reliance on this authorization before my written notice of revocation was received. A photocopy of this authorization may be used in lieu of the original.

**Angelique Moore**                    SSN: **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**
Parent Signature
**10/05/04**
Date Signed

84



# THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

November 4, 2004

Ms. Felicia Walker
Record Administrator
Administration Office
James A. Garfield Elementary School
2435 Alabama Avenue, S.E.
Washington, DC 20020

Re: Request for records-Ti███ F██████ (Student ID# 9079299)

Dear Ms. Walker:

We are the student attorneys representing Angelique Moore, Ti███ F██████ mother. T███ is currently in 3rd grade at Stanton Elementary School. Pursuant to The Family Education Rights and Privacy Act, and The Individual with Disabilities Education Act, we are requesting a copy of all of Thelton's records in your possession.

Please send us all of his records, which include but are not limited to: her cumulative file, her confidential file, and her compliance file. Please include all reports written as a result of the school's evaluations; reports of independent evaluations; test results; enrollment/attendance records; progress reports; deficiency notices, truancy notices; notices of major or minor suspensions and expulsions; report cards; class schedules; medical/health records; summary reports of evaluation team and eligibility committee meetings; IEP's; any correspondence retained between our client, Angelique Moore, and the school officials; any correspondence written between school personnel regarding Ti███ F██████; any records maintained by the school nurse, Ti███ teachers, and any member of the IEP team; and notes or letters written in connection with any planning or discussions, or any other matters in connection with Ti███ F██████. Please include any and all information that exists.

We also request that copies of all records that become available as Ti███ progresses through Stanton Elementary School be sent to us.

85

We understand how busy you and your staff are during the school year. If there is anything else that you need or if there is any assistance that Columbus Community Legal Services can provide you please let us know. We can be reached at (202) 319-6788, or by email at the addresses below. Thank you very much for your time and prompt attention to this matter.

Sincerely yours,

Scott Garten
(charles_garten@yahoo.com)

P. Michael Hsu
(ucdavisalum@hotmail.com)



**CUA**

## THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

### AUTHORIZATION AND CONSENT FOR RELEASE OF INFORMATION
### TO COLUMBUS COMMUNITY LEGAL SERVICES

TO: _Felicia Walker_                                    DATE: _11/4/04_

This will authorize you to release to **Columbus Community Legal Services** the entire student record including information related to any psychological, psychiatric or other mental impairment testing, copies of educational tests or evaluations, including Individual Educational Programs, triennial assessments, speech evaluations and any other records that can help evaluate function, including teachers' observations and evaluations of my child:

STUDENT: ~~Tiffany R_____ F_____~~
SSN: ~~_____~~
DOB: ~~_____~~ /95

The protected educational information provided under this authorization may include diagnosis and treatment information, including information pertaining to chronic diseases, behavioral problems, or any known genetic marker information.

This will also authorize you to speak to and disclose orally any information relating to diagnosis, care, treatment, prognosis, and opinions with regard to the above student to Attorneys-at-Law or student attorneys of **Columbus Community Legal Services. IT DOES NOT AUTHORIZE YOU TO SPEAK TO OR DISCLOSE INFORMATION TO ANY OTHER ATTORNEY OR THAT ATTORNEY'S AGENT.**

The release and disclosure of this information is for the purpose of providing adequate legal representation.

This authorization expires one year from the date of my signature below or sooner by written revocation to Columbus Community Legal Services and the Health Care Provider named above. Revocation becomes effective on the date received by both parties, but will not affect any action taken in reliance on this authorization before my written notice of revocation was received. A photocopy of this authorization may be used in lieu of the original.

_Angeline Moore_                    SSN: _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_
Parent Signature
_10/05/04_
Date Signed

87



## THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

December 16, 2004

Mr. Norman Brooks, Jr.
Principal, Stanton Elementary School
2701 Naylor Road, S.E.
Washington, D.C. 20020-7223

Re:  Request for records-T█████ F██████ (Student ID# 9079299)

Dear Mr. Brooks:

I am a student attorney representing Angelique Moore, T█████ F████████ mother. T█████ is currently in 3rd grade at Stanton Elementary School. Pursuant to The Family Education Rights and Privacy Act, and The Individual with Disabilities Education Act, I am requesting a copy of all of T████████ records in your possession.

Please send us all of her records, which include but are not limited to: her cumulative file, her confidential file, and her compliance file. Please include all reports written as a result of the school's evaluations; reports of independent evaluations; test results; enrollment/attendance records; progress reports; deficiency notices; truancy notices; notices of major or minor suspensions and expulsions; report cards; class schedules; medical/health records; summary reports of evaluation team and eligibility committee meetings; IEP's; any correspondence retained between our client, Angelique Moore, and the school officials; any correspondence written between school personnel regarding T█████ F███████ any records maintained by the school nurse, T███████ teachers, and any member of the IEP team; and notes or letters written in connection with any planning or discussions, or any other matters in connection with T█████ F██████ Please include any and all information that exists.

I am also requesting that copies of all records that become available as T█████ progresses through Stanton Elementary School be sent to Columbus Community Legal Services, at the above listed contact information.

I understand how busy you and your staff are during the school year. If there is anything else that you need or if there is any assistance that Columbus Community Legal Services can provide you please let us know. We can be reached at (202) 319-6788, or by email at the address below. Thank you very much for your time and prompt attention to this matter.

Sincerely yours,

Scott Garten
(charles_garten@yahoo.com)



# THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

March 23, 2005

Rashida Chapman
Office of General Counsel
D.C. Public Schools
825 North Capitol St. NE
Washington DC 20002

Re: T███████ F████████
DOB: ██████████, 1995
Student ID: #9079299

Dear Ms. Chapman:

We are writing you to follow up on an earlier conversation we had about T██████
F████████ upcoming hearing. We have made several efforts through the school system
to obtain copies of a speech language evaluation that was performed in 2002 while
T██████ attended Winston Elementary. While we have references to the results of the
testing in the IEP meeting that took place on January 27th, 2003, we do not have the
actual results and copies of the testing. The IEP suggests that the Test of Language
Development Primary-Revised (TOLD-P) was performed on November 18, 2002 and the
Expressive One Word Picture Vocabulary Test performed on December 9, 2002. We
greatly appreciate your efforts in helping us obtain a copy of these materials.

Thank you for your assistance in this matter.

Sincerely,

Theresa Vogel
Student Attorney

Sarah Bagley
Legal Intern

90



# THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

March 23, 2005

Jack Schreibman
Office of General Counsel
D.C. Public Schools
825 North Capitol St. NE
Washington DC 20002

Re: T███████ F███████,
DOB: ███████ 1995
Student ID: #9079299

Dear Mr. Schreibman:

We are writing you to follow up on an earlier conversation we had about T█████ F████████ upcoming hearing. We have made several efforts through the school system to obtain copies of a speech language evaluation that was performed in 2002 while T█████ attended Winston Elementary. While we have references to the results of the testing in the IEP meeting that took place on January 27th, 2003, we do not have the actual results and copies of the testing. The IEP suggests that the Test of Language Development Primary-Revised (TOLD-P) was performed on November 18, 2002 and the Expressive One Word Picture Vocabulary Test performed on December 9, 2002. We greatly appreciate your efforts in helping us obtain a copy of these materials.

Thank you for your assistance in this matter.

Sincerely,

Theresa Vogel
Student Attorney

Sarah Bagley
Legal Intern

*General Practice Clinic • Families and the Law • Advocacy for the Elderly*
CCLS is located at the Brookland Metro stop at 3602 John McCormack Rd., N.E.



### THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

## FAX COVER SHEET

The information contained in this facsimile message is legally privileged and confidential. It is only intended for the addressee(s) as noted below. Dissemination, distribution or copy of this transmission by other than the noted addressee(s) is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. We will reimburse any cost you incur in notifying us and returning the message to us. Thank you.

To: DCPS Student Hearing Office

Fax #: 202-442-5556     Phone #:

From: Stacy Brustin       Phone #: 319-6788

Date: 3-1-05

Re: T̶̶̶̶̶̶̶ ̶A̶̶̶̶̶̶

Number of pages (including cover sheet): 5

Message: _____

_____

_____

_____

_____

_____

**** For Office Use Only: Time Sent: 3:31    Initials: SB
3/1/05

*General Practice Clinic • Families and the Law • Advocacy for the Elderly*
CCLS is located at the Brookland Metro stop at 3602 John McCormack Rd., N.E.



## HEARING REQUEST MODEL FORM
### SPECIAL EDUCATION STUDENT HEARING OFFICE
### REQUEST FOR MEDIATION/HEARING

➤ This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.

➤ This form must be sent (mailed, hand-delivered, or faxed) to the Special Education Student Hearing Office ofthe District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002-1992. Fax number 202-442-5556.

REQUEST FOR ___✓___ DUE PROCESS, _____ MEDIATION, _____ OR BOTH

IS REQUESTED ON BEHALF OF:

Student Name: _T___████_A███___  DOB: ██/95

Address: ████████████████, ██████ _Washington DC 20020_

Present School of Attendance: _Stanton_  Home School: _Stanton_
(Neighborhood school where child is registered)

COMPLAINT IS MADE AGAINST: _DCPS_
DCPS and/or D.C. Public Charter School (specify charter school)

INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name: _Angelique Moore_

Address: _2436 Wagner Street, S.E. Apt. B Washington DC 20020_

Phone: (H) _202-285-6943_ (W) _____

Relationship to Student: _✓_ Parent ___ Self ___ Legal Guardian ___ Parent Surrogate ___ Public Agency

PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

Name: _Stacy Brustin_  Phone: (W) _202-319-6788_ (Fax) _202-319-6780_

Address: _Columbus Community Legal Services / Catholic U. 3602 John McCormack Rd N.    Washington D.C. 20064_

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates. _✱ We will need at least four hours (2 two hour blocks of time)_

Hearings: _4/12/05_    _4/13/05_    _4/14/05_

Mediation: _____

FOR ALL STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, ~~YOUR SIGNATUREBELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF THIS REQUEST.~~ IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUES T (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).

_The signature below indicates our waiver of our right to a hearing with 35 days from the date of our request. However, we are NOT waiving our right to a hearing officer's determination within 10 days of the hearing._

93

IF A DUE PROCESS HEARING DOES NOT OCCUR WITHIN 45 DAYS OF THIS REQUEST, THERE IS A REBUTTABLE PRESUMPTION OF HARM AND COMPENSATORY EDUCATION MUST BE AN ISSUE CONSIDERED BY THE HEARING OFFICER DURING THE HEARING.

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate unless your case meets the criteria for an Expedited Hearing. Your dates are most likely to be available if you propose hearing dates between 21 and 35 days from the date your request is received and docketed by the Student Hearing Office/Hearing Officer.

If one of your requested dates is available, the Hearing Office will issue a Notice of Hearing. Upon receipt of a Notice of Hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the Model Form attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.* If the Hearing Office is unable to schedule a hearing on one of your requested dates, you will receive a Provisional Notice of Hearing, pursuant to the Hearing Office Standard Operating Procedures, proposing another date and providing further instructions if the proposed date is unavailable to the parent.

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing.

2. Accommodation Requests for Mediation/Due Process Hearing (please be specific): *N/A*
Interpreter
Foreign Language _____
Sign Language _____
Other _____
Special Communications _____
Special Accommodation for Disability _____
Other _____
3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below (you may attach additional pages to provide more information if needed):
Describe the nature of the problem:

*See attached.*

Describe issues to be addressed at the mediation and/or hearing, with specificity:

*See attached.*

Describe relevant facts relating to the problem:

*See attached.*

State how you would like to see the problem corrected:

*See attached.*

*Mary Durkin Attorney on behalf of Angelique Moore*
Signature of Applicant/Parent (Required)  Date (Required)    *3/1/05*

94

Re:    T████ F████
       DOB:████95
       Student ID #9079299

## REQUEST FOR DUE PROCESS HEARING
### (Responses to questions on p. 3 of Hearing Request Form)

At present T████ is attending third grade at Stanton Elementary where an IEP developed at Garfield Elementary is being implemented. The June 2004 IEP developed at Garfield was based on T████ current diagnosis of mental retardation. The IEP requires that she receive 20 hours special education, outside the presence of her non-disabled peers (64% of her time), and 1 hour of speech-language therapy.

Currently, T████ receives special education in the back of another homeroom class with 20 other students present. Furthermore, she has not received the requisite 20 hours of special education services or 1 hour of speech-language therapy a week. In addition, students at Stanton who have knowledge of T████ disability tease and physically abuse her on a weekly basis. Although Stanton officials are aware of the abuse, they have failed to take appropriate steps to protect T████ or to improve the situation in any way. The extreme emotional trauma T████ suffers weekly has had a dramatic impact on her ability to benefit from her educational setting. T████ has made little to no progress at Stanton. In particular, her performance levels in math reasoning, basic reading, and written expression have remained at a kindergarten level.

D.C.P.S. has been on notice that T████ is a candidate for special education services for several years, however they have not conducted comprehensive evaluations of T████. Pursuant to 5 DCMR 3005.4, DCPS is required to conduct a thorough evaluation of the child and on the basis of that evaluation identify what additional data is needed to determine the particular disability, present performance levels and what special education, related services, or modifications to the special programs are necessary. Additionally, the current IEP does not satisfy 5 DCMR 3009.1, in that, it fails to provide a sufficient amount of special education services to meet T████ needs resulting from her disability and enable her to be involved and progress in the general curriculum. This is evidenced by her lack of progress in meeting the goals set out in her IEP and her lack of overall improvement in academic and emotional functioning.

The issues at the hearing will be D.C.P.S.' failure to provide a Free and Appropriate Public Education pursuant to 5 DCMR 3002.1(a), including but not limited to, the failure to identify, locate and evaluate T████ per 5 DCMR 3002.1(d); failure to develop and implement an appropriate IEP after evaluation per 5 DCMR 3009.1; and failure to provide an appropriate placement.

At the hearing, we will seek relief appropriate to the issues identified.  Considering ████ recent diagnosis as MR, the failure of D.C.P.S. to develop an appropriate IEP, their inability to implement her current IEP, and ████ resulting  failure to progress, ████ unique needs can only be met in a full time, structured, special education placement.  We request D.C.P.S. to fund ████ placement in and transportation to an appropriate full time placement that can provide the Free Appropriate Public Education to which she is entitled.  Further, we reserve the right to seek compensatory education services at a later date.



## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## 3RD GRADE REPORT CARD  SY 2004 - 2005
(Page one of three)
Student Name: _T___ F___

ID#: 9079299

School: Stanton ES

Teacher: Lambert

---

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **READING** | 1 | — | — | — |
| Uses word attack skills & vocabulary building strategies | — | | | |
| Reads and comprehends 25 books | — | | | |
| Identifies main idea and supporting details | — | — | — | — |
| Reads aloud with accuracy and fluency | — | | | |
| Determines cause and effect relationships in text | NI | | | |
| **WRITING** | 2 | — | — | — |
| Writes a personal letter | ✓ | — | — | — |
| Writes a personal narrative | NI | — | — | — |
| Writes a brief report | NI | — | — | — |
| Uses technology to create, revise and publish work | NI | | | |
| Uses correct grammar, capitalization & spelling | — | | | |
| Uses writing process | ✓ | — | — | — |
| **LISTENING SKILLS** | 2 | — | — | — |
| Exhibits appropriate audience behavior | ✓ | | | |
| Comprehends oral presentations | ✓ | | | |
| **SPEAKING SKILLS** | 1 | — | — | — |
| Gives & understands oral directions | ✓ | — | — | — |
| Participates in group discussions | ✓ | — | — | — |
| Makes oral presentations | NI | | | |

| INSTRUCTIONAL LEVEL | above level | on level | below level |
|---|---|---|---|
| **Reading** | | | |
| 1st Advisory | — | — | ✓ |
| 2nd Advisory | — | — | — |
| 3rd Advisory | — | — | — |
| 4th Advisory | — | — | — |
| **Mathematics** | | | |
| 1st Advisory | — | — | ✓ |
| 2nd Advisory | — | — | — |
| 3rd Advisory | — | — | — |
| 4th Advisory | — | — | — |

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **MATHEMATICS** | 1 | — | — | — |
| Adds & subtracts whole numbers with regrouping | ✓ | | | |
| Applies place value concepts | ✓ | | | |
| Models concepts of multiplication and division | NI | — | | |
| Applies estimation and rounding strategies | ✓ | | | |
| Counts money & makes change | — | | | |
| Classifies three-dimensional shapes | NI | — | — | — |
| Identifies geometric figures | NI | | | |
| Interprets data from charts, graphs and tables | — | — | — | — |
| Models & solves problems | — | | | |

**Reporting Key:**
For overall grade in subject area:
4 = Exceeds the standard (Advanced)
Student takes initiative to exceed the standard; consistently produces excellent work; applying skills/concepts correctly; shows creativity and insight.
3 = Meets the standard (Proficient)
Student produces work that meets the standard; frequently produces very good work of high quality; applies skills/concepts correctly.
2 = Approaches the standard (Basic)
Student shows a basic working knowledge of skills/concepts; produces satisfactory work; usually applies skills/concepts correctly.
1 = Does not meet the standard (Below Basic)
Student does not show basic working knowledge of skills/concepts; seldom produces work of satisfactory quality.
For skills/expectations within subject area:
+ = Excellent          – = Unsatisfactory
√ = Satisfactory       -NI = Not Introduced

*Revised 2000-2001*

97



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**3RD GRADE REPORT CARD** SY 2004-2005
(Page two of three)
Student Name: ▮▮▮▮▮▮▮▮

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|

## SOCIAL STUDIES

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| | 2 | — | — | — |
| Identifies historical landmarks & key geographical features of the nation's capital | M | | | |
| Recognizes significant persons, documents & events shaping Washington, D.C. | M | | — | |
| Describes the contributions of diverse groups to Washington, D.C. society | M | | | |
| Demonstrates recognition of names of other large cities & capitals | M | ✓ | — | — |
| Demonstrates map & globe skills | ✓ | | — | |

## SCIENCE

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| | 2 | | — | — |
| Uses scientific methods to ask & answer questions about the natural world | ✓ | ✓ | | |
| Describes how structures of living things adapt to function | M | | — | |
| Describes physical features of local environment | M | | — | |
| Describes how vibrating objects produce sound | M | | — | — |
| Describes how matter changes | ✓ | | — | |
| Explains seasonal changes | ✓ | ✓ | | |

## MUSIC

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| | | — | — | — |
| Identifies music of various cultures and styles | M | — | | |
| Interprets music through singing, listening, performing, creating, reading & writing | M | | | |

## ART

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| | 2 | ✓ | — | — |
| Applies different media, techniques & processes in artworks | M | | | |
| Uses symbols & images to convey meaning | ✓ | | | |

## HEALTH & PHYSICAL EDUCATION  2 _ _ _

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Explains consequences of negative & positive behaviors in conflict | ✓ | | | |
| Scores in acceptable levels for physical fitness; e.g. sit & reach, running | M | | | |
| Displays increased motor skills in individual & team sports | M | | | |

For the section on WORK HABITS, PERSONAL & SOCIAL SKILLS, the following key is used:
+ = Excellent
√ = Satisfactory
-- = Unsatisfactory

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| **WORK HABITS** | | | | |
| Follows directions | ✓ | — | — | — |
| Completes classwork on time | -- | | — | |
| Works well with others/cooperates | ✓ | | — | — |
| Uses time wisely | ✓ | | — | |
| Completes and returns homework | ✓ | | | |
| Participates in class discussions | ✓ | ✓ | | |
| Makes an effort | ✓ | | — | |
| **PERSONAL & SOCIAL SKILLS** | | | | |
| Follows classroom rules | ✓ | | | |
| Follows playground/school rules | ✓ | | — | |
| Respects the rights/property of others | ✓ | | | |
| Listens while others speak | ✓ | | | |
| Practices self-control | ✓ | | | |

## ATTENDANCE

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days of Instruction | 48 | | | |
| Days Absent | 2 | | | |
| Days Tardy | 12 | | | |

**SUPPORT SERVICES** Check where applicable. Additional comments from support staff attached.

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Resource: Reading | — | — | — | — |
| Resource: Mathematics | — | — | — | — |
| Special Education | ✓ | — | — | — |
| Bilingual/ESL | — | — | — | — |

*Revised 2000-2001*          **Grade Next Year** _____



**District of Columbia Public Schools Report Card**
SY _2004_ - _2005_ (Page three of three)
**TEACHER COMMENTS**

Student Name: T█ F█████          Grade: _3_

**First Advisory**  J██████ is making progress in her ability to follow
long in class. However, █████ continues to struggle with transitions,
specially moving from one place to another on line. █████ needs to
ntinue working on making / having appropriate interactions with classmate
four support is appreciated.

Ms. Lambert                    Nov. 24, 2004
Teacher Signature                    Date

**Second Advisory**



Teacher Signature                    Date

**Third Advisory**



Teacher Signature                    Date

**Fourth Advisory**



Teacher Signature                    Date

99

*DRAFT*

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

| DCPS - IEP Page 1 of 4 |
| --- |

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last F█████  First T█████  MI

Student ID 9079299  Soc. Sec. No.  Age: 7  Grade 01

Gender ☐ M ☒ F  Date of Birth █████1995  Ethnic Group B

Address █████████

House No.  Street Name  Washington  Quadrant  Apartment #  DC  20020
City  State  Zip Code

☐ Non-attending

Attending School Winston EC  Home School Winston EC

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent Ms. Angelique Moore

Address of (if different from student): ☒ Parent ☐ Guardian ☐ Surrogate

House No.  Street Name  Quad  Apt. No.  City  State  Zip Code
Telephone: Home (202) 678-1893  Work

## II. CURRENT INFORMATION

Date of IEP Meeting: 01/29/2003/n·H

Date of Last IEP Meeting:

Date of Most Recent Eligibility Decision:

Purpose of IEP Conference:
☒ Initial IEP  ☐ Review of IEP
☐ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment:
Level III

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
| --- | --- |
| ESY | TRANSITION |

## III. LANGUAGE

| III. LANGUAGE | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
| --- | --- | --- | --- | --- | --- |
| Student | English | English | English | Native Language | Oral |
| Parent | English | English | English | Native Language | Rd / Written |
| Home | English | English | English | Native Language | Instrument: |
| | | | | | Date: |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SETTING SpEd | SETTING Total | FREQUENCY Hr./ Min | FREQUENCY D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | DURATION wks./mos |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Specialized Instruction | 0.00 | 15.00 | 15.00 | Hrs | Week | Special Education Teacher | 01/29/2003 | 10 | Months |
| Speech-Language | 0.00 | 0.50 | 0.50 | Hrs | Week | S and L Therapist | 01/29/2003 | 10 | Months |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL | 0.00 | 15.50 | 15.50 | Hours Per Week | | | | | |

## V. Disability(ies)  Learning Disabled

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☒ 21-60%  ☐ 61-100%

☐ (Check if setting is general Ed.)  Percent of time NOT in a General Education Setting  48%

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Angelique Moore
   Parent

Katherine Polk
   Special Ed Teacher

Sheryle Matthews
   General Ed Teacher

Doretha White
   LEA Representative

Morretta Henderson
   Principal or Designee

*Angelique Moore*  Rhonda Grant  *Rhonda P. Grant-SLPRS*
   Student  S/L Therapist
*Katherine Polk*  Teresa Eley  *Teresa Eley*
   psychologist
*Doretha White*
*Morretta Henderson*

_I AGREE_ with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
   Parent/Guardian Signature  *Angelique Moore*  Date  1/27/03

100