01/28/2003

| Student Name | T██████ F██████ | Managing School | Winston EC | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9079299 | DOB ████1995 | Attending School Winston EC | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments: ☐

**Academic Areas: (Evaluator)** T██████ F██████

Score(s) When Available

**Math Strengths:**

T█████ is able to solve one step addition problems.

Math Cal. GE: K.0

Math Rea. GE: K.0

See goal page:

**Impact of disability on educational performance in general education curriculum:**

T██████ math skills are below grade level.

Date: 1/27/03

Rdg. Com GE: P1.0

**Reading Strengths:**

T██████ reading skills are low average.

Rdg. Basic GE: K.1

Written Ex. GE: K.1

See goal page:

**Impact of disability on educational performance in general education curriculum:**

T██████ reading skills are below grade level.

Date: 1/27/03

**Communication (Speech & Language) (Evaluator)** Rhonda P Chant SLP

Score(s) When Available

**Strengths:**

Strength were evidenced through testing in sentence imitation and grammatical completion task. She also has age appropriate articulation voice and fluency skills.

Exp.Lang. Total Lang. Quotient = 69

Rec-Lang.

Artic WNLS

Voice WNLS

Fluency WNLS

**Impact of disability on educational performance in general education curriculum:**

Weaknesses were revealed in oral vocabulary skills which impact upon listening / language organization skills.

Exp. Voc. SS 70

Rec. Voc. ScaleScore 05

See goal page:

Date: 12-09-02

**Motor/Health (Evaluator)** _____

Score(s) /Results When Available

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

See goal page:

Date:

**Social Emotional Behavioral Areas: (Evaluator)** _____

Score(s) When Available

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

See goal page:

Date:

**Cognitive/Adaptive Behavior: (Evaluator)** T██████ F██████

Score(s) When Available

**Strengths:**

T██████ non verbal abilities.

VIQ = 56

PIQ = 62

FSIQ = 55

**Impact of disability on educational performance in general education curriculum:**

T██████ overall cognitive ability fell within the deficient range.

See goal page:

Date: 1/27/03

**Prevocational Skills: (Evaluator)** _____

Score(s) When Available

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

See goal page:

Date:

101

| Student Name | T____ F____ | Managing School | Winston EC | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9079299    DOB ____ 1995 | Attending School | Winston EC | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: 1

Area addressed by goal: Academic

**ANNUAL GOAL:** (including mastery criteria.)

CSI (Reading): Student comprehends and composes a wide range of written oral and visual texts.

The student will improve phonics and letter and word identification skills with 90% accuracy.

Provider(s): Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will recognize capital letters of the alphabet | | Monthly |
| Student will recognize lowercase letters of the alphabet | | Monthly |
| Student will write letters of the alphabet upon command. | | Monthly |
| Student will recognize and produce consonant letter sounds at the beginning and ending of words. | | Monthly |
| Student will recognize and produce long and short vowel sounds. | | Monthly |
| Student will learn five site words from the Dolch preprimer list. | | Monthly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name    T_____  P_____ | Mana in School  Winston EC | DCPS - IEP |
|---|---|---|
| Student ID Number  4079299   DOB ____1995 | Attendin School  Winston EC | Pa e 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number:  2 |
|---|---|---|

Area addressed by goal:  Academic

**ANNUAL GOAL:** (includin  mastery criteria.)

CSI (Reading):
Student will improve vocabulary and communication skills with 90% accuracy.

Provider(s): Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will recognize correspondence of spoken word to picture | | Monthly |
| Student will use pictures and print to conveyt messages | | Monthly. |
| Student will answer comprehensive questions orally in class. | | Monthly |
| Student will orally summarize stories read aloud by the teacher. | | Monthly |
| Student will classify objects by category. | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Lo  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name T███████ F███████ | Mana in School Winston EC | DCPS - IEP |
|---|---|---|
| Student ID Number 9079299  DOB ████1995 | Attendin School Winston EC | Pa e 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | **Additional Comments:** ☐ | **Goal Number:** 3 |

**Area addressed by goal:** Academic

**ANNUAL GOAL:** (includin mastery criteria.)

CSI (Math):
Student will improve basic math skills to 90% accuracy.

**Provider(s):** Special Education Teacher/Resource Room Teacher, S

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will understand the concept of addition and subtraction | | Monthly |
| Student will complete one step addition and subtraction problems. | | Monthly |
| Student will count rote to 50. | | Monthly |
| Student will recognize and write numbers 1 – 10. | | Monthly |
| Student will tell time (digital and analog) to the whole hour. | | Monthly |
| Student will count dollars and coins. | | Monthly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Lo  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other

| Student Name | T_____ F_____ | Mana in School Winston EC | DCPS - IEP |
|---|---|---|---|
| Student ID Number | 9079249 DOB ___/1995 | Attendin School Winston EC | Pa e 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | Goal Number: 4 |
|---|---|---|

Area addressed by goal: Speech and Language

**ANNUAL GOAL: (includin mastery criteria.)**

T_____ will improve her expressive/receptive language skills with 80% accuracy.

Provider(s): Speech and Language Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Define curiculum based vocabulary words by providing the category label and two functions. | | Monthly |
| Tell how two nouns are alike | | Monthly |
| | | |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Lo  ☐ Chart  ☒ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Pa e 3 of 4

105

01/28/2003

| | |
|---|---|
| Student Name    T[redacted]    F[redacted] | Managing School  Winston EC |
| Student ID Number  9074299    DOB  [redacted]995 | Attending School  Winston EC |

DCPS - IEP
Page 4 of 4

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in general education?  ☐ Yes  ☒ No

Explanation for removal out of regular education classroom.

Student requires low student to teacher ratio

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:  ☐ None needed

Timing/Scheduling: Extended time

Setting:

Presentation:  Read directions/test to student

Response:

Equipment:

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☒ Level III  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ Level V  Portfolio:

☐ Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level IV  (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

☒ Reading
☒ Mathematics
☐ Written Expression
☐ Other:
☐ None

☐ Physical/Sensory
☐ Social Emotional
☐ Physical Development

☐ Transition
☐ Vocational
☐ Independent Living
☒ Speech/Language

**Modifications:**
☒ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In General Education Classroom Setting | Rejected | Continued school failure |
| Out of General Education Classroom | Rejected | Time away from non-disabled peers in academic sett |
| Combination General Education and Resource Classro | Accepted | Impact on self-esteem |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

Participation in non-academic subjects with non-disabled peers

Location for Services   Winston

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

106

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**

**INITIAL PLACEMENT**

Student T████ F████    DOB ████995 Age 7   Meeting Date 01/27/2003

Address ████████████  SE      Telephone (W) _____
    Street #   Street     Quad   Apt. No.

    Washington      DC   20020     Telephone (H) 2026781893
    City      State   Zip Code

Dear Parent:

You have been provided a copy of the "Procedural Safeguards - Parents Rights" booklet. We would like to remind you at this time that:
- granting consent is a voluntary action on your part; this consent may be revoked at any time although the school district is required to take all necessary action to provide appropriate service(s) and may be required t initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the process indicated below.

✔   **Initial Placement**

After development of an IEP, the MDT, with the parent, determined that your child will receive special education and related services at <u>Winston EC</u>        school, for:

☐ 0%-20%,      ☒ 21% - 60%, or      ☐ 61% -100%.

**Parent Response Section:**

I give permission for District of Columbia Public Schools to proceed with the initial placement for my child.

*Angelique Moore*          *1/27/03*
Parent/Guardian Signature            Date

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM (MDT)**

**Prior to Action Notice**

**Check Purpose:**
- [X] Initial Evaluation
- [ ] Initial Placement
- [ ] Reevaluation
  - [ ] Change in Category Exit
  - [ ] Related Service Add
  - [ ] Related Service
  - [ ] Change in Placement
  - [ ] Other _____

Date _____ 01/28/2003 _____

Student T████ F████  DOB ███/1995

School  Winston EC

Current Disability Category  LD

Setting  Combination  eneral education and resource classro

Dear  Ms. Angelique Moore

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
- [X] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Other _____

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)

- [ ] Your child is not eligible for special education service(s).
- [X] Your child is eligible or continues to be eligible to receive special education services as a student with  LD
- [X] Your child will begin receiving  Specialized Instruction, Speech-Language  as a related service(s).
- [ ] Your child will no longer receive _____ as a related service(s).
- [ ] Your child's category of disability is being changed from _____ to _____
- [X] Your child's alternative placement on continuum (next setting) is being changed,
  from  General education classroom setting  to  Combination general education and resource classro
- [ ] Your child is no longer eligible and will be exited from the special education program.
- [ ] Other: _____

**Description and Explanation of agency action proposed or refused.**

The MDT met to review all of the documentation and the following setting was proposed for the student:  Combination  general education and resource classroom.

**Description of Other Options Considered and reasons for rejection of each option**

General education - student requires resource room in order to access  general education
Out of   eneral education- Documeentation demonstrates that student can access the  general curriculum in a comb. setting/part-time with non-disabled peers.

Other relevant factors to the decision-  none

MDT Members:
- [X] Principal or Designee
- [X] Parent
- [ ] Student
- [ ] Social Worker
- [X] General Education Teacher
- [X] Special Education Teacher
- [X] Speech and Language
- [X] *LEA & Interpreter (*may be one)
- [X] Psychologist
- [ ] Other: _____

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact  Ms. M. Henderson  at  202-6 5-3300  (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

DISTRICT OF COLUMBIA PUBLIC SCHOOLS                           01/28/2003
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)

Student T_____  F_____  DOB ___99: Age  7  Grade  01  ID  9079299

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

Student Hearing Office
D.C. Public Schools
825 North Capitol Street, N.E. 8th floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parent's Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

[X] **Wechsler Intelligence Scale for Children-III (WISC III)** – commonly employed individually administered test designed to measure the intelligence of individuals aged 6 1/2 to 16 1/2 years. Date of Report ____10/25/2002____

[ ] **Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R)** – measures specific mental abilities and processes in ages 4 1/2 to 6 1/2 years. Date of Report _____

[ ] **Wechsler Adult Intelligence Scale-III (WIAS III)** – an individually administered test designed to measure the intelligence of individuals ages 16 and over. Date of Report _____

[ ] **Bayley Scales of Infant Development-II** – an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age. Date of Report _____

[X] **Wechsler Individual Achievement Test (WIAT)** – a commonly used individually administered instrument designed to assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression. Date of Report ____10/25/2002____

[ ] **Peabody Individual Achievement Test-Revised (PIAT-R)** – an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics. Date of Report _____

[ ] **Kaufman Test of Educational Achievement (KTEA)** – an individually administered instrument measuring achievement skills in reading, decoding, mathematics applications, spelling, reading comprehension, and mathematics computation. Date of Report _____

[ ] **Woodcock-Johnson Psycho-Educational Battery** – a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests. Date of Report _____

[ ] **Bender Visual Motor Gestalt Test** – measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System. Date of Report _____

[X] **Developmental Test of Visual Motor Integration (VMI)** – assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format. Date of Report ____10/25/2002____

[ ] **Children's Apperception Test** – a projective story-telling technique for personality evaluation in ages 5 to 10 years. Date of Report _____

[ ] **Thematic Apperception Test** – a projective story-telling technique for personality evaluation in older children and adolescents. Date of Report _____

[ ] **House-Tree-Person** – a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents. Date of Report _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS                    01/28/2003
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)

Student T_____  F_____  DOB ___1995 Age __7__ Grade __01__ ID __9079299__

☐ **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
   Date of Report _____

☐ **Rorschach Psychodiagnostic Test** - a projective measure in which one's responses to inkblots reveal personality structure, ego strengths and reality testing in ages 3 and older. Date of Report _____

☐ **Goodenough-Harris Drawing Test** - a projective drawing procedure measuring intellectual perceptual-motor maturity and personality through the use of drawings of self and a member of the opposite sex in ages 3 to 15.11 years. Date of Report _____

☐ **Conner's Parent and Teacher Rating Scales** - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as reported by the child's teacher, parents, or alternate care-giver. Date of Report _____

☒ **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills. Date of Report __01/15/2003__

☒ **Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and weaknesses in language skills. Date of Report __11/18/2002__

☐ **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in four global areas : Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement. Date of Report _____

☐ **Preschool Language Scale** - measures auditory comprehension and verbal ability skills. Date of Report _____

☐ **Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.
   Date of Report _____

☐ **Clinical Evaluation of Language Fundamentals - III** - assesses the child's language functioning including processing and production.
   Date of Report _____

☒ **Expressive One Word Picture Vocabulary Test** - assesses the child's single word expressive vocabulary. Date of Report __12/09/2002__

☐ **Receptive One Word Picture Vocabulary Test** assesses the child's single word receptive vocabulary. Date of Report. _____

☐ **Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts. Date of Report _____

☐ **Peabody Picture Vocabulary Test-Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary.
   Date of Report _____

☐ **Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production.
   Date of Report _____

☒ **Classroom Observation** - assesses present functioning of the student within the classroom environment.

### Free or Low Cost Legal Services

Neighborhood Legal Services
701 4th Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

Neighborhood Legal Services
1213 Good Hope Road, S.E.
Washington, D.C. 20020
202-678-2000
Fax 202-889-3374

University Legal Services
300 I Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

The Children's Law Center Inc.
1050 Connecticut Avenue, N.W.
Suite 1200 Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

National Coalition for Students with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588
(fax) 703-267-6992

## DOCUMENTED LEVEL OF SERVICE
Complete and attach to MDT/IEP meeting notes

| School | Winston EC | Principal | Ms. Katie Jones | Special Education Coordinator | Ms. M. Henderson |
|---|---|---|---|---|---|

| Date | 01/27/2003 | Case Manager | Ms. Glenda Waters | Technical Support Supervisor | Ms. Carol Helton |
|---|---|---|---|---|---|

| Student | T▓▓▓ | F▓▓▓▓ | DOB ▓▓▓1995 | Age 7 | Grade 01 | ID# | SSN# |
|---|---|---|---|---|---|---|---|

Parent  Ms. Angelique Moore          Telephone (H) (202) 678-1893          (W)

Address: ▓▓▓▓▓▓▓
Street #   Street

SE
Quad   Apt. No.

Washington
City

DC   20020
State   Zip Code

REFERRAL SOURCE: (Check)  [X] 120 Day  [ ] Reeval.  [ ] HOD  [ ] SA  [ ] MA  [ ] Annual

[ ] Nonpublic  [ ] Residential  [ ] Citywide  [ ] Courts  [X] Local School  [ ] Other:

Previous least restrictive environment (LRE Setting):     General education classroom setting

---

## JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)

### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | | | |
|---|---|---|---|---|---|
| Allowance of extra 'think time' when awaiting oral response from student or expecting student to follow through with request | Current IEP | Yes [ ] | | No [X] |
| | Signatures of required participants (MDT notes) | Yes [X] | | | |
| | Intervention Behavior Plan | Yes [ ] | | | |
| | Copies of current class work and homework assignments: | Yes [X] | | | |
| | Medical Reports: | Yes [ ] | | No [X] |
| | Clinical Reports: | Yes [ ] | | No [X] |
| | Psychiatric Reports | Yes [ ] | | No [X] |
| | Medications: | Yes [ ] | | No [X] |
| | Attendance Record | Yes [X] | | | |
| | Copies of most recent evaluation(s) | Yes [X] | | | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| MDT  SEP meeting 10/21/2002 | none |

---

## 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | [ ] in general education classroom setting | [ ] general educators with consultation from special education staff | [ ] between 0% and 20% of service time |
| 2 | [X] combination general education and resource classroom | [X] combination of general educators, special educators and related service providers | [X] between 21% and 60% of service time |
| 3 | [ ] *out of general education classroom | [ ] special educators and related service providers | [ ] between 61% and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

### Check the level of need as indicated:
DIRECTIONS:

| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |
|---|---|

| 7. LEVEL OF NEED | | |
|---|---|---|
| [ ] LOW | [X] MODERATE | [ ] HIGH |

Attention: Technical Support Supervisor, Compliance Team

## DOCUMENTED LEVEL OF SERVICE
### Complete and attach to MDT/IEP meeting notes

| | | | | |
|---|---|---|---|---|
| School | Winston EC | Principal Ms. Katie Jones | Special Education Coordinator | Ms. M. Henderson |
| Date 01/7/2003 | Case Manager Ms. Glenda Waters | | Technical Support Supervisor | Ms. Carol Helton |
| Student T_____ R_____ | DOB ___1995 | Age 7 | Grade 01 | ID# | SSN# |
| Parent Ms. Angelique Moore | Telephone (H) (202) 678-1893 | (W) | | |
| Address: _____ Street # Street | SE Quad Apt. No. | Washington City | DC State | 20020 Zip Code |

REFERRAL SOURCE: (Check)   [X] 120 Day   [ ] Recval.   [ ] HOD   [ ] S.A.   [ ] MA   [ ] Annual

[ ] Nonpublic   [ ] Residential   [ ] Citywide   [ ] Courts   [X] Local School   [ ] Other:

Previous least restrictive environment (LRE Setting):   General education classroom setting

---

## JUSTIFICATION FOR SETTING CONSIDERATION
### (Submit TAT/MDT Documentation)
#### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | | |
|---|---|---|---|---|
| Allowance of extra 'think time' when awaiting oral response from student or expecting student to follow through with request | Current IEP | Yes [ ] | No [X] |
| | Signatures of required participants (MDT notes) | Yes [X] | |
| | Intervention Behavior Plan | Yes [ ] | |
| | Copies of current class work and homework assignments: | Yes [X] | |
| | Medical Reports: | Yes [ ] | No [X] |
| | Clinical Reports: | Yes [ ] | No [X] |
| | Psychiatric Reports | Yes [ ] | No [X] |
| | Medications: | Yes [ ] | No [X] |
| | Attendance Record | Yes [X] | |
| | Copies of most recent evaluation(s) | Yes [X] | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| MDT  SEP meeting 10/21/2002 | none |

---

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | [ ] in general education classroom setting | [ ] general educators with consultation from special education staff | [ ] between 0% and 20% of service time |
| 2 | [X] combination general education and resource classroom | [X] combination of general educators, special educators and related service providers | [X] between 21 % and 60% of service time |
| 3 | [ ] *out of general education classroom | [ ] special educators and related service providers | [ ] between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

### Check the level of need as indicated:
#### DIRECTIONS:

| | |
|---|---|
| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |

| 7. LEVEL OF NEED | | |
|---|---|---|
| [ ] LOW | [X] MODERATE | [ ] HIGH |

07-02-2001                                            Attention: Technical Support Supervisor, Compliance Team

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

**MDT**

MDT REFERRAL DATE: _____

STUDENT: ~~T████ F████~~    SCHOOL: Winston EC    DATE: 1/27/03

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Katherine Polk | Katherine Polk | Special Education Teacher |
| Angelique Moore | Angelique Moore | mother |
| Dolores Shackleford | Dolores Shackleford | C. Social Worker |
| Rhonda T. Grant | Rhonda T. Grant | Speech/Lang. Pathologist |
| Morretta Henderson | Marretta Henderson | Sp. Ed. Coordinator |
| Scheyrle R. Matthews | Schuyler R. Matthews | Teacher - 1st Grade |
| Teresa Erby | Teresa Erby | Psychologist |
| Doretha White | Dretha White | Counselor |

The purpose of this meeting is to review current evaluations and reports to determine student's eligibility for spec. ed. services. Introductions were done. Parents rights reviewed.

Social History completed by D. Shackleford 1/15/03 with mother. Family recently displaced - apartment bldg. living in was sold. Became homeless. Presently living with T████'s paternal aunt. Father employed - excellent Caretaker. Family has moved several times in recent years. Students attended several schools. T████ was retained in kindergarten. She was referred because mother was concerned about T████ difficulty completing classwork + homework assignments. No behavior concerns noted.

Speech & Language evals done by R. Grant on 11/18/02 + 12/9/02. TOLD P3: Picture Vocab. 05, Relational Vocab. 04; Oral Vocab. 02; Grammatic Understanding 06; Sentence Imitation 08; Grammatic Completion 08. Spoken language 69 = significantly below norm. EOWPVT: Standard score = 78. Suggestions given to mother to help increase vocabulary at home.

*page 2*

### DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.

### MULTIDISCIPLINARY TEAM
### (MDT)
### MEETING NOTES

MDT

MDT REFERRAL DATE: _____

STUDENT: ~~Tiffany F_____~~    SCHOOL: Winston E.C.    DATE: 1/27/03

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| | | |

Teacher report by S. Matthews, general ed. teacher. ~~T_____~~ is eager learner. Some progress noted since referral meeting but still not operating on 1st grade level. More success seen when teacher able to work with her one on one. Needs a lot of encouragement. Continues to have difficulty remembering vowel sounds - appears to have mastered beginning sounds. Improvement seen in her ability to copy from the board. letter formation appears age appropriate. ~~T_____~~, pays attention, tries hard and won't give up. She recognizes letters but often cannot recall them or read.

Psycho ed evaluated by T. Erby 10/25/02.

WISC III - PIQ 62    WIAT - Reading Comp 1:0
        VIQ 56        Reading Basic K:1
        FS 55        Math Reasoning < K:0
                 Num. Oper. < K:0
                 Spelling K:1

*page 3*

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**MEETING NOTES**

MDT REFERRAL DATE: _____

| | | |
|---|---|---|
| STUDENT: ▓▓▓▓▓▓ | SCHOOL: Winston EC | DATE: 1/27/03 |

PARTICIPANTS: (Print Name)          PARTICIPANTS: (Sign Name)          POSITION

VMI : SS=55 indicating delayed skill level.
Vineland had been requested because of low scores.
Mother asked about ▓▓▓▓ vision. She said it was tested
before school and no problems were found. While scores
are consistent w/ MR — improvement noted in class work/
performance recommends considering LD classification.
Vineland results reported by D. Shackleford.
▓▓▓▓ was low in all areas. Strengths noted in
written skills and coping skills. Disparity in
scores.
Team is recommending classification as Learning
Disability. The MDT concurs that ▓▓▓▓
is eligible for Special Education services.

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP  Page 1 of 4

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last ~~[redacted]~~  First ~~[redacted]~~  MI

Student ID 9079299  Soc. Sec. No. ~~[redacted]~~  Age: 8  Grade 02

Gender ☐ M ☒ F  Date of Birth ~~[redacted]~~ /95  Ethnic Group Black

Address

House No. ____ Street Name ____ Quadrant ____ Apartment #

Washington DC 20020
City  State  Zip Code

☐ Non-attending

Attending School Garfield ES  Home School Garfield ES

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS/

Parent Ms. Angelique Moore

Address of (if different from student):  ☒ Parent ☐ Guardian ☐ Surrogate

House No. ____ Street Name ____ Quad ____ Apt. No. ____ City ____ State ____ Zip Code ____

Telephone: Home ~~[redacted]~~  Work 202-561-8027

### II. CURRENT INFORMATION

Date of IEP Meeting: 1/16/04

Date of Last IEP Meeting: 1/27/03

Date of Most Recent Eligibility Decision: 1/27/03

Purpose of IEP Conference:
☐ Initial IEP      ☒ Review of IEP
☐ Requested Eval. ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: III

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
| ESY | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | Native Lang | Oral |
| Parent | English | English | English | Native Lang | Rdg./Written |
| Home | English | English | English | Native Lang | Instrument: |
| | | | | | Date: |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | | | FREQUENCY Hr./Min. D/W/M. | | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos. | |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | | 15 | 15 | Hrs | W | Special Ed Teacher | | 10 | mos |
| Speech and language | | 1 | 1 | Hr | W | S and L Therapist | | 10 | mos |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL | | | | Hours Per Week | | | | | |

## V. Disability(ies)

learning Disabled

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☒ 21-60%  ☐ 61-100%

Percent of time NOT in a Regular Education Setting 48%

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below:

| | |
|---|---|
| Brenda Stubbs | Brenda Stubbs SLP M.Ed |
| Jessica R Milton | Sp. Ed. Teacher |
| Angelique Moore | Angelique Moore mother |
| Nana Wooley | Nana Wooley Spec Ed Coord, LEA |
| Takoru P. Ogan-offer | Regular Ed. teacher |

I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature Angelique Moore  Date 1/16/04

| Student Name | T___ F___ | Managing School | Garfield ES | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9079299 | DOB | Attending School | Garfield ES | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:**

**Academic Areas:** (Evaluator) Teresa Erby

**Math Strengths:**
T___ is able to solve one step addition problems

**Impact of disability on educational performance in general education curriculum:**
T___ math skills are below grade level

**Reading Strengths:**
T___ reading skills are low average

**Impact of disability on educational performance in general education curriculum:**
T___ reading skills are below grade level

**Score(s) When Available**
Math Cal. GE = KO
Math Rea. GE = KO
See goal page:
Date: 1/27/03
Rdg. Com GE = 1.0
Rdg. Basic GE = K.1
Written Ex. GE = K.1
See goal page:
Date: 1/27/03

**Communication (Speech & Language)** (Evaluator) Rhonda Brant

**Strengths:**
Strengths were evident through testing in sentence, imitation and grammatic completion task. she also has age approp. articulation voice, fluency,

**Impact of disability on educational performance in general education curriculum:**
Weaknesses were revealed in oral vocabulary skills which impact upon listening, language organization skills

**Score(s) When Available**
Exp. Lang. Total Lang Quotient = 6
Rec. Lang.
Artic WNLS
Voice WNLS
Fluency WNLS
Exp. Voc. SS  70
Rec. Voc. Scale Score 05
See goal page:
Date: 12/09/02

**Motor/Health** (Evaluator) ___

**Strengths:** ___

**Impact of disability on educational performance in general education curriculum:**

**Score(s) /Results When Available**
___
___
See goal page:
Date:

**Social Emotional Behavioral Areas:** (Evaluator) ___

**Strengths:** ___

**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**
___
___
See goal page:
Date:

**Cognitive/Adaptive Behavior:** (Evaluator) T___ F___

**Strengths:**
T___ non-verbal abilities

**Impact of disability on educational performance in general education curriculum:**
T___ overall cognitive ability fell within the deficient range.

**Score(s) When Available**
VIQ = 56
PIQ = 62
FSIQ = 55
See goal page:
Date: 1/27/03

**Prevocational Skills:** (Evaluator) ___

**Strengths:** ___

**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**
___
___
See goal page:
Date:

| Student Name | ~~Tevv~~ | | | Managing School | Garfield ES | DCPS - IEP |
| Student ID Number | ~~(redacted)~~ | DOB | ~~(redacted)~~/95 | Attending School | Garfield ES | Page 4 of 4 |

**Additional Comments:**

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education?     Yes   (No)

Explanation for removal out of regular education classroom.

The student requires small structured environment to accommodate learning needs

## X. Supplementary Aids and Services
### Classroom Needs
(Do not name products or companies.)

| | SETTING | | | FREQUENCY | | PROVIDER | BEGINNING DATE |
| | GenEd | SpEd | Total | Hr./Min | D/W/M. | (by discipline) | (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:     None needed

Timing/Scheduling: Extended time, Breaks
Setting: Small group instruction, preferential seating
Presentation: Read directions aloud, repeated directions
Response:
Equipment:

## XI. STATE AND DISTRICT ASSESSMENTS:

Level I   Tested with non-disabled peers under standard conditions without accommodations.

(Level III)  (Describe non-standard conditions for level III)
Tested under non-uniform conditions with permissible accommodations

Level V   Portfolio:

Level II   (Describe accommodations for level II)
Tested under standard conditions with special accommodations.

Level IV   (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

(Reading)                    Physical/Sensory              Transition                    Modifications:
(Mathematics)                Social Emotional              Vocational                    Language Arts/English
(Written Expression)         Physical Development          Independent Living            Social Sciences
Other:                                                     (Speech/Language)             Biological & Physical Sciences
None                                                                                     Fine Arts
        Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In General Ed. Classroom | Rejected | Continued School failure |
| Out of General Ed. Classroom | Rejected | Impact of Self-Esteem |
| Combination Setting | Accepted | Time away from non-disabled peers |

Modification(s)/Accommodation(s) to address the harmful effects:

Student requires specialized instruction to remediate learning deficits

Location for Services   Garfield ES

District of Columbia Public Schools     07-02-2001     Division of Special Education     Appendix - A     IEP Page 4 of 4     118

| Student Name | | Managing School | Garfield ES | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | DOB | Attending School | Garfield ES | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: | Goal Number: |
|---|---|---|

Area addressed by goal: _Academic Area - Reading_

**ANNUAL GOAL: (including mastery criteria.)**

> · Student will demonstrate 6 months to 1 year growth in the academic area of Reading by mastering short-term goals with 80% accuracy

Provider(s): Special Ed. Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will recognize and produce consonant letter sounds at the beginning and ending of words w/ 80% accuracy | | Monthly |
| Student will recognize and produce long and short vowel sounds w/ 80% accuracy | | Monthly |
| Student will learn five site words from the Dolch pre primer list w/ 80% accuracy | | Monthly |
| Student will write letters of the alphabet upon command w/ 80% accuracy | | Monthly |
| Student will answer comprehension questions orally in class w/ 80% accuracy | | Monthly |
| Student will orally summarize stories read aloud by the teacher w/ 80% accuracy | | Monthly |

**EVALUATION PROCEDURE(S)**

(Portfolio)  Log  Chart  Test  (Documented Observation)  (Report)  Other _____

| Student Name | ~~Tiffany Franklin~~ | Managing School | Garfield ES | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | ~~00000~~ | DOB ~~/95~~  Attending School | Garfield ES | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:    Goal Number: [ ]

Area addressed by goal: _Academic Area – Mathematics_

ANNUAL GOAL: (including mastery criteria.)

Student will demonstrate 6 months growth to 1 years growth in the Academic Area of Mathematics with 80% accuracy

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| The student will understand the concept of addition and subtraction with 80% accuracy | | Monthly |
| The student will count rote to 50 with 80% accuracy | | Monthly |
| The student will complete one step addition and subtraction problems with 80% accuracy. | | Monthly |
| The student will tell time to the whole hour 80% accuracy | | Monthly |
| The student will recognize and write numbers 1 – 50 with 80% accuracy | | Monthly |
| | | |
| | | |

EVALUATION PROCEDURE(S)

(Portfolio)    Log    Chart    Test    (Documented Observation)    (Report)    Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

120

| Student Name | ~~[redacted]~~ | | Managing School | *Garfield* | | DCPS - IEP |
| Student ID Number | ~~[redacted]~~ | DOB | ~~[redacted]~~ 95 | Attending School | *Garfield* | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**     Additional Comments:                     Goal Number: [ ]

Area addressed by goal: *Communication*

**ANNUAL GOAL:** (including mastery criteria.)

*Increase vocabulary by 80% and improve receptive and expressive language skills by 80% accuracy*

Provider(s): *Speech Pathologist*

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| [redacted] will: | | |
| * demonstrate rhyming skills (supply rhyming word in known nursery rhyme, generate rhyming words, match rhyming words the) | | *monthly* |
| * demonstrate phonemic awareness at the word level (sort pictures by beginning sound, identify which of four words does not begin with the same sound as the others) | | *monthly* |
| * demonstrate segmentation skills (ie. tap out syllables, of familiar nursery rhymes etc.) | | *monthly* |
| * isolate (orally) words and phonemes | | *monthly* |
| * identify and use words that name objects | | *monthly* |
| * identify and use words that name actions | | *monthly* |
| * identify and use words that describe objects (adverbs, adjectives) | | |

**EVALUATION PROCEDURE(S)**

Portfolio      Log      Chart      Test      (Documented Observation)      Report      Other _____

**DOCUMENTED LEVEL OF SERVICE (PERM)**
Complete and attach to MDT/IEP meeting notes

School Garfield E.S.    Principal Viola Smith    Special Education Coordinator Woolery
Date 1/16/03 Case Manager Jessica K. Milton    Technical Support Supervisor
Student _____ DOB __/__/95 Age 8 Grade 2 ID# 907929 SSN#
Parent Angelique Moore    Telephone (H)    (W)
Address: _____ Washington DC 20020
REFERRAL SOURCE: (Check)  ☐ 120 Day  ☐ Reeval.  ☐ HOD  ☐ SA  ☐ MA
☐ Nonpublic  ☐ Residential  ☐ Citywide  ☐ Courts  ☒ Local School  ☐ Other:
Previous least restrictive environment (LRE Setting):

**JUSTIFICATION FOR SETTING CONSIDERATION**
(Submit TAT/MDT Documentation)
SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| Extended Time | Current IEP | Yes ☒ | No ☐ |
| Small group Instructions | Signatures of required participants (MDT notes) | Yes ☒ | |
| | Intervention Behavior Plan | Yes ☐ | |
| | Copies of current class work and homework assignments: | Yes ☒ | |
| | Medical Reports: | Yes ☐ | No ☒ |
| | Clinical Reports: | Yes ☐ | No ☒ |
| | Psychiatric Reports | Yes ☐ | No ☒ |
| | Medications: | Yes ☐ | No ☒ |
| | Attendance Record | Yes ☒ | |
| | Copies of most recent evaluation(s) | Yes ☒ | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| See MDT Note | None |

**6. CURRENT SETTING CONSIDERATIONS**

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☒ combination general education and resource classroom | ☒ combination of general educators, special educators and related service providers | ☒ between 21% and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61% and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

Check the level of need as indicated:
DIRECTIONS:

| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |
|---|---|

**7. LEVEL OF NEED**

| ☐ LOW | ☒ MODERATE | ☐ HIGH |
|---|---|---|

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT ~~Tiffany~~ ~~Franklin~~          SCHOOL Garfield ES   DATE: 1/16/04

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Angelique moore | Angelique Moore | mother |
| Mana Woolery | Mana Woolery | Spy Ed Coord, LEA |
| Brenda Stubbs | Brenda Stubbs | Speech Pathologist |
| Jessica R Miller | | Sp. Ed. Teacher |
| Nakoru P. Ogan-offor | | Regular Ed 2nd grade teacher. |
| | | |
| | | |
| | | |
| | | |

The MDT determined that ~~Tiffany~~ continues to
meet the criteria for special education Services,
She will receive the following services in efforts
to meet her academic needs.

Specialized Instructions 15
Writing, Reading, and Written Expression

Related Services: Speech Therapy 1 Hr Weekly

Setting: Combination General Education ₃ Resource (Classroom)

Location Garfield ES

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION   IEP MEETING NOTES

123

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT REFERRAL DATE: _____

MEETING DATE: 1/16/04

STUDENT: T____ F____

SCHOOL: Garfield ES

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Dakoru P. Ogan-Offor | A.P.Offor | 2nd Grade classroom teacher. |
| Brenda Stubbs | Brenda Stubbs | Special Pathologist |
| Maria Woolery | Maria Woolery | Spec. Ed Coord, LEA |
| Angelique Moore | Angelique Moore | mother |
| Jessica R. Milton | J.R. to M. | Special Ed Teacher |
|  |  |  |
|  |  |  |
|  |  |  |

This annual meeting is being held to determine
if T____ continues to require specialized instructions
and related services. The parent was provided
a procedural manual and explained it's content. She
Signed a receipt acknowledging that this information
was provided.

T____ was transferred from Winston the beginning
of this school year. The MDT determined that she
meets the criteria of LD.

THE PARENT ☑ IS PRESENT ☐ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT_____

☐ CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____      MULTIDISCIPLINARY TEAM (MDT)      Page: _____ of ___
CONTINUATION MEETING NOTES
MEETING TYPE: __MDT/Annual__

STUDENT: T█████ F███████    SCHOOL: Garfield E    DATE: 1/16/04

Parent

The DCPS staff voiced concerns about the disability received while at Winston. Her score reflect mildly deficient, thus we contacted Winston to obtain the MDT which reflect the discussion at the meeting.

The parent revealed that she had concerns regarding T█████ problems. She brought up MR in the meet but the team determined LD.

Special education teacher, Ms. Milton, has noticed low functioning in all areas. She day dreams and demonstrates poor receptive and expressive skills. The regular education teacher concurs. Ms. Milton added that she is functioning at an intellectual deficient range. Ms. Milton added that it is important that we get the correct disability so that correct services can be offered.

Regular Ed Teacher

Ms. Offor express concern regarding T█████ academic abilities. Ms. Offor stated that T██ can not understand the simplest directions. In math she is functioning at the Kindergarten level. In reading, T█████ can not/has not been graded. When it comes to writing, T█████ will not try. She becomes frustrated thus, Ms. Offor has encouraged

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____      MULTIDISCIPLINARY TEAM (MDT)      Page: _____ of ___
                                       CONTINUATION MEETING NOTES
                                       MEETING TYPE: MDT/Annual

STUDENT: T_____ F_____    SCHOOL: Garfield ES    DATE: 1/16/04

Special Education Teacher

T_____

   Reading— She avoids reading. She is unable
        to identify beginning sounds and
        lacks phonic skills

Writing— T_____ is experiencing problems writing.
      She takes a long time transferring information
      onto her paper from the board. Her words
      are spaced out and sometimes off the line,
      and she does not write what she sees.

Math    T_____ is performing below grade level in
        the area of math. She continues to
        require help with processing

The MDT determined that T_____ continues to
meet the criteria for special education services
with DCPS.

The MDT further suggests that T_____ received
cognitive and academic testing to R/O MR.

The MDT will also refer T_____ for an OT
eval to R/O any problems in this area.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____     MULTIDISCIPLINARY TEAM (MDT)     Page: _____ of ___
                                    CONTINUATION MEETING NOTES
                                    MEETING TYPE: __MDT/Annual__

STUDENT: ~~T▓▓▓▓ F▓▓▓▓▓~~    SCHOOL: __Garfield Es__    DATE: __1/19/04__

T▓▓▓▓'s progress in language therapy has been
minimal she has a wonderful spirit but
does not focus or remember many new
skills. She should receive language therapy
once weekly for 60 minute intervals in small
group sessions. Benda Smiles SLP/M.Ed

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)
PRIOR NOTICE

**Check Purpose:**
- [ ] Initial Evaluation
- [ ] Initial Placement
- [ ] Reevaluation
  - [ ] Change in Category Exit
  - [ ] Related Service Add
  - [ ] Related Service
  - [ ] Change in Placement
  - [✓] Other  Annual

Date  1/16/04

Student  T███ F█████          DOB  ███ 95

School  Garfield ES

Current Disability Category  Learning Disabled

Setting  Combination General Education & Resource Classroom

Dear  Ms. Moore

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
- [✓] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Other _____

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)
- [ ] Your child is not eligible for special education service(s).
- [ ] Your child is eligible or continues to be eligible to receive special education services as a student with  Learning Disability
- [✓] Your child will begin receiving  Speech/Language Therapy  as a related service(s).
- [ ] Your child will no longer receive _____ as a related service(s).
- [ ] Your child's category of disability is being changed from _____ to _____
- [ ] Your child's alternative placement on continuum (next setting) is being changed.
      from _____ to _____
- [ ] Your child is no longer eligible and will be exited from the special education program.
- [ ] Other: _____

**Description and Explanation of agency action proposed or refused.**

The MDT determined that T█████ would benefit from a Combination general education & Resource classroom.

**Description of Other Options Considered and reasons for rejection of each option**

The MDT denied out of general education and out of neighborhood school, as neither meets the academic needs of T█████

Other relevant factors to the decision- _____

MDT Members:
- [X] Principal or Designee
- [X] Parent
- [ ] Student
- [ ] Social Worker
- [X] General Education Teacher
- [X] Special Education Teacher
- [X] Speech and Language
- [ ] *LEA & Interpreter (*may be one)
- [ ] Psychologist
- [ ] Other: _____

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact  Mana Wokery  at  698-1600  (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

128

MDT Prior Written Notice to the Parent
07-02-2001

INTENT Page 1

**DISTRICT
OF
COLUMBIA
PUBLIC
SCHOOLS**

**NOTICE TO PARENT OF INTENT TO EVALUATE/REEVALUATE**

Date: Ms. Moore

To Ms. Moore
3321 22nd St SE
WDC 20020
Telephone: (H) 2002 678-1893

Ref _____
DOB _____95
ID # 90 79299
(W) 202-561-8027

Dear Ms. Moor

The District of Columbia Public Schools is requesting that _____ be available for
testing for the following tests, on the indicated date, at the school.

| ASSESSMENT | ASSESSOR | TEST INSTRUMENT | TEST DATE ASSIGNED | ADMINISTERED |
|---|---|---|---|---|
| ☒ Psychological | Chandrai Jackson | | | |
| ☐ Speech/Language | | | | |
| ☐ Social History | | | | |
| ☐ Audiological | | | | |
| ☐ Vision Screening | | | | |
| ☐ Medical | | | | |
| ☒ Educational | Jessica Hilton | K-TEA | 1/16/04 | |
| ☐ Hearing Screening | | | | |
| ☐ Other | Other: | Other: | Other: | |

**LIST OF TESTS WITH DESCRIPTIONS**

☐ **Bayley Scales of Infant Development-II** - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age.
☐ **Bender Visual Motor Gestalt Test** - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System.
☐ **Children's Apperception Test** - a projective story-telling technique for personality evaluation in ages 5 to 10 years.
☐ **Clinical Evaluation of Language Functions - III** - assesses the child's language functioning including processing and production.
☐ **Conner's Parent and Teacher Rating Scales** - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as reported by the child's teacher, parents, or alternate caregiver.
☐ **Developmental Test of Visual Motor Integration (VMI)** - assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format.
☐ **Expressive One Word Picture Vocabulary Test** - assesses the child's single word expressive vocabulary.
☐ **Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production.
☐ **Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts.

Parent's Signature Angelique Moore

## NOTICE TO PARENT OF INTENT TO EVALUATE/REEVALUATE    | INTENT Page 2 |

Student ~~████ F████~~    DOB ~~████~~ 95  Age 8  Grade 2  ID 9079299

- ☐ **Goodenough-Harris Drawing Test** - a projective drawing procedure measuring intellectual perceptual-motor maturity and personality through the use of drawings of self and a member of the opposite sex in ages 3 to 15. 11 years.
- ☐ **House-Tree-Person** - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents.
- ☐ **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in four global areas: Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement.
- ☑ **Kaufman Test of Educational Achievement (KTEA)** - an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation.
- ☐ **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
- ☐ **Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.
- ☐ **Peabody Individual Achievement Test-Revised (PIAT-R)** - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics.
- ☐ **Peabody Picture Vocabulary Test-Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary.
- ☐ **Preschool Language Scale** - measures auditory comprehension and verbal ability skills.
- ☐ **Receptive One Word Picture Vocabulary Test** - assesses the child's single word receptive vocabulary.
- ☐ **Rorschach Psychodiagnostic Test** - a projective measure y which one's responses to inkblots reveal personality structure, ego strengths and reality testing in ages 3 and older.
- ☐ **Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and weaknesses in language skills.
- ☐ **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills.
- ☐ **Thematic Appereception Test** - a projective story-telling technique for personality evaluation in older children and adolescents.
- ☐ **Wechsler Adult Intelligence Scale-III (WIAS III)** - an individually administered test designed to measure the intelligence of individuals ages 16 and over.
- ☐ **Wechsler Individual Achievement Test (WIAT)** - a commonly used individually administered instrument designed assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression.
- ☐ **Wechsler Intelligence Scale for Children-III (WISC III)** - commonly employed individually administered test designed to measure the intelligence of individuals ages 6 1/2 to 16 1/2 years.
- ☐ **Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R)** - measures specific mental abilities and processes in ages 4 1/2 to 6 1/2 years.
- ☐ **Woodcock-Johnson Psycho-Educational Battery** - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests.
- ☐ **Classroom Observation** - assesses present functioning of the student within the classroom environment.

☐ **List other tests with descriptions:**

Other factors that are relevant to be included:

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    APPENDIX-A    130

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MDT

### CONSENT FOR EVALUATION - INITIAL OR REEVALUATION
(*CHECK ONE ONLY - INITIAL OR REEVALUATION)

**I.    INITIAL EVALUATION CONSENT** ☐

As a result of the review of the screening information at the MDT meeting on _____
it was determined in a MDT meeting that your child, _____
is in need of a full and individual evaluation to assist us in developing the most appropriate educational program. You have been provided a copy of the "Procedural Safeguards - Parental Rights" booklet. We would like to remind you at this time that:

- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide an appropriate program and may be required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) in Section 111.

**II.    REEVALUATION** ☑

The MDT received the following request for a reevaluation for ~~T████ F██████~~ _____
by /for a:    ☑ parent request        ☒ teacher request        ☐ 3 year reevaluation

The MDT will collect supportive documentation in the area of the disability to determine the need for continued special education and related services. The school is required to only evaluate in those areas of documented need or consensus of the MDT (parent is a member of team). Parents have the right to request assessments to determine if the child continues to be a child with a disability. DCPS may reevaluate your child, without your consent, if the school district can demonstrate that it has taken reasonable steps to get parental consent and the parent has not responded.

- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide a Free Appropriate Public Education program and may be required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) on the student evaluation plan (SEP)

**III.** I give permission for District of Columbia Public Schools to proceed with the evaluation(s) based on the Student Evaluation Plan (attached ) for my child, ~~T████ F██████~~

Within a reasonable period of time days after completion of the evaluation, we will hold another MDT meeting (to which you will be invited) to determine if your child is eligible for special education and related services. The written reports of all procedures administered will be provided to you at that meeting, along with explanations and interpretations. We will use this information to determine an appropriate program for your child. If records are to be obtained/released as part of this evaluation, the "Consent for Release of Records" form is completed and attached.

If you have questions or concerns at any time during the evaluation process, feel free to contact me at ~~698-1600~~ _____ (telephone number).

☐ INITIAL EVALUATION                    ☑ REEVALUATION

**Parent Response Section:**

☐ I agree to the proposed evaluation(s)        ☐ I do NOT agree to the proposed evaluation(s)

_Angelique Moore_ _____        _1/16/04_ _____
Parent/Guardian Signature                    Date

DCPS        DIVISION OF SPECIAL EDUCATION        07-02-2001        MDT - CONSENT FOR EVALUATION        APPENDIX - A        131

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
825 North Capital Street, N.E., 6th Floor
Washington, D.C.  20002-4232


Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT


I, __Angelique Moore_____, received a copy of *A Procedural*
 (Parent/Guardian Name)

*Manual for Parents* from __Marra Wooley__ /Title _Spec. Ed Coordinator_
 (Person Issuing Document)

at __Garfield ES_____.
 (School)


__1 , 16 , 04__.
 (Date)


__Angelique Moore__
 Parent/Guardian Signature


**(This receipt is to remain in a designated file in the school.)**

*16*     132

**District of Columbia Public
Schools Division of Special
Education Washington, D.C.**

## NEW ADDENDUM MEETING PAGE
Attach to the IEP and check the box on page one.

Student Name ████████████    DOB ████95    DATE 3/24/04

Student ID Number _____    School Garfield ES

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Anse Isore Moore | Angelique Moore | Moscher |
| Maria Wooley | Maria Wooley | Spec Ed Coord, DFA, Desgn |
| Jessica R. Miller | R. Pefer M | Sp. Ed. Teacher |
| Dakory Ogan- Offor | P. Offor | Classroom teacher. |

**INSTRUCTIONS:** Use this addendum, in an IEP/MDT meeting, when changing levels of services on an IEP section or part. Discipline service providers must participate in the meeting. Attach addendum to the IEP and check the appropriate box on page one.

**Purpose of this meeting is to:**

To include Extend School Year (ESY) services to current I.E.P.

### SERVICES TO BE ADDED TO THE IEP

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr/Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | wks/mos | DATE ADDED mm/dd/yyyy |
|---|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | 15 | 15 | | Hr | W | Spec. Ed Teacher | 04 16 03 | 10 | mos | 3/24/04 |
| Speech Therapy | 1 | 1 | | Hr | W | Speech Therapy | 04 16 03 | 10 | mos | 3/24/04 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| TOTAL | | | | Hours Per Week | | | | | | |

CURRENT IEP : Percent of time in Special Services
  0-20%        21-60%        61-100%

THIS ADDENDUM : Percent of time in Special Services
  0-20%        21-60%        61-100%

**Describe:**

The MDT determined that T███████ would benefit from ESY services.

PARENT SIGNATURE FOR ADDITION(S) APPROVAL: Angelique Moore  DATE: 3/24/04

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**CONFIRMATION OF MEETING NOTICE**

Date: 3/24/04

Aadigue Moore
**Parent / Guardian Name**

**Street # Street**                     **Quad   Apt No.**

Washington DC 20020
**City**                        **State  Zip Code**

RE: ~~Th████ F████████~~

SCHOOL: Garfeild

ID NO. 909439█

DOB: ████████96

Dear Ms Moore

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. Your child's meeting is scheduled as follows:

Date: 4/14/04   Time: 10:00   Place/Location: Garfield ES
2435 Alabama Ave SE
WDC 20020

The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Invited participants are listed under MDT members.

**\*The purpose of this meeting is to:**

[X] develop/review IEP(including consideration of extended school year (ESY) services

[ ] \*\*review evaluation or reevaluation information

[X] develop the student evaluation plan (SEP)

[ ] discuss documented levels of service

[ ] \*\*review records to support the completion of services as follows:

[ ] Graduated   [ ] Completed Services   [ ] Aged Out   [ ] Transferred Out of District   [ ] Dropped Out

[ ] Other: _____

**\*\*Placement will be discussed.**

[ ] discuss placement

[ ] determine manifestation

[ ] discuss eligibility

[ ] \*\*discuss CompEd

[ ] \*consider transition services needs

[ ] discuss quarterly review

[ ] behavior plan review

MDT Members:   [X] Principal or Designee   [X] General Education Teacher   [ ] Psychologist

[X] Parent   [ ] Special Education Teacher   [ ] Other: _____

[ ] LEA Representative   [ ] Speech and Language   _____

[ ] Student   [ ] Social Worker   _____

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

\* _____   \* _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact Mona Woolery at 698-teol (school telephone number).

Sincerely,

134

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____       MULTIDISCIPLINARY TEAM (MDT)          Page: _____ of ___
                                        CONTINUATION MEETING NOTES
                                        MEETING TYPE: MDT

STUDENT: ████ F████     SCHOOL: Garfield ES          DATE: 3/24/04

Special Education teacher revealed that T█████
Would benefit from ESY Services as she has
experiencing problems recouping following
interruptions in the school program. Ms. Melton,
the parent and other MDT members agree
with this plan.

**District of Columbia Public Schools**
**Division of Special Education**

## IEP ADDENDUM FOR ESY SERVICES

Student Name: ▮▮▮▮ F▮▮▮▮ Initial _____ Date of Birth: ▮▮▮▮ /9 5

Gender: ☐ Male ☒ Female                    Grade 2

School: Garfield E.S.                Date IEP Written 1/16/04

**Checklist:**

|  |  | Yes | No |
|---|---|---|---|
| 1. | IEP is appropriate and reasonable for student | ☒ | ☐ |
| 2. | All or most IEP goals and objective are being achieved | ☐ | ☒ |
| 3. | Severity of student's disability requires individualized programming in areas of : | ☒ | ☐ |

- Self sufficiency and independence from caretaker or
- Written Expression, Reading, Math

|  |  | Yes | No |
|---|---|---|---|
| 4. | Student record shows serious regression following interruptions in the school program. | ☒ | ☐ |
| 5. | Student record shows inability to recoup skills a reasonable time following regression. | ☒ | ☐ |
| 6. | Student has critical need for continuity in programming to facilitate achieving educational benefit from her or his education program. | ☒ | ☐ |
| 7. | Transportation services needed | ☐ | ☒ |

**Determination**

After review the IEP team RECOMMENDS the provision of an extended school year program for the above student.    ☒ ☐

**Reason**

The student shows regression in skills learned following interruptions in the school program and the student doesnot demonstrate recouping skills ability in a reasonable time.

IEP Attachment - D
ESY Services
Page 2 of 2

## Special Education Goal and Objective for ESY

Goals and objectives from the IEP which are to be specifically addressed during ESY are:

| Annual Goal(s) | Skills Area(s) |
|---|---|
| The student will recognize and produce consonant letter sounds at the beginning/ending of words with 80% accuracy | Reading |
| The student will learn Dolch words on the preprimer Word list with 80% accuracy | Reading |
| The student will tell time to the whole hour with 80% accuracy | Mathematics |
| The student will write weekly spelling words from the stimulus board w/ 80% accuracy | Writing |

| Special Education Services for ESY | | RELATED SERVICES | | | | |
|---|---|---|---|---|---|---|
| Skills Area(s) | *Setting | Time to be Provided | | | Projected Date of Initiation | Number of Weeks |
| | | Amount | Unit ( Hours/ Mins ) | Period ( D/ W/ M.) | | |
| Specialized Instruction | B | 15 | hrs | Week | 6-28-04 | 4 |
| Speech & Language | B | 1 | hr | Week | 6-28-04 | 4 |

* Setting : A - Full Time General Education; B - Combo. General Education / Resources Classroom ; C - Out of Regular Education

| ESY Least Restrictive Environment (LRE) | | |
|---|---|---|
| ☑ Placement as in regular school year | | |
| ☐ Placement different from regular school year | Hours/Week | |

**Placement**
Specify placement (setting and alternate) of ESY service:


Explain why options selected above are the most appropriate and the least restrictive.


Describe any other options considered, and provide reasons those options rejected.


| Parent Name | Date | Signature |
|---|---|---|
| Angelique Moore | 3/24/04 | Angelique Moore |

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
825 North Capital Street, N.E., 6th Floor
Washington, D.C. 20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT

I, __Angelique Moore_____, received a copy of *A Procedural*
(Parent/Guardian Name)

*Manual for Parents* from __Marta Wooley__ /Title __Spec. Ed. Coord, LEA, Designee__
(Person Issuing Document)

at __Garfield_____.
(School)

__3__,__24__,__04__.
(Date)

__Angelique Moore__
Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)

16

138