**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP  Page 1 of 4

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last ▓▓▓  First ▓▓▓  MI

Student ID 9079299  Soc. Sec. No. ▓▓▓  Age: 8  Grade 2

Gender ☐ M ☒ F  Date of Birth ▓▓95  Ethnic Group Black

Address ▓▓▓

House No.   Street Name   Quadrant   Apartment #

Washington, DC  20020
City   State   Zip Code

☐ Non-attending

Attending School Garfield E.S.   Home School Garfield E.S.

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS

Parent Angelique, Moore

Address of (if different from student):   ☒ Parent ☐ Guardian ☐ Surrogate

House No.   Street Name 249-3218 Apt. No.  City   State  Zip Code
Telephone: Home (202) 678-1893  Work

### II. CURRENT INFORMATION

Date of IEP Meeting: 6/14/04
Date of Last IEP Meeting: 1/16/04
Date of Most Recent Eligibility Decision: 6/14/04

Purpose of IEP Conference:
☐ Initial IEP   ☐ Review of IEP
☒ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: III

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | | TRANSPORTATION |
|---|---|---|
| ☒ ESY | | TRANSITION |

| III. LANGUAGE | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | Native Lang | Oral |
| Parent | English | English | English | Native Lang | Rdg./Written  Instrument: N/A |
| Home | English | English | English | Native Lang | Date: |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | D/W/M | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos. |
|---|---|---|---|---|---|---|---|---|
| Special Ed. Instruction | 20 | 20 | | Hr. | W | Special Ed Teacher | 6/15/04 | 10 mos. |
| Speech/Language Therapy | 1 | 1 | | Hr. | W | Speech Pathologist | 6/15/04 | 10 mos. |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | 21 | 21 | | Hours Per Week | | | | |

**V. Disability(ies)** Mental Retardation

Percent of time in Specialized Instruction and Related Services
☐ 0-20% ☐ 21-60% ☒ 61-100%

☐ (Check if setting is general Ed.)   Percent of time NOT in a Regular Education Setting 64%

## VI. IEP TEAM (Participants in the development of the IEP)
Print and sign your name below.

| | |
|---|---|
| Angelique Moore  Angelique Moore | mother |
| DaKoru P. Ogan-Offor | Para-Classroom Teacher |
| Jessica R. Milton  Sp. Ed. Teacher | |
| Chendra Fuster Sauder (Chendra) Fuster, ? | |
| Glenda Stubbs  Glenda Stubbs  Speech Pathologist | |
| Nama Woolery  Spec. Ed. Coord, LEA, Designee | |

I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.
Parent/Guardian Signature Angelique Moore   Date 6/14/04

District of Columbia Public Schools  07-02-2001   Division of Special Education   Appendix - A   IEP Page 1 of 4

139

| Student Name: I___ F___ | Managing School: Garfield E.S. | DCPS - IEP Page 2 of 4 |
| Student ID Number: 9079299    DOB: ___/95 | Attending School: Garfield E.S. | |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:**

**Academic Areas: (Evaluator)** A# T. Beason (reviewed by Chandler John)

reading

**Math Strengths:**
Th___ is able to identifying letters in isolation, inter words with similar beginning consonants, identify some letters sounds in isolate

**Impact of disability on educational performance in general education curriculum:**
She is unable to properly decode or phonetically analyze a word for production.

math

**Reading Strengths:**
She is able to correctly solve simple addition equation and use whole numbers to denote quantities

**Impact of disability on educational performance in general education curriculum:**
She is unable to solve basic addition and subtraction equation requiring regrouping.

**Communication (Speech & Language) (Evaluator)**
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Motor/Health (Evaluator)**
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Social Emotional Behavioral Areas: (Evaluator)** Maria Woolery
**Strengths:**
___ interpersonal relationship score were adequate despite moderately low coping skills.

**Impact of disability on educational performance in general education curriculum:**
T___ low scores suggest that a change in disability would have an impact on her educational performance

**Cognitive/Adaptive Behavior: (Evaluator)** T. Beason (reviewed by Chandler John)
**Strengths:**
Student shows a desire to learn best

**Impact of disability on educational performance in general education curriculum:**
Her communication, social/daily living/socialization skills are significantly impaired.

**Prevocational Skills: (Evaluator)**
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

### Score(s) When Available

| | | |
| Math Cal. | 85 | G8 |
| | 97 | 1.5 |
| Math Rea. | 58 | K.3 |
| See goal page: | | |
| Date: | 4/30/04 | |
| Rdg. Com | DNA | |
| Rdg. Basic | 58 | K.6 |
| Written Ex. | 57 | K.3 |
| See goal page: | | |
| Date: | 4/30/04 | |

### Score(s) When Available

| Exp.Lang. | |
| Rec- Lang. | |
| Artic | |
| Voice | |
| Fluency | |
| Exp. Voc. | |
| Rec. Voc. | |
| See goal page: | |
| Date: | |

### Score(s) /Results When Available

| | |
| See goal page: | ≉ |
| Date: | |

### Score(s) When Available

| Communication | SS=42 |
| D.L. Skills | S=60 |
| Socialization | SS= 65 |
| See goal page: | |
| Date: | 6/3/04 |

### Score(s) When Available
WASI

| VIQ | 67 |
| PIQ | 75 |
| FSIQ | 68 |
| See goal page: | |
| Date: | |

### Score(s) When Available

| | |
| See goal page: | |
| Date: | |

| Student Name | T████ F████ | Managing School | Garfield ES | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | ████ | DOB ██/██/95 | Attending School Garfield ES | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:    Goal Number: [ ]

Area addressed by goal: **Academic Area - Reading**

**ANNUAL GOAL:** (including mastery criteria.)

. Student will demonstrate 6 months to 1 year growth in the academic area of Reading by mastering short-term goals with 80% accuracy

Provider(s): **Special Ed. Teacher**

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will recognize and produce consonant letter sounds at the beginning and ending of words w/ 80% accuracy | | Monthly |
| Student will recognize and produce long and short vowel sounds w/ 80% accuracy | | Monthly |
| Student will learn five site words from the Dolch pre primer list w/ 80% accuracy | | Monthly |
| Student will write letters of the alphabet upon command w/ 80% accuracy | | Monthly |
| Student will answer comprehension questions orally in class w/ 80% accuracy | | Monthly |
| Student will orally summarize stories read aloud by the teacher w/ 80% accuracy | | Monthly |

**EVALUATION PROCEDURE(S)**

(Portfolio)    Log    Chart    Test    (Documented Observation)    (Report)    Other _____

| Student Name | ▓▓▓▓▓ | Managing School | Garfield ES | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 008 ▓▓95 | Attending School | Garfield ES | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: | | Goal Number: |
|---|---|---|---|

Area addressed by goal: **Academic Area - Mathematics**

**ANNUAL GOAL:** (including mastery criteria.)

Student will demonstrate 6 months growth to 1 years growth in the Academic Area of Mathematics with 80% accuracy

Provider(s): **Special Education Teacher**

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| The student will understand the concept of addition and subtraction with 80% accuracy | | Monthly |
| The student will count rote to 50 with 80% accuracy | | Monthly |
| The student will complete one step addition and subtraction problems with 80% accuracy. | | Monthly |
| The student will tell time to the whole hour 80% accuracy | | Monthly |
| The student will recognize and write numbers 1-50 with 80% accuracy | | Monthly |
| | | |

| EVALUATION PROCEDURE(S) | | | | | | | |
|---|---|---|---|---|---|---|---|
| (Portfolio) | Log | Chart | Test | (Documented Observation) | (Report) | Other _____ | |

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

142

| Student Name | ▓▓▓▓▓▓▓▓ | Managing School | *Garfield* | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | ▓▓▓▓ DOB ▓▓ /95 | Attending School | *Garfield* | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments:                    Goal Number: [  ]

Area addressed by goal: *Communication*

ANNUAL GOAL: (including mastery criteria.)

*Increase vocabulary by 80% and improve receptive and expressive language skills by 80% accuracy*

Provider(s): *Speech Pathologist*

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ▓▓▓ will: | | |
| *demonstrate rhyming skills (supply rhyming word in known nursery rhyme, generate rhyming words, match rhyming words, etc)* | | *monthly* |
| *demonstrate phonemic awareness, at the word level. (sort pictures by beginning sounds, identify which of many words does not begin with the same sound as the others)* | | *monthly* |
| *demonstrate segmentation skills (ie. tap out syllables, of familiar nursery rhymes etc.* | | *monthly* |
| *isolate (orally) words and phonemes* | | |
| *identify and use words that name objects   use* | | *monthly* |
| *identify and words that name actions)* | | *monthly* |
| *identify and use words that describe objects (adverbs, adjectives)* | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    (Documented Observation)    Report    Other

| Student Name | T____ F_____ | Managing School | Garfield ES | DCPS - IEP |
| Student ID Number | | DOB | __/__/45 | Attending School | Garfield ES | Page 4 of 4 |

### Additional Comments:

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education?     Yes     (No)

Explanation for removal out of regular education classroom.

The student requires small structured environment to accommodate learning needs

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/WM. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:     None needed

Timing/Scheduling: Extended time, Breaks
Setting: Small group instruction, preferential seating
Presentation: Read directions aloud, repeated directions
Response:
Equipment:

## XI. STATE AND DISTRICT ASSESSMENTS:

Level I   Tested with non-disabled peers under standard conditions without accommodations.

(Level III) (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

Level V   Portfolio:

Level II   (Describe accommodations for level II) Tested under standard conditions with special accommodations.

Level IV   (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

| | | Modifications: |
| (Reading) | Physical/Sensory | Transition | Language Arts/English |
| (Mathematics) | Social Emotional | Vocational | Social Sciences |
| (Written Expression) | Physical Development | Independent Living | Biological & Physical Sciences |
| Other: | | (Speech/Language) | Fine Arts |
| None | Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above. | | |

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In General Ed. Classroom | Rejected | Continued School Failure |
| Out of General Ed. Classroom | Rejected | Impact of Self-Esteem |
| Combination Setting | Accepted | Take away from non-disabled peers |

Modification(s)/Accommodation(s) to address the harmful effects:

Student requires specialized instruction to remediate learning deficits

Location for Services   Garfield ES

## DOCUMENTED LEVEL OF SERVICE (PERM)
### Complete and attach to MDT/IEP meeting notes

School Garfield E.S.    Principal Viola Smith    Special Education Coordinator Woolery

Date 1/16/03    Case Manager Jessica R. Milton    Technical Support Supervisor

Student [redacted] Frankie    DOB [redacted] 95 Age 8 Grade 2 ID# 907929 SSN#

Parent Angelique Moore    Telephone (H)                    (W)

Address: _____ Street # _____ Street _____ Quad Apt. No. | Washington DC City | 2002-0 State Zip Code

REFERRAL SOURCE: (Check)  ☐ 120 Day  ☐ Reeval.  ☐ HOD  ☐ SA  ☐ MA
☐ Nonpublic  ☐ Residential  ☐ Citywide  ☐ Courts  ☒ Local School  ☐ Other:

Previous least restrictive environment (LRE Setting):

## JUSTIFICATION FOR SETTING CONSIDERATION
### (Submit TAT/MDT Documentation)
### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | | |
|---|---|---|---|---|
| Extended Time | Current IEP | Yes ☒ | No ☐ | |
| | Signatures of required participants (MDT notes) | Yes ☒ | | |
| Small group Instructions | Intervention Behavior Plan | Yes ☐ | | |
| | Copies of current class work and homework assignments: | Yes ☒ | | |
| | Medical Reports: | Yes ☐ | No ☒ | |
| | Clinical Reports: | Yes ☐ | No ☒ | |
| | Psychiatric Reports | Yes ☐ | No ☒ | |
| | Medications: | Yes ☐ | No ☒ | |
| | Attendance Record | Yes ☒ | | |
| | Copies of most recent evaluation(s) | Yes ☒ | | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| See MDT Note | None |

## 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☒ combination general education and resource classroom | ☒ combination of general educators, special educators and related service providers | ☒ between 21 % and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings.

### Check the level of need as indicated:
### DIRECTIONS:

| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |
|---|---|

## 7. LEVEL OF NEED

| ☐ LOW | ☒ MODERATE | ☐ HIGH |
|---|---|---|

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)

PRIOR NOTICE

Check Purpose:
*Initial Evaluation*
*Initial Placement*
✓ *Reevaluation*
Change in Category Exit
Related Service Add
Related Service
Change in Placement
Other _____

Date 6/14/04

Student ~~████ F████~~        DOB ██95

School Garfield ES.

Current Disability Category  Mental Retardation

Setting  Combination General Education & Resource classroom

Dear Ms. Moore

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
    Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
    Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
    Other _____

**A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)**

    Your child is not eligible for special education service(s).
✓✓ Your child is eligible or continues to be eligible to receive special education services as a student with  M.R.
    Your child will begin receiving Speech/language as a related service(s).
    Your child will no longer receive _____ as a related service(s).
    Your child's category of disability is being changed from _____ to _____
    Your child's alternative placement on continuum (next setting) is being changed.
        from _____ to _____
    Your child is no longer eligible and will be exited from the special education program.
Other: _____

**Description and Explanation of agency action proposed or refused.**

The MDT determined that a Combination General Education & Resource classroom is the most appropriate setting at this time.

**Description of Other Options Considered and reasons for rejection of each option**

The MDT denied Out of General Education and In General Education as neither meets the educational needs of the student

Other relevant factors to the decision-

MDT Members:  ✓ Principal or Designee        ✓ General Education Teacher      ✓ Psychologist
              ✓ Parent                      ✓ Special Education Teacher      Other: _____
                Student                      ✓ Speech and Language                  _____
                Social Worker               *LEA & Interpreter (*may be one)       _____

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact  Maria Wooten  at 698-1600  (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior Written Notice to the Parent                                        1
07-02-2001

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)**



Student _____ DOB _____ Age 8 Grade 2 ID 9079299

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

Student Hearing Office
D.C. Public Schools 825 North
Capitol Street, N.E. 8th floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parents Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

Wechsler Intelligence Scale for Children-III (WISC III) - commonly employed individually administered test designed to measure the intelligence of individuals aged 6 to 16 years. Date of Report _____

Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R) - measures specific mental abilities and processes in ages 4 to 6 years. Date of Report _____

Wechsler Adult Intelligence Scale-III (WIAS III) an individually administered test designed to measure the intelligence of individuals ages 16 and over. Date of Report _____

Bayley Scales of Infant Development-II - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age. Date of Report _____

Wechsler Individual Achievement Test (WIAT) - commonly used individually administered instrument designed to assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression. Date of Report 4 30 0X

Peabody Individual Achievement Test-Revised (PIAT-R) - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics. Date of Report _____

Kaufman Test of Educational Achievement (KTEA) -an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation. Date of Report _____

Woodcock-Johnson Psycho-Educational Battery - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests. Date of Report _____

Bender Visual Motor Gestalt Test - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System. Date of Report _____

Developmental Test of Visual Motor Integration (VMI) -assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format. Date of Report _____

Children's Apperception Test - a projective story-telling technique for personality evaluation in ages 5 to 10 years. Date of Report _____

Thematic Apperception Test - a projective story-telling technique for personality evaluation in older children and adolescents.
Date of Report _____

House-Tree-Person - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents. Date of Report _____

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**
**MULTIDISCIPLINARY TEAM**
**(MDT)**

Student _____ F_____ DOB _____ Age 8 Grade 2 ID 9079299

**Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.

   Date of Report _____

**Rorschach Psychodiagnostic Test** - a projective measure y which one's responses to inkblots reveal personality structure, ego strengths and reality testing in ages 3 and older. Date of Report _____

**Goodenough-Harris Drawing Test** - a projective drawing procedure measuring intellectual perceptual-motor maturity and personality through the use of drawings of self and a member of the opposite sex in ages 3 to 15.11 years. Date of Report _____

**Conner's Parent and Teacher Rating Scales** - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as reported by the child's teacher, parents, or alternate care-giver. Date of Report _____

**The Vineland Adaptive Behavior** Scales - assesses adaptive and social competency skills. Date of Report 6/3/04

**Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and weaknesses in language skills. Date of Report _____

**Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in four global areas: Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement. Date of Report _____

**Preschool Language Scale** - measures auditory comprehension and verbal ability skills. Date of Report _____

**Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.

   Date of Report _____

**Clinical Evaluation of Language Fundamentals – III** - assesses the child's language functioning including processing and production.

   Date of Report _____

**Expressive One Word Picture Vocabulary Test** - assesses the child's single word expressive vocabulary. Date of Report _____

**Receptive One Word Picture Vocabulary Test** assesses the child's single word receptive vocabulary. Date of Report _____

**Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts. Date of Report _____

**Peabody Picture Vocabulary Test-Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary.

   Date of Report _____

**Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production.

   Date of Report _____

**Classroom Observation** - assesses present functioning of the student within the classroom environment. 4/30/14

Free or Low Cost Legal Services

Neighborhood Legal Services
701 4° Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

Neighborhood Legal
Services 1213 Good Hope
Road, S.E. Washington, D.C.
20020 202-678-2000
Fax 202-889-3374

University Legal Services
300 I Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

The Children's Law Center Inc. 1050
Connecticut Avenue, N.W. Suite 1200
Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

National Coalition for Students
with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588        (fax) 703-267-6992

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
**(MDT)**
MEETING NOTES

| MDT |
|-----|

MDT REFERRAL DATE: _____

STUDENT: T____ F_____    SCHOOL: Garfield    DATE: 6/14/04

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Mrs. Dakoru P. Ogan-Offor | A. P. OV | Classroom Teacher |
| Mara Wooley | Mara Wooley | Spec. Ed Coord, LEA Designee |
| Brenda Stubbs | Brenda Stubbs | Speech Pathologist |
| Chandra Jackson-Sander | Chandra Jackson-Sander | School Psychologist |
| Jessica R. Milton | | SP. Ed. Teacher |
| Angelique Moore | Angelique Moore | mother |

The purpose of this requested reevaluation meeting is to determine if there is a change of T____ disability. The previous school, Winston ES, indicated a LD disability. However, test results revealed deficient intellectual skills. Our goal is to provide services to meet Tiffany's academic needs. The parent was provided a procedural manual and explained its content. She signed a receipt acknowledging that this information was provided. Introductions were made.

The MDT met on 1/16/04, to implement an I.E.P. for T____. The MDT felt uncomfortable with the LD disability, as T____ previous scores fell within the mental deficiency range. The MDT therefore, requested cognitive and a vineland to r/o mental deficiency.

149

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____     MULTIDISCIPLINARY TEAM (MDT)     Page: ____ of __
                                  CONTINUATION MEETING NOTES
                                  MEETING TYPE:  MDT

STUDENT: T██████ F█████  SCHOOL: Garfied     DATE: 6/14/04

Regular Education Teacher - Ms Offor

T█████ is not able to perform on the second grade skill level. She presents a poor attention span and she lack effort to complete task.

In Math, T█████ can not perform multi directional task. Instructions have to be read repeatedly. She can not perform more than one task at a time. She has also been referred now observed day dreaming. T█████ conversations are often not related to assigned task. Ms. Offor revealed that she is easily directed but does not comprehend what is being asked.

Special Education Teacher - Ms. Milton

Ms. Milton revealed that T█████ is able to perform addition and subtraction without regrouping. T█████ does not enjoy reading. She also experiences difficulty writing. Memorization is also a problem. She has not mastered words on the 2nd grade Dolch list. She does not have a high sight vocabulary. She is able however, to identify the beginning sounds of words.

T█████ communication skills are inappropriate. She has a hard time distinguishing reality from make believe. Articulation is also a problem (certain letter).

T█████ enjoys participating in class. She listening (comprehension appears stronger than her reading). Mary is not interested in reading, but states that

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____    MULTIDISCIPLINARY TEAM (MDT)    Page: _____ of ___
CONTINUATION MEETING NOTES
MEETING TYPE: ___MDT___

STUDENT: ████████████    SCHOOL: Garfield    DATE: 6/14/04

She would like to learn.

The MDT members reviewed all assessments. We
determined what she meets the disability of a
M.R. Student. The MDT moved into the I.E.P. meeting
in efforts to implement an appropriate plan for T████

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____       MULTIDISCIPLINARY TEAM (MDT)       Page: ____ of ___
                                    CONTINUATION MEETING NOTES
                                    MEETING TYPE: MDT

STUDENT: ██████████    SCHOOL: Garfield ES    DATE: 6/14/04

Speech Pathology — ████████ has made very little progress this 2003-2004 school year. She has difficulty with understanding part to whole relationships and limited vocabulary skills. ████████ speech and language deficits have remained constant and speech and language testing was not necessary for this re-evaluation. Language therapy should be provided for school year 2004-2005 in a small group setting for sixty minutes a week. Brenda Stubbs SLP

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____        **MULTIDISCIPLINARY TEAM (MDT)**        Page: ____ of ___
                                      **CONTINUATION MEETING NOTES**
                                      MEETING TYPE: ___MDT___

STUDENT: ▓▓▓▓▓▓▓▓  SCHOOL: Garfield        DATE: 6/14/04

School Psychologist (Continued)

▓▓▓▓▓ ▓▓▓▓▓▓ is an eight year old fe-
male student currently receiving special education
services as a learning disabled student. A re-evaluation
was requested to determine a more appropriate education
program. Currently, ▓▓▓▓ is performing in the borderline
to intellectually deficient range on cognitive tests as
measured by the WASI (Beason, 6/30/04). VIQ of 67, PIQ
of 75 and FSIQ of 68. Test of Visual Motor integration
skills suggests low average performance. Academically,
▓▓▓▓ is performing in the extremely low range in word
reading, math reasoning and spelling and in the Borderline
range in math calculations. A Vineland was administered
to determine adaptive functioning.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT T█████ F█████     SCHOOL Garfield ES     DATE: 6/14/04

| PARTICIPANTS: | PARTICIPANTS (Sign Name) | DISCIPLINE |
|---|---|---|
| Mrs. Dakoru P. Ogan-Offor | A. P. Offor | classroom Teacher |
| Jessica R. Milton | | Sp. Ed. Teacher |
| Brenda Stubbs | Brenda Stubbs | Speech Pathologist |
| Maria Woolery | Maria Woolery | Spec. Ed Coordinator |
| Chandrai Jackson Iwudo | | School Psychologist |
| Angelique Moore | Angelique Moore | mother |
| | | |
| | | |
| | | |
| | | |

The MDT determined that T█████ meets the criteria
of a student with mental Retardation. The MDT implemented
the following plan in efforts to meet her academic
needs.

Specialized Instructions 20 Hrs Weekly / Reading, Math + Written Expression

Speech/language          1 Hr. weekly

State and Local Assessments Level III-1

Specific accommodation — Extended time, repeated
instructions — Small group setting.

Setting — Combination General Education & Resource
classroom.

Location — Garfield

The MDT discussed the appropriateness of this setting. The MDT discussed
progress and did not recommend a change of placement
at this time.

The MDT look/reviewed the appropriateness of current goals. The
special education teacher and speech pathologist recommended that
█████ ███████ ██████ ██ ████ ██ it should remain the same.

154

14/2004

VINELAND ADAPTIVE BEHAVIOR SCALES
Interview Edition - Survey Form

## INDIVIDUAL INFORMATION SUMMARY
--------------------------------

m        F████, T████                        Sex: Female
dress:   ████████████                        Grade: 2
         Washington, DC 20020                Race: Black
lephone: 202 ████████
hool/facility: Garfield, ES
cioeconomic background:

esent classification or diagnosis: Learning Disability
-----------------------------------

|                    | Year | Month | Day |                          |
|--------------------|------|-------|-----|--------------------------|
|                    |      |       |     | Respondent               |
| terview date:      | 2004 | 6     | 3   | Name: Angelique Moore    |
|                    |      |       |     | Sex: Female              |
| rth date:          | 1995 | 8     | 10  | Relationship: Mother     |
| ronological age:   | 8    | 9     | 23  | Interviewer              |

Interviewer
-----------
Name: Maria Woolery
Sex: Female
Position: Social Worker

ason for the interview:  To assess T█████ adaptive skills
-------------------

ıer information:
----------------

ıer test data
-------------
Intelligence:

Achievement:

Adaptive
behavior:

Other tests:

155

COPYRIGHT 1992, AMERICAN GUIDANCE SERVICE, INC., CIRCLE PINES, MN 55014-1796

14/2004         VI...LAND ADAPTIVE BEHAVIOR SCA...S
                Interview Edition - Survey Form

ADAPTIVE BEHAVIOR STANDARD SCORE SUMMARY - NATIONAL NORMS
------------------------------------------------------------

me: F_____, T_____          Interview date: 6/03/2004
x: Female                      Interviewer: Maria Woolery
rth date: _____/1995           Respondent: Angelique Moore
ronological age: 8-9

## DOMAIN SCORE SUMMARY

| DOMAIN | RAW SCORE | STANDARD SCORE | BAND OF ERR 90% CONF. | PERCENTILE RANK | STANINE | ADAPTIVE LEVEL | AGE EQUIV |
|--------|-----------|----------------|------------------------|-----------------|---------|----------------|-----------|
| mmunication | 59 | 42 | 33 - 51 | <0.1 | 1 | Low | 2-10 |
| ily Living Skills | 101 | 60 | 51 - 69 | 0.4 | 1 | Low | 5-7 |
| cialization | 72 | 65 | 55 - 75 | 1 | 1 | Low | 4-7 |
|  | SUM | 167 |  |  |  |  |  |
| APTIVE BEHAVIOR COMPOSITE |  | 51 | 44 - 58 | <0.1 | 1 | Low | 4-4 |

## SUBDOMAIN SCORE SUMMARY

| DOMAIN | SUBDOMAIN | RAW SCORE | ADAPTIVE LEVEL | AGE EQUIV |
|--------|-----------|-----------|----------------|-----------|
| mmunication | Receptive | 26 | Adequate | 7-10 |
|  | Expressive | 10 | Low | 1-2 |
|  | Written | 23 | Mod Low | 7-8 |
| ly Living kills | Personal | 71 | Adequate | 7-8 |
|  | Domestic | 13 | Low | 5-1 |
|  | Community | 17 | Low | 4-9 |
| ialization | Interpersonal Relationships | 47 | Adequate | 13-0 |
|  | Play and Leisure Time | 9 | Low | 0-9 |
|  | Coping Skills | 16 | Mod Low | 5-6 |

156

OPYRIGHT 1992, AMERICAN GUIDANCE SERVICE, INC., CIRCLE PINES, MN 55014-1796

14/2004

VI\ _AND ADAPTIVE BEHAVIOR SCA\ S
Interview Edition - Survey Form

ADAPTIVE BEHAVIOR DOMAIN ANALYSIS - NATIONAL NORMS
---------------------------------------------------

ie: F████████, T██████                          Chronological age: 8-9

DOMAIN STRENGTHS AND WEAKNESSES:
Standard Score and Mean Differences

| DOMAIN | STANDARD SCORE | STAND SCORE/ MEAN DIFF | STRENGTH/ WEAKNESS | SIGNIFICANCE LEVEL | UNUSUAL DIFFERENCE |
|--------|------|------|------|------|------|
| munication | 42 | -14 | Weakness | .01 | Extreme 10% |
| ly Living Skills | 60 | + 4 | | Non-signif | Not Unusual |
| ialization | 65 | + 9 | | Non-signif | Not Unusual |
| SUM | 167 | | | | |
| EAN NDARD SCORE | 55.7 | | | | |

DOMAIN STANDARD SCORE DIFFERENCES:
Pairwise Comparisons

| DOMAINS | STAND SCORE DIFFERENCES | SIGNIFICANCE LEVEL | UNUSUAL DIFFERENCE |
|---------|------|------|------|
| iunication < Daily Living Skills | 18 | Non-signif | Not Unusual |
| iunication < Socialization | 23 | .05 | Extreme 16% |
| y Living Skills < Socialization | 5 | Non-signif | Not Unusual |

DOMAIN STANDARD SCORE DIFFERENCES:
Range of Scores

| DOMAINS | STAND SCORE DIFFERENCE | SIGNIFICANCE LEVEL | UNUSUAL DIFFERENCE |
|---------|------|------|------|
| est Domain Standard Score: ocialization | | | |
| st Domain Standard Score: ommunication | 23 | .05 | Not Unusual |

PYRIGHT 1992, AMERICAN GUIDANCE SERVICE, INC., CIRCLE PINES, MN 55014-1796

157

14/2004                    VI  LAND ADAPTIVE BEHAVIOR SCA  S
                         Interview Edition - Survey Form

                     NARRATIVE REPORT – NATIONAL NORMS

m   F▮▮▮▮▮, T▮▮▮▮▮                            Chronological age: 8-9

e Vineland Adaptive Behavior Scales (Vineland) are an individual assessment
 adaptive behavior.  Adaptive behavior is defined as performance of the day-
-day activities necessary to take care of oneself and get along with others.
aptive behavior is age-based and is defined by the expectations and
andards of others.  Adaptive behavior represents the typical performance
ther than the ability of the individual -- what a person actually does as
posed to what a person is capable of doing.  The Vineland covers four
aptive behavior domains:  Communication, Daily Living Skills, Socialization,
d Motor Skills.  It also provides an Adaptive Behavior Composite score.

oring Measures
---------------
 The STANDARD SCORE shows the extent to which a person's raw score exceeds
 falls below the mean score of people of similar age with whom the
strument was standardized.  The Vineland has a standard score mean of 100
i a standard deviation of 15.  For example, a Vineland standard score of 115
ins that the obtained raw score was one standard deviation above the mean of
 norm group.  Each standard score translates directly into a percentile
ık.

PERCENTILE RANKS express raw scores in terms of the percent of scores equal
 or lower to what a person's raw score when compared to the norm group.  For
u    e, a percentile rank of 50 means that the raw score was the same as or
        than the scores of 50 percent of people of similar age in the norm
ıple.

ADAPTIVE LEVELS are based on raw scores and express in standard deviation
ts a person's approximate distance from the mean of the norm sample.  High
. Low adaptive levels report scores that are at least 2 standard deviations
m the mean; Moderately High and Moderately Low adaptive levels report scores
ween 1 and 2 standard deviations from the mean; the Adequate adaptive level
orts scores within 1 standard deviation of the mean.

The domain STRENGTH/WEAKNESS assessment is a comparison of a person's
ndard score in each domain with the mean of all the domain standard scores.
the standard score is significantly greater than the mean, that area is a
ength for the person.  If the standard score is significantly less than the
n, the area is a Weakness.  This significant difference is reported as
sual if it occurs in less than 16% of the norm sample.

The AGE EQUIVALENT is the age at which a raw score was the mean for people
the standardization sample.  For example, an age equivalent of 12-1 means
t the raw score was the average score for people who are 12-1 years old.

14/2004                        VINELAND SURVEY FORM                        Page 2

### Adaptive Behavior Composite and Domain Summaries
-------------------------------------------------

n  nication Domain and Subdomains
----------------------------------

the Communication domain, T██████ raw score yields a standard
ore of 42 (+/-9 at 90% confidence level), a percentile rank of <0.1 and an
e equivalent of 2-10.  Her domain adaptive level is Low.
lative to her performance on all of the domains, Communication is
nsidered a Weakness.  This is unusual; it occurs in only 10% of the
andardization sample.  T██████ performance on the Communication
bdomains yields the following adaptive levels:  Receptive - Adequate,
pressive - Low, and Written - Moderately Low.

ily Living Skills Domain and Subdomains
----------------------------------------

the Daily Living Skills domain, T██████ raw score yields a standard
ore of 60 (+/-9 at 90% confidence level), a percentile rank of 0.4 and an
e equivalent of 5-7.  Her domain adaptive level is Low.
█████ performance on the Daily Living Skills subdomains yields
e following adaptive levels:  Personal - Adequate, Domestic -
, and Community - Low.

cialization Domain and Subdomains
----------------------------------

the Socialization domain, T██████ raw score yields a standard
ore of 65 (+/-10 at 90% confidence level), a percentile rank of 1 and an
quivalent of 4-7.  Her domain adaptive level is Low.
y's performance on the Socialization subdomains yields
rollowing adaptive levels:  Interpersonal Relationships - Adequate,
y and Leisure Time - Low, and Coping Skills - Moderately Low.

ptive Behavior Composite
--------------------------

the Adaptive Behavior Composite, T██████ has a standard score of 51
-7 at 90% confidence level), a percentile rank of <0.1, an age equivalent
4-4 and an adaptive level of Low.

14/2004

### VINELAND SURVEY FORM

#### Domain Comparisons
--------------------

c̄    parison of T█████ domain scores for Communication and
ily Living Skills reveals that there is no significant difference between
e two domain scores.

comparison of T█████ domain scores for Communication and
cialization reveals that her Socialization standard score of
is significantly higher than her Communication standard
ore of 42.

comparison of T█████ domain scores for Daily Living Skills and
cialization reveals that there is no significant difference between
e two domain scores.

PYRIGHT 1992, AMERICAN GUIDANCE SERVICE, INC., CIRCLE PINES, MN 55014-1796

**District of Columbia Public Schools**
**Department of Special Education**
*Psycho-Educational Report*
**(confidential—for professional use only)**

## *RE-EVALUATION*

NAME: T███████ F████████          REPORT DATE: 04/30/04
AGE:  8 years 4 months            EXAMINER: Terrance Beason, M.Ed.,CAGS
DATE OF BIRTH: ████/95            TITLE: School Psychologist
GENDER: Female
GRADE: Special Education
SCHOOL: Garfield ES
DATE OF EVALUATION: 04/13/04 & 04/16/04
ID NUMBER: 9079299

**Test Administered:**

Wechsler Abbreviated Scale of Intelligence (WASI) 4/16/04
Wechsler Individual Achievement Test- Second Ed. (WIAT-II) 4/13/04
Beery-Buktenica Developmental Test of Visual-Motor Integration
Student Observation

### WECHSLER ABBREVIATED SCALE OF INTELLIGENCE (WASI)

IQ SCORES SUMMARY

| SCALE | IQ | PR | CLASSIFICATION OF INTELLECTUAL FUNCTIONING |
|---|---|---|---|
| Verbal | 67 | 1% | Deficient |
| Performance | 75 | 5% | Borderline |
| Full Scale | 68 | 2 % | Deficient |

**IQ Scores**          **Classification**

**130 and above**..........Very Superior
**120-129**....................Superior
**110-119**..................High Average
**90-109**.....................Average
**80-89**......................Below Average
**70-79**.......................**Borderline**
**69 and Below**...........**Intellectually Deficient (Deficient)**

## Reason for Referral

Tiffany was referred for an evaluation because of a required reevaluation. The assessment was conducted as a means of ascertaining Tiffany's current levels of academic and intellectual functioning. The results of the evaluation will assist in determining the appropriateness of her current educational placement. Tiffany, a second-grader at Garfield Elementary School, receives special educational services under the designation of Learning Disabled.

## Behavioral Observation (during testing)

The testing was completed in to session. Gor both sessions, Tiffany was retrieved from her classroom. She accompanyied the examiner with no real hesitation. She presented as a restless, unmotivated youngster who seemed rather disinterested with the evaluation. Prior to testing, Tiffany admitted that she was unable to read. Through out the testing, her levels of concentration and motivation wavered. As testing furthered, Tiffany struggled as tasks grew more demanding, showing very little patience and deliberation on on many of the evaluative items. Nevertheless, the following results are submitted as an appraisal of her current levels of cognitive and academic functioning.

## Intellectual Functioning

The Wechsler Abbreviated Scale of Intelligence (WASI) was administered on 04/16/04 as a means of evaluating her current level of intellectual functioning.

## Explanation of the WASI

The Wechsler Abbreviated Scale of Intelligence (WASI) was developed to meet the demands for a short and reliable measure of intelligence in clinical, psychoeducational, and research settings. The WASI is individually administered and is designed for use with individuals aged from 6 to 89 years. The WASI is nationally standardized and yields the three traditional Verbal, Performance, and Full Scale IQ scores. The scale is also linked to the Wechsler Intelligence Scale for Children- Third Edition, the Wechsler Adult Intelligence Scale- Third Edition.

Psychologists may often need a fast and reliable measure of intelligence, such as when retesting individuals who received a comprehensive evaluation at an earlier time or obtain IQ estimates for individuals who are referred for psychoeducational evalutions.

The four subtests of the WASI--Vocabulary, Block Design, Similarities, and Matrix Reasoning-- tap various facets of intelligence, such as verbal knowledge, visual information processing, spatial and nonverbal reasoning, and crystallizedand fluid intelligence. These four subtests compose the Full Scale and yield the Full Scale IQ. The Vocabulary and Similarities subtest compose teh Verbal Scale and yield the Verbal IQ, and the Block Design and Matrix Reasoning subtests compose the Performance Scale and yield the Performance IQ.

**VOCABULARY** is a measure of the individual's expressive vocabulary, verbal knowledge, and fund of information. Additionally, it is a good measure of crystallized intelligence and general intelligence.

It also taps other cognitive abilities, such as memory, learning ability, and concept and language development.

**BLOCK DESIGN** is a subtest that consists of a set of 13 modeled or printed two-dimensional geometric patterns that the examinee replicates within a specified time limit using two-color cubes. The subtest taps the abilities related to spatial visualization, visual-motor coordination, and abstract conceptualization. It is a measure of perceptual organization and general intelligence.

**SIMILARITIES** is a measure of verbal concept formation, abstract verbal reasoning ability, and general intellectual ability.

**MATRIX REASONING** subtest is similar to the Matrix Reasoning subtest in the WAIS-III. It is a series of 35 incomplete gridded patterns that the examinee completes by pointing to or stating the number of the correct response from five possible choices. Matrix Reasoning is a measure of nonverbal fluid reasoning and general intellectual ability.

## Based on the Wechsler Abbreviated Scale of Intelligence
(Interpretation of WASI Results)

Tiffany's general cognitive ability is within the **Deficient** range of intellectual functioning, as measured by the Wechsler Abbreviated Scale of Intelligence. Her overall reasoning abilities exceed those of approximately **2%** of children her age (**FSIQ = 68**).

*Her Nonverbal reasoning and Verbal reasoning abilities were found to be evenly-matched.* Tiffany's Verbal IQ score falls in the Deficient range and above those of approximately **1%** of her peers (**VIQ = 67**). Her Performance IQ score lies in the Borderline range of cognitive functioning and above those of approximately **5%** of her peers (**PIQ= 75**).

**Academic Functioning**

On 04/13/04, Tiffany was administered the Wechsler Individual Achievement Test- 2nd Ed. (WIAT-II). A measure that assesses a child's level of functioning in specific academic areas.

The graphics and data pertaining to Destiny's WIAT-II performance are provided as an addendum, following this psycho-educational report.

*The following succintly describes each subtest given to Tiffany.*

   *Word Reading:* Depending on the student's age or grade, he or she identifies the letters of the alphabet, beginning and ending sounds of words, and rhyming words, or reads as quickly as possible from a list of words.

*Numerical Operations:* the student solves written math problems requiring addition, subtraction, multiplication, and division using whole numbers, fractions, and decimals.

*Math Reasoning:* The student solves a word or stated problem requiring single or multiple steps related to time, money, measurement, geometry, probability, and reading/ interpreting graphs.

*Spelling:* The student writes the initial or ending letters to stated sounds or words and spells a target word based on its meaning as it is used in a sentence.

*Written Expression:* depending on the academic skill level of the student, he/ she is either required to: write the alphabet, write words, sentences and paragraph or short essay in response to a topic. Writing is evaluated on organization, vocabulary, theme development, and mechanics such as spelling and punctuation.

## Reading

On the Word Reading, a subtest that required T████ to correctly read a series of printed words (among other decoding and phonemic analysis activities), she obtained a standard score of 58, placing in the **Extremely Low** range. Her skills in this area exceed those of only approximately .3% of students her age. She received a grade equivalent score of K:6 on the this measure. Of the Word Reading tasks, T████ was successful at identifying letters in isolation, matching words with similar beginning consonants, and identifying several letter sounds in isolation. She, however, was unable to decode dimple sight words such as *you, the up, fly, so, school, into, then, how,* and *sea.* T████ demonstrated an inability to properly decode or phonetically analyze a word which is largely due not knowing the corresponding sounds to each letter of the alphabet.

The examiner omitted the Reading Comprehension and Pseudoword Decoding from T████ academic evaluation, as her reading level would have greatly hindered her performance on these subtests.

## Mathematics

T████ was given the Numerical Operations subtest which measures a student's ability to add, subtract, multiply, and divide numbers up to three digits, fractions, and decimals. She obtained a standard score of 77 **(Borderline)**, with a grade-equivalency of 1:5. Her skills in this area exceed those of only approximately 6% of students her age. On the Numerical Operations subtest, T████ was only able to correctly solve simple addition equations. But, she was unable to solve basic addition and subtraction equations involving regrouping.

On the Math Reasoning subtest, a measure that requires a student solve a word or stated problem requiring single or or multiple steps related to time, money measurement, geometry, probability, and reading and interpreting graphs, T████ obtained a score of 58 **(Extremely Low)**, with a grade-equivalency of K:3.

164

On the Math Reasoning subtest, she correctly used whole numbers to describe quantities, created and solved addition and subtraction problems using whole numbers, used grids and graphs to make comparisons, draw conclusions, or answer questions. However, as with reading, T█████ appears to serverly lack skills in arithmetic that would bring her anywhere near grade-expectancy.

### Spelling

On tasks that required her to correctly spell verbally presented words, T█████ obtained a standard score of 57, placing her in the **Extremely Low** range. She equaled or exceeded those of only approximately .2% of students her age. On the Spelling subtest, T█████ correctly identified the beginning consonants to simple sight words.

### Strengths and Weaknesses

**T█████ achieved her best performance on Numerical Operations subtest (standard score = 77), and the lowest scores on the Word Reading (standard score = 58) and Math Reasoning subtests (standard score = 58).**

**Her performances across these areas differ significantly, suggesting that these are the areas of most pronounced strength and weakness, respectively, in T█████ subtest profile.**

### Ability-Achievement Discrepancy Analysis

T█████ scores on the WIAT-II were comparable to the levels of achievement predicted for a student with her general cognitive ability, as indicated by her Full Scale IQ score of 68 on the WASI (administered 04/16/04).

*T█████ WIAT-II scores are commensurate with her overall level of cognitive ability. Therefore, there doesn't appear to be a significant difference between her intellectual capacity and her levels of achievement, based on her Full Scale IQ score of 68 and a WIAT-II Word Reading score of 58 and Numerical Operations score of 77.*

### Visual-Perceptual Functioning

T█████ completed the Beery Developmental Test of Visual Motor Integration, which is designed to assess the extent to which individuals can integrate their visual and motor abilities in order to recreate figures that are visually presented to them. VMI is the degree to which visual percepetion and finger hand movements are well coordinated. T█████ received a standard score of 83, which places her in the Average range. She scored equal to or better than 13% of same-age peers, with grade-equivalency of 5-10 .

165

## Summary

Tiffany is a 11-year, 10 month-old student who completed the WIAT-II, VMI and the WASI. She was referred for testing because of a required re-evaluation. She obtained a Full Scale IQ score of 68, placing her in the Deficient range of cognitive functioning. Her performance on **Verbal IQ** tasks yielded a standard score of 67 and a **Performance IQ score of 75** (Borderline). Her visual-spatial abilities were rated as being in the Average range, as measured by the Beery-Buktenica Developmental Test of Visual-Motor Integration. Academically, Tiffany appears to possess Basic Reading skills in the mid-kindergarten grade range, with her Spelling skills lying in the beginning kindergarten grade range. Regarding math, she appears to be functioning in the mid-first grade range in Numerical Operations and beginning kindergarten grade range in Math Reasoning. Based on Tiffany academic and cognitve functioning, she appears to still greatly benefit from specialized instruction. As mentioned, she is currently classified as having a Learning Disability, but her deficient scores on both academic and cognitive measures suggest a severer disabling condition, thus meriting further exploration. To this end, a Vineland Adaptive Behavioral Scale is recommended as a means of determining Tiffany adaptive functioning level along with ruling in/out the Mental Retardation classification.

Nevertheless, the MDT/IEP will meet to review and discuss all relevant information--germaine to Tiffany functioning--as a means of arriving at a decision on the appropriateness of her current educational placement and designation.

This report is valid only if signed by a qualified professional.

Terrance Beason, M.Ed., CAGS
School Psychologist



**Individual Performance Summary Report**

Individual Achievement Test®
Second Edition

Examinee: Ti███ F███████
Grade: 2        Sex: Female
Examiner: Ti███ F███████

**Summary Report**

Date Tested: 4/13/04
Date of Birth: ███95
Age: 8 years 4 months

**Age Based Scores**

| | Standard Score | Confidence Interval | | Percentile Rank | Age Equivalent | Grade Equivalent | |
|---|---|---|---|---|---|---|---|
| **Reading** | | | | | | | |
| Word Reading | 58 | | 54–62 | 0.3 | 5:8 | K:6 | <1 |
| Reading Comprehension | | | | | | | |
| Pseudoword Decoding | | | | | | | |
| **Composite Score (Sum of Subtest SS)** | | | | | | | |
| **Mathematics** | | | | | | | |
| Numerical Operations | 77 | | 68–86 | 6 | 7:0 | 1:5 | 18 |
| Math Reasoning | 58 | | 50–66 | 0.3 | 5:4 | K:3 | <1 |
| **Composite Score (Sum of Subtest SS)** | 135 | 64 | 57–71 | 1 | | | <1 |
| **Written Language** | | | | | | | |
| Spelling | 57 | | 49–65 | 0.2 | 5:4 | K:3 | <1 |
| Written Expression | | | | | | | |
| **Composite Score (Sum of Subtest SS)** | | | | | | | |
| **Oral Language** | | | | | | | |
| Listening Comprehension | | | | | | | |
| Oral Expression | | | | | | | |
| **Composite Score (Sum of Subtest SS)** | | | | | | | |

**Supplemental Scores**

Reading Comprehension
Target Words
Reading Speed
**Written Expression**
Alphabet Writing        6
Word Fluency
Word Count
Holistic Score
(Paragraph or Essay)
**Oral Expression**
Word Fluency

**Reading Rate**

<!-- grid chart: Comprehension (y-axis 1-4) vs Speed (x-axis 1-4) -->

Speed

1 - Far below average to below averag
2 - Below average to average
3 - Average to above average
4 - Above average to far above averag



Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.
All rights reserved. Printed in the United States of America.

 **Parent Summary Report**

.t Test®

Date Tested: 4/13/04

Date of Birth: ▮▮95

## ievement Subtest Scores:



| | | | |
|---|---|---|---|
| ...ing | 58 | Numerical Operations | 77 |
| Comprehension | | Math Reasoning | 58 |
| ...oword Decoding | | | |
| Reading Composite | | Mathematics Composite | 64 |

| | | |
|---|---|---|
| Spelling | 57 | Listening Comprehension |
| Written Expression | | Oral Expression |
| Written Language Composite | | Oral Language Composite |

Notes:

### Subtests

1 – Word Reading
2 – Reading Comprehension
3 – Pseudoword Decoding
4 – Numerical Operations
5 – Math Reasoning
6 – Spelling
7 – Written Expression
8 – Listening Comprehension
9 – Oral Expression

### Composites

A – Reading Composite
B – Mathematics Composite
C – Written Language Composite
D – Oral Language Composite



| Standard Score | 70 | 80 | 85 | 90 | 100 | 110 | 115 | 120 | 130 |
|---|---|---|---|---|---|---|---|---|---|
| Qualitative Description | Extremely Low | Borderline | Low Average | | Average | | High Average | Superior | Very Superior |

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.
All rights reserved. Printed in the United States of America.

**THE PSYCHOLOGICAL CORPORATION**
A Harcourt Assessment Company

# WIAT-II
**Wechsler Individual Achievement Test®**
Second Edition

Your child was recently administered the Wechsler Individual Achievement Test-Second Edition (WIAT-II). This test includes nine subtests that measure reading, math, written language, and oral language skills.

The following is a description of each subtest in the WIAT-II.

**Word Reading** — Depending on the student's age or grade, he or she identifies the letters of the alphabet, beginning and ending sounds of words, and rhyming words, or reads as quickly as possible from a list of words.

**Pseudoword Decoding** — The student uses his or her phonetic knowledge to sound out nonsense or unfamiliar words.

**Reading Comprehension** — The student reads sentences and short passages and then answers questions about the main idea, specific details, or the order of events. He or she is also asked to make inferences, draw conclusions, or define unfamiliar words by using context clues.

**Numerical Operations** — The student solves written math problems requiring addition, subtraction, multiplication, and division using whole numbers, fractions, and decimals.

**Math Reasoning** — The student solves a word or stated problem requiring single or multiple steps related to time, money, measurement, geometry, probability, and reading and interpreting graphs.

**Spelling** — The student spells a target word based on its meaning as it is used in a sentence.

**Written Expression** — The student writes words, sentences and either a paragraph or short essay in response to a topic. Writing is evaluated on organization, vocabulary, theme development, and mechanics such as spelling and punctuation.

**Listening Comprehension** — The student listens to a word or sentence and matches it to a picture or looks at a picture and responds with the corresponding word.

**Oral Expression** — The student lists words that match a topic, repeats a sentence, tells a story based on a series of pictured events, or describes the steps required to complete a task.

## Understanding the WIAT-II Scores

To evaluate your child's scores, review the graph on the back of the Parent Report. Your child's scores are placed on the graph to indicate how his or her scores fall in relation to each other and in relation to other children's scores. Children whose scores fall within the *Average* range have skills that are equal to 50% of their peers. To provide the appropriate intervention, it is important to identify any problem areas in your child's scores. Review the score placement on the graph. Are most scores within the *Average* range or are some scores in the *Low* or *High Average* range? Scores that are *below* the average range indicate intervention might be required; scores that are *above* the average range indicate proficiency in the skill area.

You should also note whether the scores of subtests with similar content such as Word Reading and Reading Comprehension are similar to each other. Since each subtest measures a different group of skills, a child can have both high and low scores, but generally a child's scores within a content area, for example, reading, will be similar to each other. When a child has specific problem areas, the score of the subtest that measures that skill may be much lower. If an ability score is also reported on the graph, notice how closely your child's WIAT-II scores fall in relation to the ability score. Intervention may be indicated in instances when the ability score is much higher than the WIAT-II achievement subtest scores.

Please discuss any concerns or questions you have about these results with your child's teacher or counselor.



**THE PSYCHOLOGICAL CORPORATION®**
A Harcourt Assessment Company

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.
All rights reserved. Printed in the United States of America.