**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| T.F. *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 06-0954 (RJL) |
| DISTRICT OF COLUMBIA, *et al.* | : | |
| Defendants. | : | |

## NOTICE OF FILING ADMINISTRATIVE RECORD

A paper copy of the administrative record in the above captioned case is hereby submitted to the Clerk of the Court and available for review.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Corporation Counsel

GEORGE C. VALENTINE
Deputy Corporation Counsel
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 442-9842
Email-maria.merkowitz@dc.gov

October 5, 2006