UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

T. F. a minor, by her mother and )
next friend, Angelique Moore )

      Plaintiff, )

      v. ) Civil Action No. 06-0954 (RJL)

District of Columbia, et al. )

      Defendants. )

---

## INDEX OF RECORD

| | | |
|---|---|---|
| Certification of Record | - | 1 |
| Hearing Officer's Determination (HOD) issued 2/22/06 | - | 2 |
| Interim Order signed 11/16/05 | - | 9 |
| Interim Order signed 10/31/05 | - | 10 |
| Hearing Officer's Determination (HOD) issued 5/24/05 | - | 11 |
| Letter from Stacy Brustin re: Motion for Recon. dated 7/6/05 | - | 20 |
| Motion for Reconsideration dated 5/26/05 | - | 22 |
| New Addendum Meeting Page dated 3/24/04 | - | 25 |
| Confirmation of Meeting Notice | - | 26 |
| Letter from Meredith Branson dated 5/12/05 | - | 29 |
| Attendance sheet dated 5/11/05 | - | 33 |

Hearing Notice dated 4/12/05 - 34

Letter from Stacy Brustin to Ms. Chapman dated 4/6/05 - 35

DCPS Disclosure Statement dated 4/5/05 w/att. - 37

    Encounter Tracker Forms dated 9/28/04-3/10/05 - 39

    Vinela Adaptive Behavior Scales dated 6/3/04 - 51

DCPS Social Work Evaluation Report - 56

DCPS Psycho-Educational Report Re-Evaluation - 60

WIAT-II Individual Performance Summary Report - 66

WIAT-II Parent Summary Report - 67

Resume for Dr. Sheila Iseman - 69

Request for Mediation/Hearing dated 3/1/05 - 75

Plaintiff's Disclosure letter dated 4/4/05 w/att. - 79

    Request for information from DCPS dated 11/4/04 - 82

    Request for Information from Garfield ES dated 11/4/04 - 85

    Request for Information from Stanton ES dated 12/16/04 - 88

    Letter to Ms. Chapman, LEA counsel dated 3/23/05 - 90

    Letter to Mr. Schreibman, dated 3/23/05 - 91

    Special Ed. Student Hearing Request dated 3/1/05 - 92

    3rd Grade Report Card – Stanton ES - 97

    IEP, Winston ES dated 1/27/03 - 100

    IEP, Garfield ES dated 1/16/04 - 123

    IEP, Addendum dated 3/24/04 - 133

    IEP, Garfield ES dated 6/14/04 - 139

| | | |
|---|---|---|
| Vineland Adaptive Behavior Scales dated 6/14/04 | - | 155 |
| Re-Evaluation -Terrence Beason, M.Ed. dated 4/30/04 | - | 161 |
|     WIAT-II Test dated 4/13/04 | - | 167 |
| Dr. Neil Schiff report completed for SSA dated 1/3/05 | - | 170 |
|     Psychological Evaluation dated 12/23/04 | - | 172 |
| Confidential Psychological Evaluation dated 4/4/05 | - | 175 |
| Resume for Dr. Meredith Branson | - | 185 |
| Acceptance Letter from Accotink Academy | - | 188 |
| Supplement to Hearing Request dated 5/3/05 w/att. | - | 189 |
|     WIAT Scores from test dated 4/19/05 | - | 191 |
|     Letter from Stacy Brustin dated 4/15/05 | - | 192 |
| Hearing Notice dated 3/7/05 | - | 193 |
| Memo in Support of Parent's Request for Comp. Ed. | - | 194 |
|     Declaration of Meredith P. Branson | - | 206 |
|     Declaration of Dr. Sheila C. Iseman | - | 214-221 |