01/28/2003

| Student Name | T███████ F█████ | Managing School | Winston EC | DCPS - IEP |
| Student ID Number | 9079299 | DOB ███1995 | Attending School | Winston EC | Page 2 of 4 |

### VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments: ☐

**Academic Areas: (Evaluator)** T███ F█████

**Math Strengths:**
███████ is able to solve one step addition problems.

**Impact of disability on educational performance in general education curriculum:**
T██ ██ math skills are below grade level.

**Reading Strengths:**
███████ reading skills are low average.

**Impact of disability on educational performance in general education curriculum:**
T██████ reading skills are below grade level.

Score(s) When Available
| | |
| Math Cal. | GE: K.0 |
| Math Rea. | GE: K.0 |

See goal page:
Date: 1/27/03

| Rdg. Com | GE: #1.0 |
| Rdg. Basic | GE: K.1 |
| Written Ex. | GE: K.1 |

See goal page:
Date: 1/27/03

**Communication (Speech & Language) (Evaluator)** Rhonda P Chant SLP

**Strengths:**
Strength were evidenced through testing in sentence imitation and grammatical completion task. She also has age appropriate articulation, voice + fluency skills.

**Impact of disability on educational performance in general education curriculum:**
Weaknesses were revealed in oral vocabulary skills which impact upon listening / language organization skills.

Score(s) When Available
| | |
| Exp. Lang. | Total Lang. Quotient = 69 |
| Rec. Lang. | |
| Artic | WNLS |
| Voice | WNLS |
| Fluency | WNLS |
| Exp. Voc. | SS 70 |
| Rec. Voc. | Scale Score 05 |

See goal page:
Date: 12-09-02

**Motor/Health (Evaluator)** _____
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) /Results When Available

See goal page:
Date:

**Social Emotional Behavioral Areas: (Evaluator)** _____
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) When Available

See goal page:
Date:

**Cognitive/Adaptive Behavior: (Evaluator)** T███████ F█████
**Strengths:**
T██████ non verbal abilities.

**Impact of disability on educational performance in general education curriculum:**
T███████ overall cognitive ability fell within the deficient range.

Score(s) When Available
| | |
| VIQ = | 56 |
| PIQ = | 62 |
| FSIQ = | 55 |

See goal page:
Date: 1/27/03

**Prevocational Skills: (Evaluator)** _____
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

Score(s) When Available

See goal page:
Date:

101

| Student Name | T█████ F█████ | Managing School | Winston EC | | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9079299 | DOB ████1995 | Attending School | Winston EC | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: 1 |
|---|---|---|

Area addressed by goal: Academic

**ANNUAL GOAL:** (including mastery criteria.)

CSI (Reading): Student comprehends and composes a wide range of written oral and visual texts.

The student will improve phonics and letter and word identification skills with 90% accuracy.

Provider(s): Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will recognize capital letters of the alphabet | | Monthly |
| Student will recognize lowercase letters of the alphabet | | Monthly |
| Student will write letters of the alphabet upon command. | | Monthly |
| Student will recognize and produce consonant letter sounds at the beginning and ending of words. | | Monthly |
| Student will recognize and produce long and short vowel sounds. | | Monthly |
| Student will learn five site words from the Dolch preprimer list. | | Monthly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name | T█████  P█████ | Mana in School | Winston EC | DCPS - IEP |
| Student ID Number | 4679299   DOB ███1995 | Attendin School | Winston EC | Pa e 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: 2

Area addressed by goal: Academic

**ANNUAL GOAL:** (includin mastery criteria.)

CSI (Reading):
Student will improve vocabulary and communication skills with 90% accuracy.

Provider(s): Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will recognize correspondence of spoken word to picture | | Monthly |
| Student will use pictures and print to conveyt messages | | Monthly |
| Student will answer comprehensive questions orally in class. | | Monthly |
| Student will orally summarize stories read aloud by the teacher. | | Monthly |
| Student will classify objects by category. | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Lo  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name | T████████  F██████ | Mana in School | Winston EC | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9079299    DOB ████1995 | Attendin School | Winston EC | Pa e 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | Goal Number: 3 |
|---|---|---|

**Area addressed by goal:** Academic

**ANNUAL GOAL:** (includin mastery criteria.)

CSI (Math):
Student will improve basic math skills to 90% accuracy.

**Provider(s):** Special Education Teacher/Resource Room Teacher, S

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will understand the concept of addition and subtraction | | Monthly |
| Student will complete one step addition and subtraction problems. | | Monthly |
| Student will count rote to 50. | | Monthly |
| Student will recognize and write numbers 1 – 10. | | Monthly |
| Student will tell time (digital and analog) to the whole hour. | | Monthly |
| Student will count dollars and coins. | | Monthly |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Lo  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name T█████ F█████ | Mana in School Winston EC | DCPS - IEP |
|---|---|---|
| Student ID Number 9079249  DOB ████1995 | Attendin School Winston EC | Pa e 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: [ ] | Goal Number: 4 |
|---|---|---|

Area addressed by goal: Speech and Language

**ANNUAL GOAL:** (includin mastery criteria.)

T█████ will improve her expressive/receptive language skills with 80% accuracy.

Provider(s): Speech and Language Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Define curiculum based vocabulary words by providing the category label and two functions. | | Monthly |
| Tell how two nouns are alike | | Monthly |
| | | |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

[X] Portfolio  [ ] Lo  [ ] Chart  [X] Test  [X] Documented Observation  [ ] Report  [ ] Other _____

01/28/2003

| Student Name    T█████    F█████ | Managing School  Winston EC | DCPS - IEP |
|---|---|---|
| Student ID Number  9079299   DOB ███ 1995 | Attending School  Winston EC | Page 4 of 4 |

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in <u>general education</u>?  ☐ Yes  ☒ No

Explanation for removal out of regular education classroom.

Student requires low student to teacher ratio

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Check and list modifications and/or accommodations for <u>testing</u>:  ☐ None needed

Timing/Scheduling: Extended time

Setting:

Presentation:  Read directions/test to student

Response:

Equipment:

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ Level I   Tested with non-disabled peers under standard conditions without accommodations.

☒ Level III  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ Level V  Portfolio:

☐ Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level IV  (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:        Modifications:

☒ Reading            ☐ Physical/Sensory      ☐ Transition          ☒ Language Arts/English
☒ Mathematics        ☐ Social Emotional      ☐ Vocational          ☐ Social Sciences
☐ Written Expression ☐ Physical Development  ☐ Independent Living  ☐ Biological & Physical Sciences
☐ Other:                                     ☒ Speech/Language     ☐ Fine Arts
☐ None        Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In General Education Classroom Setting | Rejected | Continued school failure |
| Out of General Education Classroom | Rejected | Time away from non-disabled peers in academic sett |
| Combination General Education and Resource Classro | Accepted | Impact on self-esteem |
|  |  |  |
|  |  |  |
|  |  |  |

Modification(s)/Accommodation(s) to address the harmful effects:

Participation in non-academic subjects with non-disabled peers

Location for Services    Winston

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

106

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**

**INITIAL PLACEMENT**

Student  T█████  F█████  DOB ████995  Age  7  Meeting Date  01/27/2003

Address  ████████████  SE  Telephone (W)
         Street #  Street        Quad  Apt. No.
         Washington  DC  20020  Telephone (H)  2026781893
         City           State  Zip Code

Dear Parent:

You have been provided a copy of the "Procedural Safeguards - Parents Rights" booklet. We would like to remind you at this time that:
- granting consent is a voluntary action on your part; this consent may be revoked at any time although the school district is required to take all necessary action to provide appropriate service(s) and may be required t initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the process indicated below.

✔  **Initial Placement**

After development of an IEP, the MDT, with the parent, determined that your child will receive special education and related services at  Winston EC _____ school, for:

☐ 0%-20%,         ☒ 21% - 60%, or         ☐ 61% -100%.

**Parent Response Section:**

I give permission for District of Columbia Public Schools to proceed with the initial placement for my child.

*Angelique Moore*                          *1/27/03*
Parent/Guardian Signature                  Date

District of Columbia Public Schools        Division of Special Education        April 30, 2001
Consent for Initial Placement

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM (MDT)**

**Prior to Action Notice**

**Check Purpose:**

[X] Initial Evaluation

[ ] Initial Placement

[ ] Reevaluation

| | |
|---|---|
| [ ] | Change in Category Exit |
| [ ] | Related Service Add |
| [ ] | Related Service |
| [ ] | Change in Placement |
| [ ] | Other _____ |

Date _____01/28/2003_____

Student ___T███████_ F███████___    DOB ██/██/1995

School ___Winston EC___

Current Disability Category ___LD___

Setting ___Combination  eneral education and resource classro___

Dear ___Ms. Angelique Moore___

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:

[X] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.

[ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.

[ ] Other _____

**A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)**

[ ] Your child is not eligible for special education service(s).

[X] Your child is eligible or continues to be eligible to receive special education services as a student with __LD__

[X] Your child will begin receiving ___Specialized Instruction, Speech-Language___ as a related service(s).

[ ] Your child will no longer receive _____ as a related service(s).

[ ] Your child's category of disability is being changed from _____ to _____

[X] Your child's alternative placement on continuum (next setting) is being changed,
from ___General education classroom setting___ to ___Combination general education and resource classro___

[ ] Your child is no longer eligible and will be exited from the special education program.

[ ] Other: _____

**Description and Explanation of agency action proposed or refused.**

The MDT met to review all of the documentation and the following setting was proposed for the student: Combination  general education and resource classroom.

**Description of Other Options Considered and reasons for rejection of each option**

General education - student requires resource room in order to access  general education
Out of  eneral education- Documentation demonstrates that student can access the  general curriculum in a comb. setting/part-time with non-disabled peers

Other relevant factors to the decision- ___none___

MDT Members:

| | | |
|---|---|---|
| [X] Principal or Designee | [X] General Education Teacher | [X] Psychologist |
| [X] Parent | [X] Special Education Teacher | [ ] Other: _____ |
| [ ] Student | [X] Speech and Language | _____ |
| [ ] Social Worker | [X] *LEA & Interpreter (*may be one) | _____ |

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact Ms. M. Henderson at _202-6█5-3300_ (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

DISTRICT OF COLUMBIA PUBLIC SCHOOLS                01/28/2003
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)

Student T██████  F██████  DOB ██99; Age  7  Grade  01  ID  9079299

You have the right to challenge the recommendations by requesting Mediation or a Due Process Hearing before an impartial hearing officer. To initiate a mediation or hearing, you will need to complete a REQUEST FOR MEDIATION or DUE PROCESS HEARING form and mail it to the address listed below:

Student Hearing Office
D.C. Public Schools
825 North Capitol Street, N.E. 8th floor
202-442-5432

You have the right to be represented at the hearing by legal counsel.
A copy of Parent's Procedural Safeguards handbook is provided.
A list of free or low cost legal service, for which you may qualify depending on your income, is included.
If you would like an additional copy, please contact the principal.

**EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED**

[X] **Wechsler Intelligence Scale for Children-III (WISC III)** - commonly employed individually administered test designed to measure the intelligence of individuals aged 6 1/2 to 16 1/2 years. Date of Report ___10/25/2002___

[ ] **Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R)** - measures specific mental abilities and processes in ages 4 1/2 to 6 1/2 years. Date of Report _____

[ ] **Wechsler Adult Intelligence Scale-III (WIAS III)** - an individually administered test designed to measure the intelligence of individuals ages 16 and over. Date of Report _____

[ ] **Bayley Scales of Infant Development-II** - an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age. Date of Report _____

[X] **Wechsler Individual Achievement Test (WIAT)** - a commonly used individually administered instrument designed to assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression. Date of Report ___10/25/2002___

[ ] **Peabody Individual Achievement Test-Revised (PIAT-R)** - an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics. Date of Report _____

[ ] **Kaufman Test of Educational Achievement (KTEA)** - an individually administered instrument measuring achievement skills in reading, decoding, mathematics applications, spelling, reading comprehension, and mathematics computation. Date of Report _____

[ ] **Woodcock-Johnson Psycho-Educational Battery** - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests. Date of Report _____

[ ] **Bender Visual Motor Gestalt Test** - measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System. Date of Report _____

[X] **Developmental Test of Visual Motor Integration (VMI)** - assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format. Date of Report ___10/25/2002___

[ ] **Children's Apperception Test** - a projective story-telling technique for personality evaluation in ages 5 to 10 years. Date of Report _____

[ ] **Thematic Apperception Test** - a projective story-telling technique for personality evaluation in older children and adolescents. Date of Report _____

[ ] **House-Tree-Person** - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents. Date of Report _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)

01/28/2003

Student T_____ F_____ DOB ____1995 Age 7 Grade 01 ID 9079299

- [ ] **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
  Date of Report _____
- [ ] **Rorschach Psychodiagnostic Test** - a projective measure in which one's responses to inkblots reveal personality structure, ego strengths and reality testing in ages 3 and older. Date of Report _____
- [ ] **Goodenough-Harris Drawing Test** - a projective drawing procedure measuring intellectual perceptual-motor maturity and personality through the use of drawings of self and a member of the opposite sex in ages 3 to 15.11 years. Date of Report _____
- [ ] **Conner's Parent and Teacher Rating Scales** - a paper-and-pencil instrument measuring problem behaviors of children and adolescents as reported by the child's teacher, parents, or alternate care-giver. Date of Report _____
- [x] **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills. Date of Report ____01/15/2003____
- [x] **Test of Language Development Primary - Revised (TOLD-P)** - measures primary language proficiency and specific strengths and weaknesses in language skills. Date of Report ____11/18/2002____
- [ ] **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in four global areas : Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement. Date of Report _____
- [ ] **Preschool Language Scale** - measures auditory comprehension and verbal ability skills. Date of Report _____
- [ ] **Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc. Date of Report _____
- [ ] **Clinical Evaluation of Language Fundamentals - III** - assesses the child's language functioning including processing and production. Date of Report _____
- [x] **Expressive One Word Picture Vocabulary Test** - assesses the child's single word expressive vocabulary. Date of Report ____12/09/2002____
- [ ] **Receptive One Word Picture Vocabulary Test** assesses the child's single word receptive vocabulary. Date of Report _____
- [ ] **Goldman-Fristoe Test of Articulation** - assesses the production of consonants in simple and complex contexts. Date of Report _____
- [ ] **Peabody Picture Vocabulary Test-Revised** - individually administered, multiple choice test measuring nonverbal, receptive vocabulary. Date of Report _____
- [ ] **Fisher-Logemann Test of Articulation Competence** - assesses articulation proficiency with single sounds, consonant blends, and vowel production. Date of Report _____
- [x] **Classroom Observation** - assesses present functioning of the student within the classroom environment.

## Free or Low Cost Legal Services

Neighborhood Legal Services
701 4th Street, N.E.
Washington, D.C. 20001
202-682-2700 (NW)
202-682-2732 (NE)
Fax 202-682-0588

Neighborhood Legal Services
1213 Good Hope Road, S.E.
Washington, D.C. 20020
202-678-2000
Fax 202-889-3374

University Legal Services
300 I Street, N.E.
Washington, D.C. 20002
202-547-0198
Fax 202-547-2662

The Children's Law Center Inc.
1050 Connecticut Avenue, N.W.
Suite 1200 Washington Square
Washington, D.C. 20036-5317
202-467-4900
Fax 202-467-4949

National Coalition for Students with Disabilities
10560 Main Street, Suite 417
Fairfax, VA 22030
703-267-6588
(fax) 703-267-6992

## DOCUMENTED LEVEL OF SERVICE
Complete and attach to MDT/IEP meeting notes

| School | Winston EC | Principal | Ms. Katie Jones | Special Education Coordinator | Ms. M. Henderson |
|---|---|---|---|---|---|

Date 01/27/2003   Case Manager Ms. Glenda Waters        Technical Support Supervisor Ms. Carol Helton

Student T████████   F████████ DOB ████1995 Age 7 Grade 01 ID#        SSN#

Parent Ms. Angelique Moore           Telephone (H) (202) 678-1893       (W)

Address: ████████
Street # Street                            SE    Washington                    DC   20020
                                           Quad  Apt. No.  City                State  Zip Code

REFERRAL SOURCE: (Check)   [X] 120 Day   [ ] Reeval.   [ ] HOD   [ ] SA   [ ] MA   [ ] Annual

[ ] Nonpublic   [ ] Residential   [ ] Citywide   [ ] Courts   [X] Local School   [ ] Other:

Previous least restrictive environment (LRE Setting):   General education classroom setting

---

## JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)
### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | | | |
|---|---|---|---|---|---|
| Allowance of extra 'think time' when awaiting oral response from student or expecting student to follow through with request | Current IEP | Yes [ ] | | No [X] | |
| | Signatures of required participants (MDT notes) | Yes [X] | | | |
| | Intervention Behavior Plan | Yes [ ] | | | |
| | Copies of current class work and homework assignments: | Yes [X] | | | |
| | Medical Reports: | Yes [ ] | | No [X] | |
| | Clinical Reports: | Yes [ ] | | No [X] | |
| | Psychiatric Reports | Yes [ ] | | No [X] | |
| | Medications: | Yes [ ] | | No [X] | |
| | Attendance Record | Yes [X] | | | |
| | Copies of most recent evaluation(s) | Yes [X] | | | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| MDT SEP meeting 10/21/2002 | none |

---

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | [ ] in general education classroom setting | [ ] general educators with consultation from special education staff | [ ] between 0% and 20% of service time |
| 2 | [X] combination general education and resource classroom | [X] combination of general educators, special educators and related service providers | [X] between 21% and 60% of service time |
| 3 | [ ] *out of general education classroom | [ ] special educators and related service providers | [ ] between 61% and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

### Check the level of need as indicated:
DIRECTIONS:

| | |
|---|---|
| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |

### 7. LEVEL OF NEED

| [ ] LOW | [X] MODERATE | [ ] HIGH |
|---|---|---|

07-02-2001                                      Attention: Technical Support Supervisor, Compliance Team

**DOCUMENTED LEVEL OF SERVICE**
Complete and attach to MDT/IEP meeting notes

| | | | | |
|---|---|---|---|---|
| School  Winston EC | Principal  Ms. Katie Jones | | Special Education Coordinator  Ms. M. Henderson | |
| Date  01/7/2003  Case Manager  Ms. Glenda Waters | | Technical Support Supervisor  Ms. Carol Helton | | |
| Student  T____ R____ | DOB ___1995  Age  7  Grade  01  ID# | | SSN# | |
| Parent  Ms. Angelique Moore | Telephone (H) (202) 678-1893 | (W) | | |

Address: ____
Street #    Street

| SE | Washington | | DC | 20020 |
| Quad  Apt. No. | City | | State | Zip Code |

REFERRAL SOURCE: (Check)  [X] 120 Day  [ ] Recval.  [ ] HOD  [ ] S.A.  [ ] MA  [ ] Annual

[ ] Nonpublic  [ ] Residential  [ ] Citywide  [ ] Courts  [X] Local School  [ ] Other:

Previous least restrictive environment (LRE Setting):   General education classroom setting

---

**JUSTIFICATION FOR SETTING CONSIDERATION**
(Submit TAT/MDT Documentation)
SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | | | |
|---|---|---|---|---|---|
| Allowance of extra 'think time' when awaiting oral response from student or expecting student to follow through with request | Current IEP | Yes [ ] | | No [X] | |
| | Signatures of required participants (MDT notes) | Yes [X] | | | |
| | Intervention Behavior Plan | Yes [ ] | | | |
| | Copies of current class work and homework assignments: | Yes [X] | | | |
| | Medical Reports: | Yes [ ] | | No [X] | |
| | Clinical Reports: | Yes [ ] | | No [X] | |
| | Psychiatric Reports | Yes [ ] | | No [X] | |
| | Medications: | Yes [ ] | | No [X] | |
| | Attendance Record | Yes [X] | | | |
| | Copies of most recent evaluation(s) | Yes [X] | | | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| MDT  SEP meeting 10/21/2002 | none |

---

**6. CURRENT SETTING CONSIDERATIONS**

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | [ ] in general education classroom setting | [ ] general educators with consultation from special education staff | [ ] between 0% and 20% of service time |
| 2 | [X] combination general education and resource classroom | [X] combination of general educators, special educators and related service providers | [X] between 21 % and 60% of service time |
| 3 | [ ] *out of general education classroom | [ ] special educators and related service providers | [ ] between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

Check the level of need as indicated:
DIRECTIONS:

| | |
|---|---|
| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |

| 7. LEVEL OF NEED | | |
|---|---|---|
| [ ] LOW | [X] MODERATE | [ ] HIGH |

07-02-2001                          Attention: Technical Support Supervisor, Compliance Team

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____

STUDENT: T██████ F██████    SCHOOL: Winston EC    DATE: 1/27/03

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Katherine Polk | Katherine Polk | Special Education Teacher |
| Angelique Moore | Angelique Moore | mother |
| Dores Shackleford | D. Shackleford | C. Social Worker |
| Rhonda T. Grant | Rhonda T. Grant | Speech/Lang. Pathologist |
| Norretta Henderson | Narretta Henderson | Sp. Ed. Coordinator |
| Schuyler R. Matthews | Schuyler R. Matthews | Teacher - 1st Grade |
| Teresa Erby | Teresa Erby | Psychologist |
| Doretha White | Dretha White | Counselor |

The purpose of this meeting is to review current evaluations and reports to determine student's eligibility for spec. ed. services. Introductions were done. Parents rights reviewed.

Social History completed by D. Shackleford 1/15/03 with mother. Family recently displaced - apartment bldg. living in was sold. Became homeless. Presently living with T█████'s paternal aunt. Father employed - excellent Caretaker. Family has moved several times in recent years. Students attended several schools. T█████ was retained in kindergarten. She was referred because mother was concerned about T█████'s difficulty completing classwork & homework assignments. No behavior concerns noted.

Speech & Language evals done by R. Grant on 11/18/02 & 12/9/02. TOLD P3: Picture Vocab. 05. Relational Vocab. 04; Oral Vocab. 02; Grammatic Understanding 06; Sentence Imitation 08; Grammatic Completion 08. Spoken language 69 = significantly below norm. EOWPVT: Standard score = 70. Suggestions given to mother to help increase vocabulary at home.

page 2

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____

STUDENT: Tiffany F_____    SCHOOL: Winston E.C.    DATE: 1/27/03

PARTICIPANTS: (Print Name)        PARTICIPANTS: (Sign Name)        POSITION

Teacher report by S. Matthews, general ed. teacher.
T_____ is eager learner. Some progress noted since
referral meeting but still not operating on 1st grade level.
More success seen when teacher able to work with her
one on one. Needs a lot of encouragement. Continues
to have difficulty remembering vowel sounds - appears
to have mastered beginning sounds. Improvement seen
in her ability to copy from the board. letter formation
appears age appropriate. T_____, pays attention,
tries hard and won't give up. She recognizes
letters but often can not recall them or read.

Psycho ed evaluated by T. Erby 10/25/02.
WISC III - PIQ 62    WIAT - Reading Comp 1:0
        VIQ 56            Reading Basic K:1
        FS  55            Math Reasoning < K:0
                          Num. Oper. < K:0
                          Spelling   K:1

114

*page 3*

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
**(MDT)**
MEETING NOTES

| MDT |
|---|

MDT REFERRAL DATE: _____

STUDENT: ██████ ██████     SCHOOL: Winston EC     DATE: 1/27/03

PARTICIPANTS: (Print Name)     PARTICIPANTS: (Sign Name)     POSITION

VMI : SS=55 indicating delayed skill level.
Vineland had been requested because of low scores.
Mother asked about ████ vision. She said it was tested
before school and no problems were found. While scores
are consistent w/ MR — improvement noted in class work/
performance recommends considering LD Classification.
Vineland results reported by D. Shackleford.
████ was low in all areas. Strengths noted in
written skills and coping skills. Disparity in
scores.
Team is recommending classification as Learning
Disability. The MDT concurs that █████
is eligible for Special Education services.

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP  Page 1 of 4

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last ~~[redacted]~~    First ~~[redacted]~~    MI

Student ID 9079299    Soc. Sec. No. ~~[redacted]~~    Age: 8    Grade 02

Gender ☐ M ☒ F    Date of Birth ~~[redacted]~~/95    Ethnic Group Black

Address

House No. ___ Street Name ___ Quadrant ___ Apartment #

Washington DC    20020
        City        State  Zip Code

☐ Non-attending

Attending School Garfield ES    Home School Garfield ES

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent Ms. Angelique Moore

Address of (if different from student):   ☒ Parent ☐ Guardian ☐ Surrogate

House No. ___ Street Name ___ Quad ___ Apt. No. ___ City ___ State ___ Zip Code
Telephone: Home ~~[redacted]~~    Work 202-561-8027

### II. CURRENT INFORMATION

Date of IEP Meeting: 1/16/04

Date of Last IEP Meeting: 1/27/03

Date of Most Recent Eligibility Decision: 1/27/03

Purpose of IEP Conference:
☐ Initial IEP    ☒ Review of IEP
☐ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: III

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
|---|---|
| ESY | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | Native Lang | Oral |
| Parent | English | English | English | Native Lang | Rdg./Written |
| Home | English | English | English | Native Lang | Instrument: |
| | | | | | Date: |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr./Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | wks./mos |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | 15 | 15 | | Hrs | W | Special Ed Teacher | | 10 | mos |
| Speech and language | 1 | 1 | | Hr | W | S and L Therapist | | 10 | mos |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL | | | | Hours Per Week | | | | | |

## V. Disability(ies)

Learning Disabled

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☒ 21-60%  ☐ 61-100%

Percent of time NOT in a Regular Education Setting 48%

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below

| | |
|---|---|
| Brenda Stubbs | Brenda Stubbs ADPMEd |
| Jessica R Milton | Sp. Ed. Teacher |
| Angelique Moore | Angelique Moore mother |
| Nana Wooley | Nana Wooley Spec Ed Coord, LEA |
| Takoru P. Ogan-Offor | Regular Ed Teacher |

I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature Angelique Moore    Date 1/16/04

| Student Name | T███ F███ | Managing School | Garfield ES | DCPS - IEP |
| Student ID Number | 90792199 | DOB | Attending School | Garfield ES | Page 2 of 4 |

### VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:**

**Academic Areas: (Evaluator)** Teresa Erby

**Math Strengths:**
T███ is able to solve one step addition problems

**Impact of disability on educational performance in general education curriculum:**
T███ math skills are below grade level

**Reading Strengths:**
T███ reading skills are low averag

**Impact of disability on educational performance in general education curriculum:**
T███ reading skills are below grade level

**Score(s) When Available**
Math Cal. GE = KO
Math Rea. GE = KO
See goal page:
Date: 1/27/03
Rdg. Com GE = 1.0
Rdg. Basic GE = K.1
Written Ex. GE = K.1
See goal page:
Date: 1/27/03

**Communication (Speech & Language) (Evaluator)** Rhonda Brant

**Strengths:**
Strengths were evident through testing in sentence imitation and grammatic completion task. She also has age approp. articulation voice & fluency skills

**Impact of disability on educational performance in general education curriculum:**
Weaknesses were revealed in oral vocabulary skills which impact upon listening, language organization skills

**Score(s) When Available**
Exp. Lang. Total Lang Quotient = 6
Rec. Lang.
Artic WNLS
Voice WNLS
Fluency WNLS
Exp. Voc. SS 70
Rec. Voc. Scale Score 05
See goal page:
Date: 12/09/02

**Motor/Health (Evaluator)** _____
**Strengths:** _____

**Impact of disability on educational performance in general education curriculum:**

**Score(s) /Results When Available**
_____ _____
_____ _____
_____ _____
See goal page:
Date:

**Social Emotional Behavioral Areas: (Evaluator)** _____
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**
_____ _____
_____ _____
_____ _____
See goal page:
Date:

**Cognitive/Adaptive Behavior: (Evaluator)** T███ F███

**Strengths:**
T███ non-verbal abilities

**Impact of disability on educational performance in general education curriculum:**
T███ overall cognitive ability fell within the deficient range.

**Score(s) When Available**
VIQ = 56
PIQ = 62
FSIQ = 55
See goal page:
Date: 1/27/03

**Prevocational Skills: (Evaluator)** _____
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**
_____ _____
_____ _____
See goal page:
Date:

| Student Name | ~~Tevo~~ | | Managing School | Garfield ES | DCPS - IEP |
| Student ID Number | ~~_____~~ | DOB ~~____~~/95 | Attending School | Garfield ES | Page 4 of 4 |

**Additional Comments:**

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in <u>regular education</u>?    Yes    (No)

Explanation for removal out of regular education classroom.

> The student requires small structured environment to accommodate learning needs

## X. Supplementary Aids and Services
### Classroom Needs

| (Do not name products or companies.) | GenEd | SETTING SpEd | Total | FREQUENCY Hrs/Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for <u>testing</u>:     None needed

Timing/Scheduling: Extended time, Breaks
Setting: Small group instruction, preferential seating
Presentation: Read directions aloud, repeated directions
Response:
Equipment:

## XI. STATE AND DISTRICT ASSESSMENTS:

Level I    Tested with non-disabled peers under standard conditions without accommodations.

(Level III)    Tested non-uniform conditions for level III)
Level III (Describe non-standard conditions with permissible accommodations

Level V    Portfolio:

Level II    (Describe accommodations for level II)
Tested under standard conditions with special accommodations.

Level IV    (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

(Reading)                      Physical/Sensory          Transition              **Modifications:**
(Mathematics)                  Social Emotional          Vocational              Language Arts/English
(Written Expression)           Physical Development      Independent Living      Social Sciences
Other:                                                   (Speech/Language)       Biological & Physical Sciences
None        Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.    Fine Arts

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In General Ed. Classroom | Rejected | Continued School failure |
| Out of General Ed. Classroom | Rejected | Impact of Self-Esteem |
| Combination Setting | Accepted | Time away from non-disabled peers |

Modification(s)/Accommodation(s) to address the harmful effects:

> Student requires specialized instruction to remediate learning deficits

Location for Services   Garfield ES

District of Columbia Public Schools     07-02-2001     Division of Special Education     Appendix - A     IEP Page 4 of 4

118

| Student Name | T̶i̶f̶f̶a̶n̶y̶ ̶F̶r̶a̶n̶k̶l̶i̶n̶ | Managing School | Garfield ES | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | | DOB | Attending School Garfield ES | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**     Additional Comments:     Goal Number: [ ]

Area addressed by goal: Academic Area - Reading

**ANNUAL GOAL:** (including mastery criteria.)

. Student will demonstrate 6 months to 1 year growth in the academic area of Reading by mastering short-term goals with 80% accuracy

Provider(s): Special Ed. Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Student will recognize and produce consonant letter sounds at the beginning and ending of words w/ 80% accuracy | | Monthly |
| Student will recognize and produce long and short vowel sounds w/ 80% accuracy | | Monthly |
| Student will learn five site words from the Dolch pre-primer list w/ 80% accuracy | | Monthly |
| Student will write letters of the alphabet upon command w/ 80% accuracy | | Monthly |
| Student will answer comprehension questions orally in class w/ 80% accuracy | | Monthly |
| Student will orally summarize stories read aloud by the teacher w/ 80% accuracy | | Monthly |

**EVALUATION PROCEDURE(S)**

(Portfolio)   Log   Chart   Test   (Documented Observation)   (Report)   Other _____

| Student Name | ~~████████~~ | Managing School | Garfield ES | DCPS - IEP |
| Student ID Number | ~~████~~ DOB ~~████~~/95 | Attending School | Garfield ES | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:    Goal Number: [ ]

Area addressed by goal: **Academic Area — Mathematics**

**ANNUAL GOAL: (including mastery criteria.)**

Student will demonstrate 6 months growth to 1 years growth in the Academic Area of Mathematics with 80% accuracy

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| The student will understand the concept of addition and subtraction with 80% accuracy | | Monthly |
| The student will count rote to 50 with 80% accuracy | | Monthly |
| The student will complete one step addition and subtraction problems with 80% accuracy. | | Monthly |
| The student will tell time to the whole hour 80% accuracy | | Monthly |
| The student will recognize and write numbers 1—50 with 80% accuracy | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

(Portfolio)    Log    Chart    Test    (Documented Observation)    (Report)    Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

120

| Student Name | ~~[redacted]~~ | | Managing School _Garfield_ | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | ~~[redacted]~~ | DOB ~~[redacted]~~ 95 | Attending School _Garfield_ | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:                    Goal Number: [ ]

Area addressed by goal: _Communication_

**ANNUAL GOAL:** (including mastery criteria.)

_Increase vocabulary by 80% and improve receptive and expressive language skills by 80% accuracy_

Provider(s): _Speech Pathologist_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| _[redacted] will:_ | | |
| *demonstrate rhyming skills (supply rhyming word in known nursery rhyme, generate rhyming words, match rhyming words etc.) | | monthly |
| *demonstrate phonemic awareness at the word level (sort pictures by beginning sound, identify which of four words does not begin with the same sound as the others) | | monthly |
| *demonstrate segmentation skills (i.e. tap out syllables, of familiar nursery rhymes etc. | | monthly |
| *isolate (orally) words and phonemes | | monthly |
| *identify and use words that name objects | | monthly |
| *identify and use words that name actions | | monthly |
| *identify and use words that describe objects (adverbs, adjectives) | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    (Documented Observation)    Report    Other _____

## DOCUMENTED LEVEL OF SERVICE (PERM)
### Complete and attach to MDT/IEP meeting notes

School **Garfield E.S.**     Principal **Viola Smith**     Special Education Coordinator **Woolery**

Date **1/6/03**  Case Manager **Jessica K. Milton**     Technical Support Supervisor

Student _____     DO ___ 95 Age **8**  Grade **2**     ID# **907929** SSN#

Parent **Angelique Moore**     Telephone (H) _____     (W) _____

Address: _____     **Washington DC     2002.0**
Street # | Street | Quad | Apt. No | City | State | Zip Code

REFERRAL SOURCE: (Check)  ☐ 120 Day  ☐ Reeval.  ☐ HOD  ☐ SA  ☐ MA

☐ Nonpublic  ☐ Residential  ☐ Citywide  ☐ Courts  ☒ Local School  ☐ Other:

Previous least restrictive environment (LRE Setting):

---

## JUSTIFICATION FOR SETTING CONSIDERATION
### (Submit TAT/MDT Documentation)
### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| Extended Time | Current IEP | Yes ☒ | No ☐ |
| Small group Instructions | Signatures of required participants (MDT notes) | Yes ☒ | |
| | Intervention Behavior Plan | Yes ☐ | |
| | Copies of current class work and homework assignments: | Yes ☒ | |
| | Medical Reports: | Yes ☐ | No ☒ |
| | Clinical Reports: | Yes ☐ | No ☒ |
| | Psychiatric Reports | Yes ☐ | No ☒ |
| | Medications: | Yes ☐ | No ☒ |
| | Attendance Record | Yes ☒ | |
| | Copies of most recent evaluation(s) | Yes ☒ | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| See MDT Note | None |

---

## 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☒ combination general education and resource classroom | ☒ combination of general educators, special educators and related service providers | ☒ between 21% and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61% and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

### Check the level of need as indicated:
### DIRECTIONS:

| | |
|---|---|
| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |

## 7. LEVEL OF NEED

| ☐ LOW | ☒ MODERATE | ☐ HIGH |
|---|---|---|

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT ████ ██████          SCHOOL Garfield ES   DATE: 1/16/04

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Angelique Moore | Angelique Moore | mother |
| Mana Woolery | Mana Woolery | Sp. Ed. Coord, LEA |
| Brenda Stubbs | Brenda Stubbs | Speech Pathologist |
| Jessica R Milton | | Sp. Ed. Teacher |
| Nakoru P. Ogan-Offor | | Regular Ed. 2nd grade teacher |

The MDT determined that ████ continues to
meet the criteria for special education services,
she will receive the following services in efforts
to meet her academic needs.

Specialized Instructions  15
Writing, Reading, and Written Expression

Related Services: Speech Therapy  1 Hr Weekly

Setting: Combination General Education & Resource Classroom

Location: Garfield ES

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____    MEETING DATE: 1/16/04

STUDENT: T‐‐‐‐ F‐‐‐‐    SCHOOL: Garfield ES

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Dakory P. Ogan-Offor | A.P. Offor | 2nd Grade classroom teacher |
| Brenda Stubbs | Brenda Stubbs | Special Pathologist |
| Maria Woolery | Maria Woolery | Spec Ed Coord, LEA |
| Angelique Moore | Angelique Moore | mother |
| Jessica R. Milton | J.R. Milton | Special Ed Teacher |
| | | |
| | | |
| | | |

This annual meeting is being held to determine if T‐‐‐‐ continues to require specialized instructions and related services. The parent was provided a procedural manual and explained it's content. She signed a receipt acknowledging that this information was provided.

T‐‐‐‐ was transferred from Winston the beginning of this school year. The MDT determined that she meets the criteria of LD.

THE PARENT ☑ IS PRESENT ☐ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT_____

☐ CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____          MULTIDISCIPLINARY TEAM (MDT)          Page: ____ of ___
                                    CONTINUATION MEETING NOTES
                                    MEETING TYPE: __MDT/Annual__

STUDENT: T___ F_____     SCHOOL: Garfield E_____     DATE: 1/16/04

Parent

The DCPS staff voiced concerns about the disability received while at Winston. Her score reflect mildly deficient, thus we contacted Winston to obtain the MDT which reflect the discussion at the meeting.

The parent revealed that she had concerns regarding T_____ problems. She brought up MR in the meet but the team determined LD.

Special education teacher, Ms. Milton, has noticed low functioning in all areas. She day dreams and demonstrates poor receptive and expressive skills. The regular education teacher concurs. Ms. Milton added that she is functioning at an intellectual deficient range. Ms. Milton added that it is important that we get the correct disability so that correct services can be offered.

Regular Ed Teacher

Ms. Offor express concern regarding T_____ academic abilities. Ms. Offor stated that T_____ can not understand the simplest directions. In math she is functioning at the Kindergarten level. In reading, T_____ can not/has not been graded. When it comes to writing, T_____ will not try. She becomes frustrated thus, Ms. Offor has encouraged

125

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____

**MULTIDISCIPLINARY TEAM (MDT)**
**CONTINUATION MEETING NOTES**
MEETING TYPE: MDT/Annual

Page: ____ of ___

STUDENT: T___ F___    SCHOOL: Garfield ES    DATE: 1/16/04

Special Education Teacher

T___

Reading— She avoids reading. She is unable to identify beginning sounds and lacks phonic skills

Writing— T___ is experiencing problems writing. She takes a long time transferring information onto her paper from the board. Her words are spaced out and sometimes off the line, and she does not write what she sees.

Math    T___ is performing below grade level in the area of math. She continues to require help with processing

The MDT determined that T___ continues to meet the criteria for special education services with DCPS.

The MDT further suggests that T___ received cognitive and academic testing to R/O MR.

The MDT will also refer T___ for an OT eval to R/O any problems in this area.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: MDT/Annual

Page: _____ of ___

STUDENT: ████████████ SCHOOL: Garfield ES    DATE: 1/19/04

████████ progress in language therapy has been
minimal she has a wonderful spirit but
does not focus or remember many new
skills. She should receive language therapy
once weekly for 60 minute intervals in small
group sessions. Brenda Smiles SLP M.Ed

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

**MULTIDISCIPLINARY TEAM (MDT)**

**PRIOR NOTICE**

Check Purpose:
- [ ] Initial Evaluation
- [ ] Initial Placement
- [ ] Reevaluation
  - [ ] Change in Category Exit
  - [ ] Related Service Add
  - [ ] Related Service
  - [ ] Change in Placement
  - [✓] Other  Annual

Date __1/16/04__

Student __T___ F___     DOB __95__

School __Garfield ES__

Current Disability Category __Learning Disabled__

Setting __Combination General Education & Resource Classroom__

Dear __Ms. Moore__

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
- [✓] Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
- [ ] Other _____

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)
- [ ] Your child is not eligible for special education service(s).
- [ ] Your child is eligible or continues to be eligible to receive special education services as a student with __Learning Disability__
- [✓] Your child will begin receiving __Speech/language Therapy__ as a related service(s).
- [ ] Your child will no longer receive _____ as a related service(s).
- [ ] Your child's category of disability is being changed from _____ to _____
- [ ] Your child's alternative placement on continuum (next setting) is being changed.
      from _____ to _____
- [ ] Your child is no longer eligible and will be exited from the special education program.
- [ ] Other: _____

**Description and Explanation of agency action proposed or refused.**

The MDT determined that T___ would benefit from a Combination general education & Resource classroom.

**Description of Other Options Considered and reasons for rejection of each option**

The MDT denied out of general education and out of neighborhood school, as neither meets the academic needs of T___

Other relevant factors to the decision- _____

MDT Members:
- [✓] Principal or Designee
- [✓] Parent
- [ ] Student
- [ ] Social Worker
- [✓] General Education Teacher
- [✓] Special Education Teacher
- [✓] Speech and Language
- [ ] *LEA & Interpreter (*may be one)
- [ ] Psychologist
- [ ] Other: _____

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact __Mana Wbokery__ at __698-1600__ (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

128

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

INTENT Page 1

## NOTICE TO PARENT OF INTENT TO EVALUATE/REEVALUATE

Date: Ms. Moore

To Ms. Moore
3321 22nd St SE
WDC 20020
Telephone: (H) 2002 678-1893

Ref ~~T___~~ ~~F___~~
DOB ~~___~~ 95
ID # ·9079299
(W) 202-561-8027

Dear Ms. Moor

The District of Columbia Public Schools is requesting that _____ be available for testing for the following tests, on the indicated date, at the school.

| ASSESSMENT | ASSESSOR | TEST INSTRUMENT | TEST DATE ASSIGNED | ADMINISTERED |
|---|---|---|---|---|
| ☒ Psychological | Chandrai Jackson | | | |
| ☐ Speech/Language | | | | |
| ☐ Social History | | | | |
| ☐ Audiological | | | | |
| ☐ Vision Screening | | | | |
| ☐ Medical | | | | |
| ☒ Educational | Jesica Milton | K-TBA | 1/16/04 | |
| ☐ Hearing Screening | | | | |
| ☐ Other | Other: | Other: | Other: | |

### LIST OF TESTS WITH DESCRIPTIONS

☐ **Bayley Scales of Infant Development-II** – an individually administered instrument that measures motor, mental and social development in infants and children from 1 month to 42 months of age.

☐ **Bender Visual Motor Gestalt Test** – measures perceptual motor skills to determine visual-motor gestalt functioning and neurological soft-signs in ages 4 to 12 years using the Koppitz Scoring System.

☐ **Children's Apperception Test** – a projective story-telling technique for personality evaluation in ages 5 to 10 years.

☐ **Clinical Evaluation of Language Functions - III** – assesses the child's language functioning including processing and production.

☐ **Conner's Parent and Teacher Rating Scales** – a paper-and-pencil instrument measuring problem behaviors of children and adolescents as reported by the child's teacher, parents, or alternate caregiver.

☐ **Developmental Test of Visual Motor Integration (VMI)** – assesses visual perception and motor coordination in ages 3 years and up using a more structured booklet format.

☐ **Expressive One Word Picture Vocabulary Test** – assesses the child's single word expressive vocabulary.

☐ **Fisher-Logemann Test of Articulation Competence** – assesses articulation proficiency with single sounds, consonant blends, and vowel production.

☐ **Goldman-Fristoe Test of Articulation** – assesses the production of consonants in simple and complex contexts.

Parent's Signature Angelique Moore

## NOTICE TO PARENT OF INTENT TO EVALUATE/REEVALUATE

INTENT Page 2

Student ██████ F███████     DOB ████95   Age 8   Grade 2   ID 9079299

- [ ] **Goodenough-Harris Drawing Test** - a projective drawing procedure measuring intellectual perceptual-motor maturity and personality through the use of drawings of self and a member of the opposite sex in ages 3 to 15. 11 years.
- [ ] **House-Tree-Person** - a projective drawing technique providing insight into personality structure, physical concerns, and social-emotional adjustment in children and adolescents.
- [ ] **Kaufman Assessment Battery for Children** - assesses the ability to solve problems using simultaneous and sequential metal processes in four global areas: Sequential Processing, Simultaneous Processing, Mental Processing, and Achievement.
- [x] **Kaufman Test of Educational Achievement (KTEA) -** an individually administered instrument measuring achievement skills in reading decoding, mathematics applications, spelling, reading comprehension, and mathematics computation.
- [ ] **Kinetic Family Drawing** - a projective drawing technique measuring one's perception of her family and her role within the family.
- [ ] **Oral Peripheral Speech Examination** - a procedure to determine whether the examinee can appropriately use the lips, tongue, mouth, etc.
- [ ] **Peabody Individual Achievement Test-Revised (PIAT-R) -** an individually administered test measuring achievement in areas of general information, reading recognition, reading comprehension, spelling, written expression, and mathematics.
- [ ] **Peabody Picture Vocabulary Test-Revised -** individually administered, multiple choice test measuring nonverbal, receptive vocabulary.
- [ ] **Preschool Language Scale** - measures auditory comprehension and verbal ability skills.
- [ ] **Receptive One Word Picture Vocabulary Test** - assesses the child's single word receptive vocabulary.
- [ ] **Rorschach Psychodiagnostic Test** - a projective measure y which one's responses to inkblots reveal personality structure, ego strengths and reality testing in ages 3 and older.
- [ ] **Test of Language Development Primary - Revised (TOLD-P) -** measures primary language proficiency and specific strengths and weaknesses in language skills.
- [ ] **The Vineland Adaptive Behavior Scales** - assesses adaptive and social competency skills.
- [ ] **Thematic Apperception Test** - a projective story-telling technique for personality evaluation in older children and adolescents.
- [ ] **Wechsler Adult Intelligence Scale-III (WIAS III) -** an individually administered test designed to measure the intelligence of individuals ages 16 and over.
- [ ] **Wechsler Individual Achievement Test (WIAT) -** a commonly used individually administered instrument designed assess the educational achievement of children and adolescents in areas of basic reading, mathematics reasoning, spelling, reading comprehension, numerical operations, listening comprehension, oral expression, and written expression.
- [ ] **Wechsler Intelligence Scale for Children-III (WISC III) -** commonly employed individually administered test designed to measure the intelligence of individuals ages 6 1/2 to 16 1/2 years.
- [ ] **Wechsler Preschool and Primary Scale of Intelligence-Revised (WPPSI-R)** - measures specific mental abilities and processes in ages 4 1/2 to 6 1/2 years.
- [ ] **Woodcock-Johnson Psycho-Educational Battery** - a diagnostic and evaluation instrument composed of twenty-seven tests divided into three major parts: tests of cognitive ability, tests of achievement, and tests of interests.
- [ ] **Classroom Observation** - assesses present functioning of the student within the classroom environment.
- [ ] **List other tests with descriptions:**

Other factors that are relevant to be included:

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**MDT**

### CONSENT FOR EVALUATION - INITIAL OR REEVALUATION
(*CHECK ONE ONLY - INITIAL OR REEVALUATION)

**I.    INITIAL EVALUATION CONSENT    ☐**

As a result of the review of the screening information at the MDT meeting on _____
it was determined in a MDT meeting that your child, _____
is in need of a full and individual evaluation to assist us in developing the most appropriate educational
program. You have been provided a copy of the "Procedural Safeguards - Parental Rights" booklet. We
would like to remind you at this time that:
- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all
  necessary action to provide an appropriate program and may be required to initiate due
  process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) in Section III.

**II.    REEVALUATION    ☑**

The MDT received the following request for a reevaluation for ~~Teffon Franklin~~ _____
by /for a:    ☑ parent request        ☒ teacher request        ☐ 3 year reevaluation
The MDT will collect supportive documentation in the area of the disability to determine the need for
continued special education and related services. The school is required to only evaluate in those areas of
documented need or consensus of the MDT (parent is a member of team). Parents have the right to
request assessments to determine if the child continues to be a child with a disability. DCPS may
reevaluate your child, without your consent, if the school district can demonstrate that it has taken
reasonable steps to get parental consent and the parent has not responded.
- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all
  necessary action to provide a Free Appropriate Public Education program and may be
  required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) on the student
  evaluation plan (SEP)

**III.**    I give permission for District of Columbia Public Schools to proceed with the evaluation(s) based on the
Student Evaluation Plan (attached ) for my child, ~~Teffon Franklin~~

Within a reasonable period of time days after completion of the evaluation, we will hold another MDT meeting (to which
you will be invited) to determine if your child is eligible for special education and related services. The written reports of all
procedures administered will be provided to you at that meeting, along with explanations and interpretations. We will use
this information to determine an appropriate program for your child. If records are to be obtained/released as part of
this evaluation, the "Consent for Release of Records" form is completed and attached.
If you have questions or concerns at any time during the evaluation process, feel free to contact me
at 698-1600 _____ (telephone number).

☐ INITIAL EVALUATION                    ☒ REEVALUATION

Parent Response Section:

☐ I agree to the proposed evaluation(s)            ☐ I do NOT agree to the proposed evaluation(s)

_Angelique Moore_ _____            _1/16/04_ _____
Parent/Guardian Signature                            Date

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
825 North Capital Street, N.E., 6ᵗʰ Floor
Washington, D.C. 20002-4232

<u>Caring for Our Students with Disabilities</u>
<u>A Procedural Manual for Parents</u>

**RECEIPT**

I, _Angelique Moore_ , received a copy of *A Procedural*
(Parent/Guardian Name)

*Manual for Parents* from _Marra Wooley_ /Title _Spec. Ed Coordinator_
(Person Issuing Document)

at _Garfield ES_ .
(School)

_1 , 16 , 04_
(Date)

_Angelique Moore_
Parent/Guardian Signature

**(This receipt is to remain in a designated file in the school.)**

*16*                                                     132

**District of Columbia Public**
**Schools Division of Special**
**Education Washington, D.C.**

### NEW ADDENDUM MEETING PAGE
Attach to the IEP and check the box on page one.

Student Name ▓▓▓▓▓▓▓▓    DOB ▓▓ 95    DATE 3/24/04

Student ID Number _____    School Garfield ES

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Anselsor Moore | Angelique Moore | mseeher |
| Maria Wooley | Maria Wooley | Spec Ed Coord, DEA, Desgn |
| Jessica R. Miller | J. Riffer M | Sp. Ed. Teacher |
| Dakoru Ogan - Offor | J. P. Offor | classroom teacher. |

**INSTRUCTIONS:** Use this addendum, in an IEP/MDT meeting, when changing levels of services on an IEP section or part. Discipline service providers must participate in the meeting. Attach addendum to the IEP and check the appropriate box on page one.

**Purpose of this meeting is to:**

To include Extend School Year (ESY) services to current I.E.P.

### SERVICES TO BE ADDED TO THE IEP

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr/Min | D/W/M | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks/mos | DATE ADDED mm/dd/yyyy |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | | 15 | 15 | Hr | W | Spec. Ed Teacher | 07/16/03 | 10 mos | 3/24/04 |
| Speech Therapy | | 1 | 1 | Hr | W | Speech Therapy | 07/16/03 | 10 mos | 3/24/04 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL** | | | | Hours Per Week | | | | | |

CURRENT IEP : Percent of time in Special Services
0-20%    21-60%    61-100%

THIS ADDENDUM : Percent of time in Special Services
0-20%    21-60%    61-100%

**Describe:**

The MDT determined that T▓▓▓▓ would benefit from ESY services.

PARENT SIGNATURE FOR ADDITION(S) APPROVAL: Angelique Moore    DATE: 3/24/04

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

CONFIRMATION OF MEETING NOTICE

Date: 3/24/04

Aadigue Moore
**Parent / Guardian Name**

RE: ~~Th____ F_____~~

SCHOOL: Garfield

_____
**Street # Street          Quad   Apt No.**

ID NO.: 909439|

Washington DC 20020
**City                    State Zip Code**

DOB: ~~____~~96

Dear Ms Moore

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. Your child's meeting is scheduled as follows:

Date: 4/14/04    Time: 10:00    Place/Location: Garfield ES
2435 Alabama Ave SE
WDC 20020

The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Invited participants are listed under MDT members.

**\*The purpose of this meeting is to:**

- [x] develop/review IEP(including consideration of extended school year (ESY) services
- [ ] **\*\***review evaluation or reevaluation information
- [x] develop the student evaluation plan (SEP)
- [ ] discuss documented levels of service
- [ ] **\*\***review records to support the completion of services as follows:
- [ ] discuss placement
- [ ] determine manifestation
- [ ] discuss eligibility
- [ ] **\*\***discuss CompEd
- [ ] **\***consider transition services needs
- [ ] discuss quarterly review
- [ ] behavior plan review

  - [ ] Graduated  [ ] Completed Services  [ ] Aged Out  [ ] Transferred Out of District  [ ] Dropped Out
  - [ ] Other: _____

**\*\*Placement will be discussed.**

MDT Members:
- [x] Principal or Designee
- [x] Parent
- [ ] LEA Representative
- [ ] Student
- [x] General Education Teacher
- [ ] Special Education Teacher
- [ ] Speech and Language
- [ ] Social Worker
- [ ] Psychologist
- [ ] Other: _____
- _____
- _____
- _____

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

\* _____    \* _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact Mana Woolery at 678-7601 (school telephone number).

Sincerely,

134

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____       MULTIDISCIPLINARY TEAM (MDT)        Page: _____ of ___
                                    CONTINUATION MEETING NOTES
                                    MEETING TYPE: MDT

STUDENT: ~~T██ F██k██~~    SCHOOL: Garfield ES    DATE: 3/24/04

Special Education teacher revealed that T██
Would benefit from ESY Services as she has
experiencing problems recouping following
interruptions in the school program. Ms. Melton,
the parent and other MDT members agree
with this plan.

**District of Columbia Public Schools**
**Division of Special Education**

## IEP ADDENDUM FOR ESY SERVICES

Student Name: _____ Initial _____ Date of Birth: _____/95

Gender: ☐ Male ☒ Female                          Grade _2_

School: Garfield E.S.              Date IEP Written V/16/04

**Checklist:**

|  |  | Yes | No |
|---|---|---|---|
| 1. | IEP is appropriate and reasonable for student | ☒ | ☐ |
| 2. | All or most IEP goals and objective are being achieved | ☐ | ☒ |
| 3. | Severity of student's disability requires individualized programming in areas of : | ☒ | ☐ |
|  | • Self sufficiency and independence from caretaker or |  |  |
|  | • Written Expression, Reading, Math |  |  |
| 4. | Student record shows serious regression following interruptions in the school program. | ☒ | ☐ |
| 5. | Student record shows inability to recoup skills a reasonable time following regression. | ☒ | ☐ |
| 6. | Student has critical need for continuity in programming to facilitate achieving educational benefit from her or his education program. | ☒ | ☐ |
| 7. | Transportation services needed | ☐ | ☒ |

**Determination**

After review the IEP team **RECOMMENDS** the provision of an extended school year program for the above student.     ☒ ☐

**Reason**

The student shows regression in skills learned following interruptions in the school program, and the student doesnot demonstrate recouping skills ability in a reasonable time.

136

## Special Education Goal and Objective for ESY

Goals and objectives from the IEP which are to be specifically addressed during ESY are:

| Annual Goal(s) | Skills Area(s) |
|---|---|
| The student will recognize and produce consonant letter sounds at the beginning/ending of words with 80% accuracy | Reading |
| The student will learn Dolch words on the preprimer Word list with 80% accuracy | Reading |
| The student will tell time to the whole hour with 80% accuracy | Mathematics |
| The student will write weekly spelling words from the stimulus board w/ 80% accuracy | Writing |

### Special Education Services for ESY

| Skills Area(s) | *Setting | RELATED SERVICES | | | Projected Date of Initiation | Number of Weeks |
|---|---|---|---|---|---|---|
| | | Time to be Provided | | | | |
| | | Amount | Unit ( Hours/ Mins ) | Period ( D/ W/ M.) | | |
| Specialized Instruction | B | 15 | hrs | Week | 6-28-04 | 4 |
| Speech & Language | B | 1 | hr | Week | 6-28-04 | 4 |

* Setting : A - Full Time General Education; B - Combo. General Education / Resources Classroom ; C - Out of Regular Education

### ESY Least Restrictive Environment (LRE)

| | |
|---|---|
| [✓] Placement as in regular school year | |
| [ ] Placement different from regular school year | Hours/Week |

Placement
Specify placement (setting and alternate) of ESY service:


Explain why options selected above are the most appropriate and the least restrictive.


Describe any other options considered, and provide reasons those options rejected.


| Parent Name | Date | Signature |
|---|---|---|
| Angelique Moore | 3/24/04 | Angelique Moore |

137

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
825 North Capital Street, N.E., 6th Floor
Washington, D.C. 20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT

I, __Angelique Moore_____, received a copy of *A Procedural*
    (Parent/Guardian Name)

*Manual for Parents* from __Marta Wooleny____ /Title __Spec. Ed. Coord, LEA, Designee__
                  (Person Issuing Document)

at __Garfield_____.
      (School)

                    __3__,__24__,__04__.
                         (Date)

                    *Angelique Moore*
                    Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)

16

138