Neil P. Schiff, Ph.D., P.C.
4545 Connecticut Avenue, N.W., Suite 309
Franklin, D.C. 20008
(202) 244-8614

Name: Tiffany Franklin
CASE NO:    122588
Sex:    F
Date of Birth: ███95
Date of Testing: 1/3/05

## REFERRAL:

Tiffany was referred for a general evaluation of her psychological functioning to determine her eligibility for Social Security Benefits.

## TESTS ADMINISTERED:

Interview and Evaluation
Wechsler Intelligence Scale for Children-IV (WISC-IV)

## TEST RESULTS:

Wechsler Intelligence Scale for Children-IV (WISC-IV)

**Composite Scores Summary**

| Scale | Sum of Scaled Scores | Composite Score | Percentile Rank | Qualitative Description |
|---|---|---|---|---|
| Verbal Comprehension (VCI) | 5 | 50 | <0.1 | Extremely Low |
| Perceptual Reasoning (PRI) | 14 | 67 | 1 | Extremely Low |
| Working Memory (WMI) | 11 | 74 | 4 | Borderline |
| Processing Speed (PSI) | 8 | 68 | 2 | Extremely Low |
| Full Scale (FSIQ) | 38 | 56 | 0.2 | Extremely Low |

**Verbal Comprehension Subtest Scores Summary**

| Subtests | Scaled Score | Test Age Equiv. | Percentile Rank |
|---|---|---|---|
| Similarities | 1 | <6:2 | 0.1 |
| Vocabulary | 3 | <6:2 | 1 |
| Comprehension | 1 | <6:2 | 0.1 |

**Perceptual Reasoning Subtest Scores Summary**

| Subtests | Scaled Score | Test Age Equiv. | Percentile Rank |
|---|---|---|---|
| Block Design | 5 | <6:2 | 5 |
| Picture Concepts | 5 | 6:6 | 5 |
| Matrix Reasoning | 4 | <6:2 | 2 |

Name: Tiffany Franklin
CASE NO:     122588
Sex:    F
Date of Birth: ▨/95
Date of Testing:  1/3/05

**Working Memory Subtest Scores Summary**

| Subtests | Scaled Score | Test Age Equiv. | Percentile Rank |
|---|---|---|---|
| Digit Span | 7 | 6:2 | 16 |
| Letter-Number Sequencing | 4 | <6:2 | 2 |

**Processing Speed Subtest Scores Summary**

| Subtests | Scaled Score | Test Age Equiv. | Percentile Rank |
|---|---|---|---|
| Coding | 5 | <8:2 | 5 |
| Symbol Search | 3 | <8:2 | 1 |

## PSYCHOLOGICAL EVALUATION

Name: T████ F████████
CASE NO:    0122491
Sex:    F
Date of Birth: ████/89
Date of Testing:  12/23/04

Interview and Evaluation:

T████ F████████ is an engaging, 9-year, 0-months old, African-American female, of average height and weight, who arrived on time for her testing appointment. She was brought to the office, by public transportation, by her mother, Ms. Angelique Moore. She was neatly groomed and dressed in clothing appropriate for the season and situation. Gait was unremarkable, and she was able to enter the office without assistance. She looked her given age. Ms. Moore was a reliable historian. As described by her mother, T████ has a history of significant learning and behavior problems. Areas of concern include academic difficulties (e.g., very poor reading skills), short attention span, not listening, temper tantrums when she does not get her way, fighting with her siblings, low frustration tolerance, poor comprehension, poor self-esteem (particularly regarding her academic achievement), and having an "attitude problem." She is currently enrolled in the 3rd grade at Stanton Elementary School, where she has been recommended for special education accommodations, per her last IEP. Her mother believes that she is receiving no more than 30 minutes of resource assistance per day, and has made little academic progress over the course of the school year. In addition, Ms. Moore has learned through other children, and through T████ siblings, that she is being bullied and allegedly even "beaten up" by other children at the school. She hopes to work with the school system to find a better placement for her daughter. T████ previously attended Garfield Elementary School, where she demonstrated significant learning problems, and was "held back" in the second grade. Her first IEP evaluation was completed by DCPS when she was in the 3rd grade.

T████ was the full-term product of an uncomplicated pregnancy and vaginal delivery. Developmental milestones were within normal limits for motor skills, but mildly delayed for speech and language. As a toddler and young child, she was described as affectionate and outgoing. She demonstrated significant learning problems as early as kindergarten (Winston Elementary School). Medical history is unremarkable, and she was in good health at the time of the evaluation. T████ resides with her mother and two younger brothers (ages 6 and 8). She also has an older brother (age 23), who is currently incarcerated.

During the current evaluation, T████ was mildly fidgety and restless, but was generally attentive to the required tasks. She had no significant difficulty separating from her mother in order to complete the testing. Vision and hearing appeared to be adequate

for testing purposes. Affect was full-ranged and appropriate; mood was euthymic. There was no indication of disordered thinking or psychotic process. Throughout the evaluation, she appeared to have significant difficulty comprehending instructions presented to her, frequently requiring repetition, examples, and extra support (where allowed by test instructions). Verbal expression skills were significantly below expectations for her age. Speech was notable for articulation (phonological) problems. She tended to fall silent when unable to respond to test items, and looked somewhat downcast at such times. With some encouragement and redirection, she was able to complete all subtests presented to her. The current evaluation appears to be a valid estimate of her overall abilities and functioning.

<u>Test Interpretation:</u>

Based on this administration of the WISC-IV, T██████ current overall functioning (FSIQ) is in the Extremely Low/Mentally Retarded range of intelligence. Estimated potential is likely to be commensurate with that range. Her performance is being compared to age-mate-peers (individuals within a range of several months around her age). Using the Composite Scores that summarize the factors comprising the WISC-IV, T██████ performance on the Verbal Comprehension Index (VCI), which assesses verbal reasoning and verbally acquired knowledge, was found to be in the Extremely Low range. On the Perceptual Reasoning Index (PRI), which measures fluid reasoning, visual-spatial problem solving, and attentiveness to visual detail, her ability also fell within the Extremely Low range, but was relatively stronger than her verbal ability level. Within the subtests comprising the VCI, T██████ demonstrated significantly underdeveloped skills for her age in all areas (Extremely Low range), including her verbal abstract reasoning (Similarities), word knowledge (Vocabulary), and her social judgment and reasoning (Comprehension). On the PRI, she demonstrated significantly weak skills (Extremely Low range) on a test of her nonverbal abstract reasoning (Matrix Reasoning). Her visual conceptualization ability (Picture Concepts) and her application of logic to spatial relationship problems (Block Design) were relatively more strongly developed, and fell in the Borderline range.

Her performance on the Working Memory Index (WMI), which assesses capacity to process or manipulate information "in your head" prior to providing a response, placed her at the Borderline range, indicating an area of mild strength relative to the other broad measures of her intellectual functioning. Lastly, T██████ obtained a score within the Extremely Low range on the Processing Speed Index (PSI), reflecting another area of significant weakness for her. Processing speed refers to how quickly an individual is able to process the information necessary to accurately complete a task, and includes visual-motor speed, scanning ability, and fine motor skills.

In summary, T██████ F██████ is an engaging, 9-year, 0-months-old female, with a history of learning and behavior problems. She currently appears to be functioning in the Extremely Low range, with significantly underdeveloped verbal skills and nonverbal abilities. Her nonverbal skills were noted to be relatively stronger than her verbal abilities. T██████ obtained a score within the Borderline range on the Working Memory Index (WM) indicating a relative strength for her, while her Processing Speed Index

173

(PSI) fell in the Extremely Low range, a significant weakness. The results of this testing suggest that T▆▆▆▆ is in need of intensive academic remediation within a structured and supportive setting, in order to help her acquire more proficient verbal expression and learning skills, and to maximize her cognitive potential. As a minor, T▆▆▆▆ will require adult management of any financial benefits awarded in her behalf.

Diagnosis:

Axis I:     315.9    Learning Disorder NOS
            314.01   Attention-Deficit Hyperactivity Disorder,
            Predominately Inattentive Type
            315.39 Phonological Disorder
Axis II:    317      Mild Mental Retardation
Axis III:   Developmental delays (speech and language)


*Ronnie Siddique*

Ronnie Siddique, Ph.D.
Graduate Psychologist

*Neil P. Schiff*

Neil P. Schiff, Ph.D.
Licensed Psychologist

174

04/10/2003  16:49   3016521663    H    PAGE  04

**MEREDITH P. BRANSON, PH.D.**
Licensed Psychologist
5612 Spruce Tree Avenue
Bethesda, Maryland 20814
(301) 365-6565
Fax: (301) 767-3943

## CONFIDENTIAL PSYCHOLOGICAL EVALUATION

| | |
|---|---|
| **Name:** | T▓▓▓▓▓ F▓▓▓▓▓ |
| **Date of Birth:** | ▓▓▓▓1995 |
| **Age:** | 9 years, 4 months |
| **Date of Evaluation:** | 4/1/2005 |
| **Date of Report:** | 4/4/2005 |

### Reason for Referral

T▓▓▓▓ was brought for an evaluation by her mother. The purpose of the evaluation was to gather information about T▓▓▓▓ current level of cognitive functioning in order to help with planning for her future educational needs.

### Background Information

T▓▓▓ is a 9 year old girl who lives in Washington, D.C. with her mother, Angelique Moore. She is currently enrolled in the 3rd grade at Stanton Elementary School in the District.

T▓▓▓▓ educational career began at Winston Elementary School. Significant learning problems were observed at an early age. T▓▓▓ repeated kindergarten. When she was in the 1st grade, she was referred to the school's educational management team because of concerns about her learning and lack of academic progress. Her initial coding was that of a student with specific learning disabilities and she received 15 hours per week of specialized instruction and ½ hour per week of speech-language intervention.

In 2nd grade, T▓▓▓ was moved to Garfield Elementary School. Because of a "regression in skills" following the summer break, T▓▓▓ was deemed eligible to receive extended year services. Testing was first conducted by DCPS in October, 2002. Results revealed overall cognitive functioning in the deficient range on the WISC-III. Speech-language assessments yielded borderline/deficient scores on tests of expressive and receptive vocabulary.

I

Tiffany continued to struggle with schoolwork. The Multi disciplinary team (MDT) requested additional testing in 2004 to determine whether Tiffany's coding should be changed from learning disabled to mentally retarded. Tiffany had a psychological evaluation, conducted by DCPS (Terrance Beason, M.Ed.) on April 30, 2004. She was administered the Wechsler Abbreviated Scale of Intelligence (WASI). Tiffany's overall score on the WASI fell within the Deficient range (Full Scale IQ=68). She performed within the deficient range on the Verbal Scale and her Performance IQ fell within the borderline range.

Tiffany's academic skills were also assessed by Mr. Beason using selected subtests from the Wechsler Individual Achievement Test-Second Edition (WIAT-II) battery. She performed within the deficient range on a test of word decoding and sight word recognition. Tiffany's computational math skills fell within the borderline range; math reasoning abilities were weaker, in the extremely low range, as were her spelling skills. Her WIAT-II scores were at a level which would be consistent with her Full Scale IQ score on the WASI.

On a measure of adaptive functioning (Vineland Survey Form), administered in June, 2004, Tiffany's mother provided information about her daughter's communication skills, daily living skills, and socialization skills. Tiffany's overall Adaptive Composite fell below the 1st percentile for a child her age. Scores on all three domains were well below average.

In 2005, Tiffany was evaluated by Dr. Neil Schiff, under the auspices of the Rehabilitation Services Administration of the D.C. government. Tiffany's performance on this administration of the WISC-IV resulted in deficient scores on both the Verbal and Performance subscales. As a result, her Full Scale IQ fell within the deficient range when her scores were compared with scores of others her same age.

At a meeting to re-evaluate Tiffany's Individual Education Plan in June, 2004, the multi-disciplinary team (MDT) recommended a change in Tiffany's coding status from "learning disabled" to "mentally retarded" due to "test results which revealed deficient intellectual skills." Tiffany was transferred to Stanton Elementary School for the 2004-2005 school year; however, there were no changes made in the nature or level of services provided to her. Tiffany currently receives 20 hours per week of special education services and one hour per week of speech-language services.

**Tests Administered and Evaluation Methods**

Bender Gestalt Visual Motor Test
Clinical Interview with Tiffany

2

176

Comprehensive Test of Nonverbal Intelligence (CTONI)
Developmental Test of Visual-Motor Integration (VMI—Test of Visual Perception
Human Figure Drawings
Oral and Written Language Scales (OWLS)
Woodcock-Johnson III Tests of Cognitive Abilities
Behavioral Observations
Record Review

### Behavioral Observations

Ti██████ was accompanied to the evaluation by her mother. She presented as a happy, pretty, slender 9 year old girl. Ti██████ was well dressed and well groomed. She greeted the examiner appropriately and showed visible pleasure when complimented for her nice appearance.

Ti██████ easily separated from her mother to accompany the examiner into the testing room. She seemed eager to engage in activities with the examiner. She had a very pleasant nature and she demonstrated good manners. For example, when given a box of pretzels for a snack, she repeatedly offered to share them with the examiner as she worked.

It was not difficult to develop a good rapport with Ti██████. She willingly complied with all tasks presented and she appeared eager to please. When the first task was presented, Ti██████ spontaneously remarked: "I don't know how to read." She seemed relieved when she was told that she was not going to have to try any reading. Her first task was to draw a person. When her first effort did not please her, Ti██████ asked for a second piece of paper. She worked intently and produced a figure of a young girl ("This is me!"). When she finished her drawing, she wrote her first and last names on the top of the paper.

Throughout the evaluation, Ti██████ was mildly restless. She liked to shift positions in her chair and she worked best when given several short breaks to say "hi" to her mother or to replenish her snack supply. A good work period was about 20 to 25 minutes. On nonverbal tasks, especially, Ti██████ had a tendency to be impulsive and to offer her responses quickly without taking the time to scan all of the choices carefully enough.

During the sample (teaching) items on the CTONI, she was shown how to move her finger slowly across all of the items and to look at all of the options before making her choice of the best one. After a few trials in which she did this, she was praised a great deal and she was then able to generalize this working style to other tasks that were presented to her later in the testing session. Ti██████ also seem ed to do best when tasks were presented in a game-like fashion and with some extra animation on the

3

177

examiner's part.

T███████ was a pleasure to test. It is the opinion of this examiner, however, that T███████ performance may well have been affected by some attentional issues which exist independently of her cognitive weaknesses. These attentional issues may have an impact upon her performance levels.

**Findings**

**General intellectual functioning** was assessed with the Comprehensive Tests of Nonverbal Intelligence (CTONI) as well as with subtests from the WJ-III Tests of Cognitive Abilities (WJ-COG). Because of some variability in T███████ previous test scores on tests of her nonverbal skills, the focus of the present evaluation was to examine her visual perceptual skills, spatial planning, and nonverbal reasoning abilities more closely.

The CTONI is one of the instruments most frequently used to assess nonverbal thinking skills in individuals. In addition to an overall score (Nonverbal IQ), two scales look at nonverbal thinking with pictures (Pictorial Nonverbal IQ) and with geometric designs (Geometric Nonverbal IQ). Instructions for this test can be given either through pantomime or with minimal verbal directions. This examiner chose to use pantomime in order to minimize any effects that T███████ language issues might have upon her performance.

There are three broad domains of thinking skills which the CTONI assesses and for each domain, one subtest utilizes pictures and the other subtest utilizes geometric shapes/designs. One domain assessed T███████ ability to complete analogies. A second domain assessed her ability to recognize pictures and designs based upon categorical similarities. Subtests from the third domain required her to complete sequences of pictures or designs.

T███████ performed within the average range on 5 of the 6 subtests. Her strongest score was earned on the Geometric Analogies subtest, on which her score ranked at the 50th percentile for her age. On tests of pictorial analogies, pictorial categories, geometric categories, and pictorial sequences, T███████ performed consistently within normal limits; all subtest score fell at the 25th percentile. She earned a low average score on the Geometric Sequences subtest (9th percentile). This was the last subtest given and fatigue and/or attentional difficulties may have affected her performance here.

On the CTONI, T███████ Pictorial Nonverbal IQ of 87 fell within the low average range (19th percentile). Her Geometric Nonverbal IQ score (83) fell at the weak end of the low average range. Overall, her composite score of 86 was low average, relative to others her age (18th percentile).

4

178

Because of these identified strengths, several subtests from the WJ-COG III battery were also administered to examine T▮▮▮▮ visual-spatial skills and nonverbal reasoning abilities.

T▮▮▮ performed well on the Spatial Relations task and, in fact, her score of 103 fell solidly within the average range. On this test, T▮▮▮▮ was asked to point to two or three pieces that were needed to form a target shape.

The Visual Perception test from the Developmental Test of Visual-Motor Integration (VMI) revealed comparable findings to those described above. On this task, T▮▮▮▮ had to point to like-designs. There were no motoric requirements. Her score of 82 was low average and ranked at the 12th percentile.

**Visual-motor integration skills** were further assessed with human figure drawings and with the Bender Gestalt Motor Test.

T▮▮▮▮ drawing of a girl contained most of the items expected in a drawing of a child her age, as well as some extra details (e.g., pupils in the eyes, eyebrows, details on the clothing). Her drawing was scored, developmentally, in the low average range (SS=84; 13th percentile).

In contrast, when T▮▮▮ was asked to draw complex figures, her score was significantly weaker. The Bender Gestalt Test is a paper-and-pencil test. T▮▮▮ was asked to copy a progressively more complex series of shapes and designs from a model. Her total score (T=51) fell within the deficient range.

**Language skills** were screened with the Listening Comprehension and Oral Expressions subtests from the Oral and Written Language Scales (OWLS) battery as well as with selected subtests from the WJ-III Cognitive battery.

T▮▮▮▮ overall score of 71 on the OWLS fell within the borderline range. On the Listening Comprehension test, she had to listen to orally presented information and then point to one of four pictures which best depicted the information that she had heard. Her score of 72 was equivalent to that of typical 6 year old child. On the Oral Expression subtest, she was asked to formulate oral responses to a vareity of demands. Her score of 73 was at a 6 year, 1 month old level.

On th WJ-COG battery, T▮▮▮▮ scores were highly variable. She had great difficulty with the Verbal Comprehension subtest which required her to name pictured objects. Her score of 65 fell within the deficient range and was consistent with her assessed Verbal IQ on the WISC-IV. On the General Information subtest, she had to provide answers to a series of questions which tapped her general verbal knowledge. Again, T▮▮▮▮ score of 68 was very poor and ranked at only the 2nd percentile for her age.

5

Interestingly, however, Tiffany performed strongly on the Retrieval Fluency test. This was a timed test of her ability to provide words within specific categories (e.g., foods/drinks, first names of people, animals). She was given one minute for each category. Tiffany became quite enthused with this test and her score of 88 fell within the low average range (20th percentile).

However, her performance was weaker on the Rapid Picture Naming test (SS=70; 2nd percentile). This was a timed test of her ability to name pictured objects on a page. Behavioral observations indicate that attentional difficulties interfered with the quality of Tiffany's performance. She had trouble sustaining focused attention for the entire 2 minutes. Several times, she became distracted by the pictures and wanted to talk about items.

**Memory skills** were evaluated with the Picture Recognition, Visual-Auditory Learning, and the Memory for Words subtests from the WJ-III Cognitive battery.

Picture Recognition provided a measure of Tiffany's visual memory skills. She was shown pictured objects on a page. After a short delay, she had to point to the picture(s) seen from a group of distractors. Her score of 82 fell within the low average range, at the 11th percentile. Tiffany did poorly on a test, Visual-Auditory Learning, which assessed her ability to learn, store, and remember pictographic representations of words. Her score of 65 fell within the deficient range (1st percentile).

Tiffany did well on the Memory for Words subtest. Here, she simply had to repeat back lists of unrelated words. Her score of 92 was average (30th percentile).

**Processing Speed** was assessed with two subtests from the WJ-COG battery. Processing Speed refers to the speed and efficiency with which Tiffany was able to carry out several cognitive tasks. Her Processing Speed Composite score of 67 was very weak and ranked at only the 1st percentile.

Her highest score within this domain was earned on the Decision Speed subtest (SS=74; 4th percentile). Tiffany had to scan rows of pictures and then mark the two pictures in each row which were alike, conceptually. On the Visual Matching task, she had to scan rows of numbers and circle the two numbers in a row which were the same. Her score (68) on this test was far below average.

**Summary and recommendations:**

Tiffany is a 9 year, 4 month old girl who was brought for an evaluation by her mother in order to gather additional information about Tiffany's areas of strength and need. Ms. Moore is concerned about her daughter's lack of academic progress and feels that Tiffany needs a more intensive educational program .

6

180

Tiffany is currently enrolled in the 3rd grade at Stanton Elementary School in the District of Columbia. Tiffany repeated kindergarten and, when she was in the 1st grade, she was identified as a child with significant learning disabilities and she was deemed eligible to receive special education services. In 2004, DCPS changed Tiffany's coding from "learning disabled" to "mentally retarded." At the time of this evaluation, Tiffany was receiving 20 hours per week of special education services and one hour per week of speech-language services.

Tiffany presented as a happy, pretty, well dressed youngster. She easily separated from her mother and appeared motivated to work with the examiner. Several observations are important to note about Tiffany's performance. First of all, Tiffany responded very favorably to a structured testing situation, but one in which she was given several short breaks. Secondly, Tiffany was mildly restless and impulsive. While the restlessness was easily accommodated by giving her short breaks and letting her choose her "work position" (standing next to the testing table or sitting), her impulsivity clearly interfered with her test-taking performance. When she was given prompts to slow down and to look at all of the choices given to her, her performance was stronger. Finally, Tiffany performed better when the tasks were presented in a game-like fashion that heightened her interest and focusing abilities.

Tiffany performed consistently within the low average range on the Comprehensive Test of Nonverbal Intelligence. Her composite score (86) ranked at the 18th percentile. Additional subtests from the WJ-III Tests of Cognitive Abilities replicated these findings as did her performance on the Beery Test of Visual Perception. In addition, Tiffany's human figure drawing was scored developmentally and it, too, reflected cognitive functioning in the low average range.

Tiffany struggled on tests of processing speed, long-term retrieval, and verbal abilities. Her scores on subtests administered during this evaluation are consistent with prior findings.

Findings from this evaluation clearly indicate that Tiffany should NOT be identified as a student with mental retardation for educational purposes. The significant discrepancy observed between her performance on verbal tasks (WISC-IV) versus her average/low average performance on comprehensive assessments which focused entirely upon her nonverbal problem solving skills, nonverbal abstract thinking, and her understanding of visual-spatial relationships (CTONI) is indicative of intellectual strengths that have not previously been identified.

Tiffany's profile is one of a child who has significant language processing and production problems, memory issues and, most likely, attentional difficulties which further affect her ability to learn and perform in school. Interestingly, Tiffany also demonstrated some areas of strength (average scores for her age) on several verbal

tests that were administered (word fluency, memory for words) as well as an average score on a test of picture memory. These "scatter" scores may represent some skills that have not been observed on a regular basis because her attentional problems have masked them.

Finally, it is important to note that T█████ has not had the benefit of an intensive, language-based learning environment. She has had only limited speech-language therapy and, in her present setting, she is being instructed as if she were mentally retarded.

Based upon these findings, the following recommendations are offered for T█████:

(1) T█████ should be enrolled in a full-time, self-contained special education classroom for students with significant language-based learning disabilities. The classroom should have a low student:teacher ratio and speech-language therapeutic services should be integrated into her daily routine and not just provided in a "pull-out" fashion. A program such as that which is offered at the Katherine Thomas School is recommended.

(2) An occupational therapy evaluation is recommended in order to gather additional information about T█████'s visual-motor integration skills and to determine whether she would be a good candidate for OT services. This recommendation is based upon the significant discrepancy which was observed between T█████ average/low average scores on tests of visual perception and spatial relations versus her deficient scores on tests which required her to integrate visual and motor skills..

(3) T█████ should continue to receive extended year services in order to maximize her learning and minimize the losses in skills which often occur during the long summer break.

(4) It is recommended that T█████ be evaluated in order to rule in/out the possibility of an attention deficit disorder which has been missed because her behaviors (restlessness, distractibility) have been solely attributed to her cognitive delays. Behavioral observations during this evaluation suggest that T█████, when better focused and less impulsive, is able to perform better than tests scores might indicate.

(5) T█████ should be encouraged to participate in some activities with typical peers.

I have enjoyed working with T█████ and her mother.

*Meredith P Branson, Ph.D.*

Meredith P. Branson, Ph.D.
Licensed Psychologist
State of Maryland #03179

8

182

### ADDENDUM OF SCORES

### COMPREHENSIVE TEST OF NONVERBAL INTELLIGENCE (CTONI)

| SUBTEST | %ILE | STANDARD SCORE |
|---|---|---|
| Pictorial Analogies | 25th | 8 |
| Geometric Analogies | 50th | 10 |
| Pictorial Categories | 25th | 8 |
| Geometric Categories | 25th | 8 |
| Pictorial Sequences | 25th | 8 |
| Geometric Sequences | 9th | 6 |
| Pictorial Nonverbal IQ=87 | 19th percentile | Low Average Range |
| Geometric Nonverbal IQ=83 | 13th percentile | Low Average Range |
| Nonverbal IQ=86 | 18th percentile | Low Average Range |

### BEERY TEST OF VISUAL PERCEPTION

SS=82                          12th percentile                 Low Average Range

### WOODCOCK-JOHNSON III TESTS OF COGNITIVE ABILITIES (WJ  COG)

See attached computer print out

### HUMAN FIGURE DRAWING

SS=84                          13th percentile

### ORAL AND WRITTEN LANGUAGE SCALES (OWLS)

Listening Comprehension SS=72          Borderline range
Oral Expression SS=73                  Borderline range
Oral Composite SS=71                   Borderline range

9

## SCORE REPORT

Name: franklin, T██████              School: Stanton E.S.
Date of Birth: ██████/1995
Age: 9 years, 4 months              Grade: 3.7
Sex: Female
Date of Testing: 04/01/2005          Examiner: Meredith Branson, Ph.D.

**TABLE OF SCORES:** *Woodcock-Johnson III Tests of Cognitive Abilities*
Norms based on age 9-4

| CLUSTER/Test | RAW | AE | EASY to DIFF | | RPI | PR | SS(68% BAND) |
|---|---|---|---|---|---|---|---|
| **VERBAL ABILITY (Ext)** | – | 5-9 | 4-9 | 6-8 | 20/90 | 1 | 65 (61-69) |
| COMP-KNOWLEDGE (Gc) | – | 5-9 | 4-9 | 6-8 | 20/90 | 1 | 65 (61-69) |
| L-T RETRIEVAL (Glr) | – | 5-7 | 4-3 | 7-8 | 65/90 | 0.2 | 57 (53-61) |
| VIS-SPATIAL THINK (Gv) | – | 7-4 | 5-6 | 11-9 | 83/90 | 27 | 91 (86-96) |
| PROCESS SPEED (Gs) | – | 6-9 | 6-2 | 7-4 | 13/90 | 1 | 67 (65-70) |
| **COGNITIVE FLUENCY** | – | 5-10 | 4-11 | 6-10 | 27/90 | 1 | 64 (62-66) |
| Verbal Comprehension | – | 5-5 | 4-7 | 6-5 | 20/90 | 1 | 65 (60-70) |
| Visual-Auditory Learning | 42-D | 4-11 | 4-0 | 6-1 | 36/90 | 1 | 64 (60-67) |
| Spatial Relations | 54-D | 10-2 | 6-10 | >25 | 92/90 | 57 | 103 (98-107) |
| Visual Matching | 22-2 | 6-11 | 6-6 | 7-5 | 6/90 | 2 | 68 (64-71) |
| General Information | – | 5-3 | 4-6 | 6-3 | 17/90 | 1 | 64 (58-70) |
| Retrieval Fluency | 41 | 7-4 | 4-1 | 22 | 86/90 | 20 | 88 (81-94) |
| Picture Recognition | 17-B | 5-8 | 4-3 | 7-10 | 65/90 | 11 | 82 (76-88) |
| Decision Speed | 16 | 6-5 | 5-9 | 7-3 | 26/90 | 4 | 74 (71-78) |
| Memory for Words | 15 | 7-8 | 6-6 | 9-1 | 72/90 | 30 | 92 (86-99) |
| Rapid Picture Naming | 59 | 4-11 | 4-5 | 5-6 | 2/90 | 2 | 70 (68-71) |

# CURRICULUM VITAE

**PERSONAL
INFORMATION**: Meredith P. Branson

**ADDRESS**:       7252 Greentree Road
                   Bethesda, Maryland  20817
                   (H) (301) 767-3944
                   (O) (301) 365-6565

**PROFESSIONAL LICENSURE**:
                   State of Maryland (#03179)
                   District of Columbia (#1818)

**EDUCATION**:

                   University of Maryland; College Park
                   Ph.D., 1994; School Psychology
                   APA-approved program

                   University of Maryland; College Park
                   M.S., 1987
                   Marriage and Family Therapy,
                   AAMFT-approved program

                   New York University
                   M.A., 1976
                   Special Education

                   Cambridge University, England (1974-1975)
                   One year course of study (non-degree status)
                   (program in developmental psychology)

                   Mount Holyoke College, South Hadley, Mass.
                   1964-68; A.B., 1968

**PROFESSIONAL
EXPERIENCE**:

1997-present **Psychologist;** Private Practice
             **Bethesda, Maryland**
             Assessment; child and family therapy

2004-present Adjunct Faculty
             Howard University Department of Psychology

Providing clinical supervision to
Ph.D. candidate

1997-2004 **Medical Faculty**
**Georgetown University Hospital**
**Department of Pediatrics**
Eating Disorders Team (1/2 day per week)
Adolescent Medicine Clinic (1/2 day per week)

**1995-1999** **Georgetown University Hospital Child**
**Development Center**
Washington, D.C.
Clinical Faculty: Psychologist and Research
Instructor, Department of Pediatrics
Georgetown University Hospital
Director, Learning Disabilities Service/
Neuropsychological evaluations

9/93-8/95 **Georgetown University Hospital Child Development Ce**
Washington, D.C.
Pre and Postdoctoral Fellowships in Clinical Child
Pediatric Psychology

**Montgomery County Public School System**
9/91-6/92 Rockville, Maryland.
Apprenticeship in school psychology.

9/87-8/89 **Family Therapist**
Frederick County Department of Mental Health
Frederick, Maryland

9/85-8/86 **Family Service Center, University of Maryland.**
Internship program: Marriage and Family Therapy.

8/81-9/84 **Educational Director**
National Children's Center
Washington, D.C.

8/78-7/81 **Program Coordinator**
Deaf/Blind Project (Department of HEW grant)
National Children's Center

9/76-6/78 **Teacher**

186

St. Joseph's School for the Deaf
Bronx, New York

2/69-9/74    **Legislative Assistant**
U.S. House of Representatives
Washington, D.C.


Professional Associations: American Psychological Association
Maryland Psychological Association
Montgomery County Association of Practicing Psychologists



# Therapeutic Day School

8519 Tuttle Road
Springfield, Virginia 22152
(703) 451-8041 Telephone (703) 569-5365 Fax

Elaine McConnell
  Chief Executive Officer
Matthew McConnell
  General Counsel
Julie Warden, M.S.
  Educational Director
Ann Warnke, M.S., CCC
  Assistant Educational Director
Melissa Deichman, Ph.D.
  Co-Clinical Director
Nancy McKenna, Ph.D.
  Co-Clinical Director
Arlene Ring, M.A. CCC/SLP
  Speech Pathology Director
Jennifer Baldwin, MA, ATR-BC
  Art Therapy Director
Patrice Brown, OTR/L
  Occupational Therapy Director
Janice Gombo, B.S.
  Transitional Specialist
Julie Oaks
  Admissions

April 4, 2005

Ms. Angelique Moore
3321 - 22nd Street, SE
Washington, DC 20020

RE: T█████ F██████
DOB: ████91

Dear Ms. Moore:

We are pleased to inform you that we have accepted T█████ to Accotink Academy to begin as soon as possible with the current 2004-05 school year. T█████ will be placed in a small (approx. 3:1) student teacher ratio classroom. Services that will be provided to T█████ will be based on the incoming IEP until evaluations/recommendations can be made at the parents' review meeting. Recommendations for support services could include psychological counseling and speech and language sessions.

You will be contacted soon by a representative of this student's treatment team to arrange for you to visit the school to meet with the Accotink Academy personnel who will be working with T█████. Please call Ann Warnke, Assistant Director of Education, or myself if you have any questions concerning placement or program needs.

Please complete the enclosed Enrollment Form, Physical Examination Form, and the Authorization for Use of Creative Productions Form and return to Diane Lips on or before the first day of arrival. It is essential that we have the physical form and immunization record on file before student attends any classes. We look forward to working with T█████.

Sincerely,

Julia Oaks
Admissions Officer

Enclosures
cc: Catholic University Columbus School of Law
ATTN: Tracey Johnson
VIA FAX: 202-319-6780

188



# THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

May 3, 2005

Rashida Chapman, Esq.
D.C.P.S. Office of General Counsel
825 North Capitol St. NE
Washington, DC 20002

RE: T█████ F█████, DOB ███-95
Hearing Date: 5-11-05

**Supplement to Hearing Request**
**Amended Disclosures**

2005 MAY -2 PM 12: 44
OFFICE OF THE
GENERAL COUNSEL

Dear Ms. Chapman:

We are writing to clarify that at the hearing on May 11, 2005 we intend to address DCPS's failure to properly diagnose T████ F█████ in accordance with their duty to identify, locate and evaluate children with disabilities per 5 DCMR 3002.1(a). The failure to evaluate is addressed in the original March 1, 2005 Hearing Request. DCPS failed to provide a complete evaluation of T████ F█████ resulting in her misdiagnosis as Mentally Retarded. A more complete evaluation including non-verbal testing would have revealed that T████ F█████ is Learning Disabled and should be tested for Attention Deficit Hyperactivity Disorder. The misdiagnosis is directly related to the failure to design and implement a proper IEP and recommend an appropriate placement.

Additionally, we plan to seek a Compensatory Education award for T████ F█████ for the period of time from September 2003 to the present, when she was denied a Free and Appropriate Education as required by the Individuals with Disabilities Act. This period covers her second grade year at Garfield and her third grade year at Stanton. We request that T████ receive those services necessary to allow her to reach the level of educational achievement she would be at had she been provided FAPE as required.

We still plan to address all of the issues discussed in the March 1, 2005 Hearing Request and ESY services for T████ F█████ at Accotink Academy this summer.

189

This letter also serves to supplement our original disclosures provided on 4/4/05.
Our additional disclosures include:
T███████ F████████ # 19 - WIAT Scores, Testing performed 4/19/05
T███████ F████████ # 20 - Letter to Norman Brooks, Principal Stanton Elementary.

Please contact us if you have any questions or to discuss the possibility of settlement.


Sincerely,

Stacy L. Brustin, Esq.


Sarah Bagley
Legal Intern


Theresa Vogel
Student Attorney


CC: DCPS Student Hearing Office


190

# WIAT -

**To:** Lacy Brustin / Theresa Vogel / Sarah Bagley

**From:** M Branson

**Individual Performance Summary Report**

Wechsler Individual Achievement Test
Second Edition

Examinee: T█████ F█████
Grade: 3   Sex: Female
Examiner: MEREDITH BRANSON
**Summary Report**

Date Tested: 4/19/2005
Date of Birth: ███ 1995
Age: 9 years 4 months
**Age Based Scores**

| WIAT-II Subtests | Standard Score | Composite Standard Score | Confidence Interval 95% | Percentile | Age Equivalent | Grade Equivalent | Other NCE |
|---|---|---|---|---|---|---|---|
| **Reading** | | | | | | | |
| Word Reading | 49 | | 45- 53 | <0.1 | 5:8 | K:8 | <1 |
| Reading Comprehension | 64 | | 58- 70 | 1 | <6:0 | 1:1 | <1 |
| Pseudoword Decoding | 69 | | 64- 74 | 2 | 4:0 | PreK5:0 | 6 |
| Composite Score (Sum of Subtest SS) | 182 | 53 | 50- 56 | 0.1 | | | <1 |
| **Mathematics** | | | | | | | |
| Numerical Operations | 67 | | 57- 77 | 1 | 7:0 | 1:5 | 4 |
| Math Reasoning | 59 | | 51- 67 | 0.3 | 6:0 | K:9 | <1 |
| Composite Score (Sum of Subtest SS) | 126 | 58 | 51- 65 | 0.3 | | | <1 |
| **Written Language** | | | | | | | |
| Spelling | 61 | | 54- 68 | 0.5 | 6:0 | K:9 | <1 |
| Written Expression | | | | | | | |
| Composite Score (Sum of Subtest SS) | | | | | | | |
| **Oral Language** | | | | | | | |
| Listening Comprehension | | | | | | | |
| Oral Expression | | | | | | | |
| Composite Score (Sum of Subtest SS) | | | | | | | |
| Total Composite Score (Sum of All Subtest Standard Scores) | | | | | | | |

| Supplemental Scores | Raw Score | Quartile | Decile |
|---|---|---|---|
| **Reading** | | | |
| Reading Comprehension | 64* | N/A | |
| Target Words | | N/A | |
| Reading Speed | | N/A | |
| **Written Expression** | | | |
| Alphabet Writing | | | |
| Word Fluency | | | |
| Word Count | | | |
| Holistic Score (Paragraph or Essay) | | | |
| **Oral Expression** | | | |
| Word Fluency | | | |

*Represents standard score.

**Reading Rate**



1 2 3 4

1 - Far below average to below average
2 - Below average to average
3 - Average to above average
4 - Above average to far above average

THE PSYCHOLOGICAL CORPORATION

Copyright © 2001 by The Psychological Corporation, a Harcourt Assessment Company.

Page 1 of 1

191



**CUA**

## THE CATHOLIC UNIVERSITY OF AMERICA

*Columbus School of Law*
*Columbus Community Legal Services*
*Washington, D.C. 20064*
*202-319-6788*
*Fax 202-319-6780*

April 15, 2005

Mr. Norman Brooks
Principal, Stanton Elementary
2701 Naylor Road, S.E.
Washington, DC 20020-7223

RE: Request for records - T████ F██████ (Student ID# 9079299)

Dear Mr. Brooks:

We are student attorneys representing Angelique Moore, T████ F██████ mother, in a
pending special education matter. T████ is currently in the 3rd grade at Stanton
Elementary School in Ms. Rivera's class. We have previously requested all of T████
records in your possession pursuant to the Individuals with Disabilities Act, in a letter
dated December 16, 2004. We would like to request a copy of any documentation
regarding physical altercations or threats of altercations involving T████ and her fellow
classmates. Ms. Moore will also be requesting these materials.

We would also like to request an opportunity to discuss with you, Ms. Moore, our
supervising attorney Stacy Brustin, and any other staff you feel would be appropriate,
T████ current situation at Stanton. In an effort to avoid any further altercations
involving T████ at Stanton Elementary, we would like to discuss what arrangements
could be made to insure her safety while at school. Please contact us so that we can
arrange a meeting during the week of April 18th through April 22nd. We understand how
busy you and your staff are during the school year and we appreciate your efforts to
discuss this situation with us and provide the necessary records.

Sincerely,

Stacy L. Brustin, Esq.

Sarah Bagley                    Theresa Vogel
Legal Intern                    Student Attorney

192

D.C. PUBLIC SCHOOLS
LEGAL SERVICES BRANCH

2005 MAR -8 AM 9:07

RECEIVED

TRANSMISSION VERIFICATION REPORT

```
TIME  : 03/07/2005 16:33
NAME  : STUDENT HEARINGS.OFF
FAX   : 2024425556
TEL   : 2024425432
SER.# : BROH3J608601
```

| | |
|---|---|
| DATE,TIME | 03/07  16:33 |
| FAX NO./NAME | 93196780 |
| DURATION | 00:00:28 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# District of Columbia Public Schools
## *Office of Compliance*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8ᵀᴴ Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



### HEARING NOTICE

| MEMORANDUM VIA: [ ] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |
|---|

TO:  Parent (or Representative):  **S. BRUSTIN**    Fax No.: **319-6780**

LEA Legal Counsel:  **J. SCHREIBMAN**

RE: ~~F_____  T_____~~    and (LEA) DOB: ~~____~~/95
      Student's Name

FROM:  **SHARON NEWSOME**
       Special Education Student Hearing Office Coordinator

DATE SENT:  **3/7/05**

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
**3/1/05**    . Please be advised that the hearing has been scheduled for:

DATE:  **4/12/05**

TIME:  **9:00 Am & 11:00 Am**

193