IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.F., et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>         Defendants. | Civil Action No. 1:06CV00954 (RJL)<br><br>**DECLARATION OF EDWARD M. MATHIAS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, Edward M. Mathias, declare as follows:

1. I am an attorney with the law firm of Covington & Burling LLP, counsel of record for Plaintiffs in the above-captioned action. I submit this affidavit in support of Plaintiffs' Motion for Summary Judgment.

2. Exhibit A to this Declaration contains true and correct copies of letters sent by Plaintiffs' counsel Robert I. Berlow to Hearing Officer Charles Jones on October 27, 2005 and November 18, 2005.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of October, 2006.

                                                                    _____
                                                                     Edward M. Mathias