IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.F., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>        Defendants. | Civil Action No. 1:06CV00954 (RJL)<br><br>**DECLARATION OF EDWARD M. MATHIAS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

# Exhibit A

Exhibit A

**ROBERT I. BERLOW**
**ATTORNEY AT LAW**
**805 FAIRFIELD ESTATES COURT**
**CROWNSVILLE, MD 21032**
(301) 912-2281
robertberlow@comcast.net

October 27, 2005

Hearing Officer Charles Jones
C/O D.C.P.S. Student Hearing Office

VIA FACSIMILE

Re: Tiffany Franklin DOB 12-8-95 Hearing Date: 5-11-05 HOD: 5-25-05

Dear Mr. Jones:

    This is to follow up your telephone call and my replies. I am sorry we have been unable to speak.

    I understand your message to be that we may file affidavits along with the memorandum that you indicated last week should be filed and that this should be done in lieu of a hearing on the question of compensatory education. I am prepared to proceed in this fashion.

    However, for two reasons I ask that you allow us until Friday December 2, 2005 to file. First, I have subsequently learned that one of my witnesses is about to leave the country, is swamped with work, and will be away until November 14. Second, because I did not do the initial hearing in this matter and have now learned that a transcript is not available I will be required to try to reconstruct what occurred at that hearing by talking to people who did participate. To the extent there may have been relevant evidence presented I may need to present it again in the aforementioned affidavits.

    Respectfully submitted,

Robert I. Berlow
Supervising Attorney
Columbus Community Legal Services
The Catholic University of America

Attorney for Angelique Moore

✓Cc via email: Rashida Chapman, Esq.

Exhibit A

**ROBERT I. BERLOW**
**ATTORNEY AT LAW**
**805 FAIRFIELD ESTATES COURT**
**CROWNSVILLE, MD 21032**
**(301) 912-2281**
**robertberlow@comcast.net**

November 18, 2005

Hearing Officer Charles Jones
C/O D.C.P.S. Student Hearing Office

VIA FACSIMILE

Re: Tiffany Franklin DOB 12-8-95

Dear Mr. Jones:

    This is to follow up your telephone call and my reply of November 14, 2005. I am sorry we keep missing each other.

    As I said in my message to you I am amenable to pursuing the compensatory education portion of this case by memorandum and affidavit. I believe we had agreed to follow that procedure in the last conference call we had with DCPS counsel.

    If you would like to convene another conference call I will be in my Maryland office today until about 1:30 and then will be leaving town. I have a minor surgical procedure scheduled for Monday and will be unavailable all day. I may be available Tuesday.

    If you issue an order to proceed by memorandum and affidavit I would ask that we be allowed until 5:00 P.M. on Wednesday December 7, 2005 to file.

Respectfully submitted,

Robert I. Berlow
Supervising Attorney
Columbus Community Legal Services
The Catholic University of America

Attorney for Angelique Moore

Cc via facsimile: Rashida Chapman, Esq.