# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.F., *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :  Civil Action No. 06-0954 |
| | :  (RJL) |
| DISTRICT OF COLUMBIA, *et al.* | : |
| | : |
| Defendants. | : |

## DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO FILE OPPOSITION AND CROSS MOTION

Defendants, by and through counsel, pursuant to Fed. R. Civ. P. 6 (b)(1), respectfully move this honorable Court for an extension of time, up to and including December 15, 2006, to file their Opposition to plaintiffs' Motion for Summary Judgment and their Cross Motion for Summary Judgment, which are currently due on November 30, 2006. The parties are currently engaged in settlement discussions and anticipate concluding them favorably within the next two weeks. Accordingly, in the interest of judicial economy defendants request a brief extension of time. Plaintiffs consent to this motion.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Assistant Attorney General
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
E-mail – maria.merkowitz@dc.gov

November 27, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
T.F., *et al.*,                                    :
                                                   :
                 Plaintiffs,                       :
                                                   :
v.                                                 :        Civil Action No. 06-0954
                                                   :        (RJL)
DISTRICT OF COLUMBIA, *et al.*                     :
                                                   :
                 Defendants.                       :
_____

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Fed. R. Civ. P. 6 (b)(1)

2. The inherent powers of the court.

3. Plaintiffs' consent to this motion.

                          Respectfully submitted,

                          EUGENE A. ADAMS
                          Interim Attorney General
                          for the District of Columbia

                          GEORGE  C. VALENTINE
                          Deputy Attorney General
                          Civil Litigation Division

                          /s/ Edward P. Taptich
                          EDWARD P. TAPTICH [012914]
                          Chief, Equity, Section 2

                          /s/ Maria L. Merkowitz
                          MARIA L. MERKOWITZ [312967]
                          Senior Assistant Attorney General
                          441 4th Street, N.W.
                          Sixth Floor North
                          Washington, DC 20001
                          (202) 442-9842
                          E-mail – maria.merkowitz@dc.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

T.F., *et al.*,                                          :
                                                         :
            Plaintiffs,                                  :
                                                         :
v.                                                       :         Civil Action No. 06-0954
                                                         :         (RJL)
DISTRICT OF COLUMBIA, *et al.*                          :
                                                         :
            Defendants.                                  :

## ORDER

Upon consideration of Defendants' Consent Motion for an Extension of Time, up to and including December 15, 2006, within which to file an Opposition to plaintiffs' Motion for Summary Judgment and to file a Cross Motion for Summary Judgment, and the entire record herein, it is this _____ day of _____ 2006, hereby

ORDERED, that Defendants' Motion is GRANTED; and

IT IS FURTHER ORDERED: that Defendants may file their Opposition to plaintiffs' Motion for Summary Judgment and their Cross Motion for Summary Judgment on or before December 15, 2006.

_____

Judge Richard J. Leon