UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.F., *et al.*, : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 06-0954 (RJL) |
| DISTRICT OF COLUMBIA, *et al.* : | |
| Defendants. : | |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION
OF TIME FOR DEFENDANTS TO FILE OPPOSITION
AND CROSS MOTION**

Defendants, by and through counsel, pursuant to Fed. R. Civ. P. 6 (b)(1), respectfully move this honorable Court for an extension of time, up to and including December 22, 2006, to file their Opposition to plaintiffs' Motion for Summary Judgment and their Cross Motion for Summary Judgment, which are currently due on December 15, 2006. As grounds for said request, the undersigned states that the parties are currently engaged in settlement discussions and believe it would be in the best interest of judicial economy to grant an extension of time at this date. Plaintiffs have consented to this extension of time and will not be prejudiced by the delay.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Assistant Attorney General
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
E-mail – maria.merkowitz@dc.gov

December 8, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.F., *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 06-0954 |
| : | (RJL) |
| DISTRICT OF COLUMBIA, *et al.* : | |
| : | |
| Defendants. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. Fed. R. Civ. P. 6 (b)(1)

2. The inherent powers of the court.

3. Plaintiffs' consent to this motion.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Assistant Attorney General
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
E-mail – maria.merkowitz@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.F., *et al.*,                           :<br>                                           :<br>        Plaintiffs,                       :<br>                                           :<br>v.                                         :<br>                                           :<br>DISTRICT OF COLUMBIA, *et al.*            :<br>                                           :<br>        Defendants.                       :  | Civil Action No. 06-0954<br>(RJL) |

**ORDER**

Upon consideration of Defendants' Consent Motion for an Extension of Time, up to and including December 22, 2006, within which to file an Opposition to plaintiffs' Motion for Summary Judgment and to file a Cross Motion for Summary Judgment, and the entire record herein, it is this _____ day of _____ 2006, hereby

ORDERED, that Defendants' Motion is GRANTED; and

IT IS FURTHER ORDERED: that Defendants may file their Opposition to plaintiffs' Motion for Summary Judgment and their Cross Motion for Summary Judgment on or before December 22, 2006.

_____
Judge Richard J. Leon