UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
T.F., *et al.*,                                            :
                                                                    :
          Plaintiffs,                                     :
                                                                    :
v.                                                              :          Civil Action No. 06-0954
                                                                    :          (RJL)
DISTRICT OF COLUMBIA, *et al.*            :
                                                                    :
          Defendants.                                  :
_____

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION
OF TIME, *NUNC PRO TUNC*, FOR DEFENDANTS TO FILE OPPOSITION
AND CROSS MOTION**

Defendants, by and through counsel, pursuant to Fed. R. Civ. P. 6 (b)(2), respectfully move this honorable Court for an extension of time, *nunc pro tunc,* up to and including January 16, 2007, to file their Opposition to plaintiffs' Motion for Summary Judgment and their Cross Motion for Summary Judgment, which were due on December 22, 2006. As grounds for said request, the undersigned states that the parties have almost completed their settlement discussions and, but for the intervening holidays, would have completed them favorably. Accordingly, defendants believe it would be in the best interest of judicial economy to grant an extension of time at this date. Plaintiffs have consented to this extension of time and will not be prejudiced by the delay.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Assistant Attorney General
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
E-mail – maria.merkowitz@dc.gov

December 29, 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| T.F., *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 06-0954 |
| | : (RJL) |
| DISTRICT OF COLUMBIA, *et al.* | : |
| | : |
| Defendants. | : |

---

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Fed. R. Civ. P. 6 (b)(2)

2. The inherent powers of the court.

3. Plaintiffs' consent to this motion.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Assistant Attorney General
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
E-mail – maria.merkowitz@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
T.F., *et al.*,                                   :
                                                  :
       Plaintiffs,                       :
                                                  :
v.                                                :     Civil Action No. 06-0954
                                                  :     (RJL)
DISTRICT OF COLUMBIA, *et al.*                    :
                                                  :
       Defendants.                       :
_____

**ORDER**

Upon consideration of Defendants' Consent Motion for an Extension of Time, *nunc pro tunc,* up to and including January 16 , 2007, within which to file an Opposition to plaintiffs' Motion for Summary Judgment and to file a Cross Motion for Summary Judgment, and the entire record herein, it is this _____ day of _____ 2007, hereby

ORDERED, that Defendants' Motion is GRANTED; and

IT IS FURTHER ORDERED: that Defendants may file their Opposition to plaintiffs' Motion for Summary Judgment and their Cross Motion for Summary Judgment on or before January 16, 2007.

_____
Judge Richard J. Leon