IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| T.F., et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Civil Action No. 1:06CV00954 |
| ) | (RJL) |
| v. ) | |
| ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| *Defendants*. ) | |

## JOINT MOTION FOR CONSENT JUDGMENT

In accordance with Rules 41 and 54 of the Federal Rules of Civil Procedure, the parties to the above-captioned action (the "Parties") respectfully move this Court for entry of a consent judgment. The Parties hereby agree as follows:

1. On or about May 22, 2006, Plaintiffs T.F., a minor child, and her mother Angelique Moore (collectively, "Plaintiffs") commenced an action in the United States District Court for the District of Columbia against Defendants District of Columbia and Clifford B. Janey, Ed.D. (collectively, "Defendants"). Plaintiffs sought, *inter alia*, relief from an administrative Hearing Officer's Determination dated February 22, 2006, and an award of compensatory education services. The parties have agreed to settle their dispute on the terms reflected herein.

2. Defendants hereby agree to pay for Compensatory Education Services for T.F., as described in and subject to the conditions of the "Compensatory Education Plan" attached as Exhibit 1 to this Joint Motion.

3. In consideration for Defendants' agreement to these terms, Plaintiffs hereby agree to release Defendants from any and all claims for compensatory education that have accrued through December 31, 2006, including any claims relating to the February 22, 2006 Hearing Officer Decision.

4. The Parties may seek to enforce their rights under the agreement between the Parties set forth in this Joint Motion and under the Compensatory Education Plan attached as Exhibit 1 through the administrative due process complaint procedure (including any appeal to a district court of the United States) set forth in the Individuals with Disabilities Education Act, 20 U.S.C. § 1415.

The Parties have agreed to the form of the attached Proposed Order, and respectfully request that judgment be so entered.

Dated: January 9, 2007

Agreed to on behalf of Plaintiffs:

/s/ Edward M. Mathias
Carolyn F. Corwin (D.C. Bar No. 939355)
Edward M. Mathias (D.C. Bar No. 479264)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
Telephone:  202-662-6000
Fax:  202-662-6291
Email:  ccorwin@cov.com; emathias@cov.com

Robert I. Berlow (D.C. Bar No. 928069)
805 Fairfield Estates Court
Crownsville, MD  21032
Telephone:  301-912-2281
Fax:  301-912-2282

ATTORNEYS FOR PLAINTIFFS

Dated: January 9, 2007

Agreed to on behalf of Defendants:

LINDA SINGER
Interim Attorney General
for the District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity Section 2

/s/ Maria Merkowitz
MARIA MERKOWITZ [312967]
Assistant Attorney General
Equity Division
441  4th Street, NW, 6S
Washington, DC  20001
Tel:  202-442-9842
Fax:  202-727-6325
Email:  maria.merkowitz@dc.gov

ATTORNEYS FOR DEFENDANTS