# Exhibit 1

## COMPENSATORY EDUCATIONAL PLAN*

**Section I:**
Student Name __T███ F███_____ DOB __███__ Sex __F____ Grade __UN_____
Age _11___ Date of IEP _10/20/06_____ Date of Proposal __1/9/07_ Home School _Stanton ES__
Attending School: _Accotink Academy___ Disability _____
Language __English_____ Address: __2436 Wagner Street, SE, #B, WDC 20020_____
Parent Name: ____Angelique Moore_____ Phone (H): 202-248-0475_____ (W): _____
Instructional/Related Services Missed: 1. Specialized Instruction, 3/1/03-6/28/05
                                       2. Related Services, 3/1/03-6/28/05

Time Period in which service Delay/Disruption occurred:___see above_____
Description of Compensatory Education due to __X_ HOD** ___SA** ___MA** __X_Other (fed ct order)
1. HOD, 2/22/06 and 5/25/05
2. US District Court appeal pending (Complaint filed 5/22/06)
*(Describe the requirements for DCPS' Comp. ED services based on the HOD/Ct. Order checked above.)*

This Compensatory Education Plan (the "Plan") supersedes all prior Compensatory Education plans, including but not limited to those completed in 2003 and subsequent, and addresses all outstanding compensatory education issues from all legal actions through the date of this plan, including but not limited to the HODs listed above and the pending federal court appeal.

**Section II:** Compensatory Education Services to be provided:

| Skill Areas | Provider | Beginning Date | Duration/Total Hours |
|---|---|---|---|
| Specialized Instruction | Private | Parent will arrange | 400 hours, $60/hr max |
| Related Services (OT/SL or Counseling) | Private | Parent will arrange | 400 hours, $100/hr max |
| Other/consulting | Private | Parent will arrange | 100 hours, $80/hr max |

| Special Education Goals and Objectives for Compensatory Education Services<br>Goals and objectives from the current IEP which are to be implemented for Compensatory Education. ||
|---|---|
| **Annual Goals (s) and Objective (s)** | **Skills Area (s)** |
| **Annual Goal:** see 10/20/06 IEP goals/objectives. Other goals/objectives can be developed and agreed upon by the parent and the provider of the compensatory education services.<br>**Objective:** | Academic |
| **Annual Goal:** see 10/20/06 IEP goals/objectives. Other goals/objectives can be developed and agreed upon by the parent and the provider of the compensatory education services.<br>**Objective:** | Language |
| **Annual Goal:** see 10/20/06 IEP goals/objectives. Other goals/objectives can be developed and agreed upon by the parent and the provider of the compensatory education services.<br>**Objective:** | Social-Emotional |
| **Annual Goal:** see 10/20/06 IEP goals/objectives. Other goals/objectives can be developed and agreed upon by the parent and the provider of the compensatory education services.<br>**Objective:** | OT |

Parent Signature: _Angelique Moore_ 1-9-07   Principal Signature: _[signature]_
____Carolyn Corwin, Esq._____   Position: ____Judith Smith, Esq._ 1/9/07
____Edward Mathias, Esq._____             ____Director, Court Monitoring__
____Robert Berlow, Esq._____
____Attorneys for Parent_____

**Section III:** Signatures for Services Rendered:

| Provider | Service | Total Hours Received | Date |
|---|---|---|---|
| See billing notes below | | | |
| | | | |
| | | | |

Principal Signature:__NA_____ Date:_____

**Section IV:** Handling Instructions to the IEP/MDT: If the services on the plan are not completed by the end of the school year, or if the student transfers before the services are concluded, the IEP/MDT completes the bottom portion of this proposal, attaches the proposal, lesson objectives, and progress report to the new or current IEP and files the IEP in the student's special education folder. For the transferring student, the special education records, inclusive of the IEP and compensatory education documents, are forwarded to the receiving school. Copies of documents must be forwarded to the designated office.

| Services | Frequency | | Setting | Total Hours of Comp. ED services to be provided. |
| | Hr/Min | Wk/Mo. | | |
|---|---|---|---|---|
| NA see note 4 below | | | | |
| | | | | |
| | | | | |
| | | | | |

\* Handling Instructions to the IEP/MDT: Complete a MDT/IEP Meeting Note Page and attach meeting page and Compensatory Education Plan to IEP. Copy of the plan must be forwarded to the designated office in the Office of Special Education within five (5) school days. \*\*HOD/SA/MA/Court Order must be attached.
ADDITIONAL PROVISIONS AND/OR REQUIREMENTS:

1. All vendors who have not previously been set up as vendors with DCPS must submit a W-9 tax form and Vendor Information Form prior to the start of services. Note that the city OCFO (Office of the Chief Financial Officer) is the entity which sets up new vendors. Until a vendor is in the system, it can't be paid. This can take up to 30 days.
2. All vendors must submit invoices following the payment procedures established in the Petties case, which include among other things that invoices must be submitted to the OCFO on a monthly basis. Invoices submitted directly to OSE (Office of Special Education) will not be processed/paid. All disputes between vendors and DCPS relating to services provided pursuant to this Plan shall be adjudicated pursuant to the procedures established in the Petties case.
3. Vendors should use the attached form or include all of the same information on their own invoice. The form/invoice should reflect that the services are being provided pursuant to an HOD/SA/Comp Ed Plan, including the date of the HOD/SA/Plan. Attaching a copy of the HOD/SA/Plan will assist in expediting payment.
4. The parties acknowledge that the total dollar value of the Compensatory Education Services set forth in Section II equals $72,000. DCPS agrees that the parent can terminate without notice a product or service that is part of the Compensatory Education Services set forth in Section II at any time and substitute another service or product, at her discretion. The parties agree that the maximum per hour rates for Compensatory Education Services set forth in Section II are for the purpose of establishing a total dollar limitation ($72,000) which can not be exceeded, and that the maximum per hour rates will not in fact limit the hourly rate for any service. DCPS will reimburse the parent or pay for the substituted services or product up to the amount of funds not already expended (i.e., the amount

remaining out of the $72,000 not already expended). DCPS will not pay the parent directly absent documentation of payment (cancelled checks, written statement from provider).
5. DCPS agrees that the "Other" services provided in Section II may include transportation to and from service providers, and other ancillary products and/or services reasonably related to the provision of services and the development of "Skill Areas" contemplated in this Plan.
6. This Compensatory Education Plan terminates on the date Ms. F█████ meets all the requirements for receiving her high school diploma (including the required number of Carnegie units, and any and all other graduation requirements in effect at the time of her graduation), but in any event not later than December 31, 2017. If Ms. F█████ meets all of the requirements for receiving her high school diploma as described above prior to December 31, 2017, the parent thereafter may continue to draw on any unexpended amount (i.e., the amount remaining out of the $72,000 total dollar value described above) to apply toward any educational or therapeutic program, device, or service, including but not limited to the services listed above, supplementary reading programs, application fees, tuition, and/or room and board for college, junior college, trade or other school without permission from DCPS, provided that in no event shall the use of such funds be permitted after December 31, 2017.
7. If the Parent, Angelique Moore, should be incapable of exercising her authority or carrying out her duties under this order during any period, T█████'s sister LaShauntya Denise Moore Reynolds shall take her place during such period.
8. Attorneys' fees are not a part of this Plan and will be addressed solely by the OAG.