IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| T.F., et al., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) Civil Action No. 1:06CV00954 |
| | ) (RJL) |
| v. | ) |
| | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| *Defendants*. | ) |
| _____ | ) |

**[PROPOSED] ORDER**

On this _____ day of _____, 2007, upon consideration of

the parties' Joint Motion for Consent Judgment and the Compensatory Education Plan attached

thereto, it is hereby **ORDERED** that the Joint Motion for Consent Judgment is **GRANTED**.

It is **FURTHER ORDERED** that the above-captioned action is **DISMISSED**

**WITH PREJUDICE.** Each party is to bear its own attorneys' fees and costs.


_____
RICHARD J. LEON
United States District Judge