UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

T.F., *et al.*,                )
                               )
        Plaintiffs,            )
                               )
    v.                         )   Civ. Action No. 06cv954 (RJL)
                               )
DISTRICT OF COLUMBIA, *et al.*,)
                               )
        Defendants.            )
                               )

## ORDER

Upon consideration of the parties' Joint Motion for Consent Judgment, it is, this 12th day of January 2007, hereby

**ORDERED** that the Joint Motion for Consent Judgment is GRANTED; and it is further

**ORDERED** that the action is DISMISSED.

**SO ORDERED.**

Richard J. Leon
United States District Judge